Petitioner: Maurice Alexander Northcutt
Form: Form I-130, Petition for Alien Relative
File: A095643853

Reference is made to form I-130, Petition for Alien Relative, which you filed with this Service on July 10, 2003. The visa petition requested that the beneficiary, Gifty Adu-Darko, be classified as the immediate relative of a United States citizen. This request is based on your marriage to the beneficiary which occurred on June 20, 2003, in the city of Los Angeles, California.

An Intent To Deny the I-130 was sent to you on July 23, 2009, granting you an opportunity to rebut the stated grounds for denial. The record reflects that you were afforded 30 days to respond to the allegations contained in the July 23, 2009, notice of Intent To Deny. As of this date, the Service received a response from an attorney, Todd Becraft, stating that the response is submitted on behalf of the beneficiary, Gifty Adu-Darko, as he is her attorney of record. It should be noted that you did not submit a signed form G-28, Notice of Entry of Appearance as Attorney, in which you authorize this attorney to submit a response on your behalf.

Along with the response submitted by the attorney on behalf of the beneficiary, were photographs of you and your wife, a residential lease agreement, a joint Bank of America bank statement, and an AT&T phone bill. Other documents were submitted but were not considered new evidence as it was previously submitted at the time of your interview. No other evidence was submitted to establish the bona fides of your 6 year marriage.

In the Intent To Deny the Service alleged that you and the beneficiary do not have a bona fide marriage and that you did not enter the marriage in good faith. The documents which were submitted by the beneficiary in rebuttal to the Intent to Deny, in order to establish the bona fides of your 6 year marriage were:

- Photographs of you and your wife. These photographs are undated;
- A residential lease agreement. The lease agreement appears to have been altered to add your name to the lease. The Lessee lines have erasures and the dates appear to have been written over. The Lessors signed their name on March 20, 2009, while the date next to your signature is September 2, 2009, where the year was the only thing changed to reflect 2009;
- A joint Bank of America statement. The account activity reflects that the beneficiary is the only one using the account;
- An AT&T phone bill. This account belongs to the beneficiary. The statement is addressed to you as a courtesy as the label reads "c/o Maurice A Nothcutt" (in care of only).

These documents have not proven that you entered the marriage in good faith and that it was not contracted solely to qualify for immigration benefits. No other new evidence was submitted which would establish that your marriage of 6 years is bona fide.

299

In Matter of McKee, 17 I. & N. Dec. 332 (BIA 1980), an alien is deemed a "spouse" for immigration purposes, even though the parties to the marriage have ceased cohabiting, as long as such marriage was not contracted solely to qualify for immigration benefits. However, according to Matter of Lenning, 17 I. & N. Dec. 476 (BIA 1980), if the parties are legally separated (i.e., by written agreement recognized by a court, or by court order), the alien no longer qualifies as a "spouse" for immigration purposes even through the couple has not obtained a final divorce.

The Service has taken into consideration Matter of McKee, however, you have not sufficiently proven that you entered the marriage in good faith and that it was not contracted solely to qualify for immigration benefits.

Although a marriage may be given legal effect in the United States or abroad, this Service is not required to recognize benefits in cases where the marriage is bigamous or one of convenience (a sham) in order to gain an immigration benefit. You have failed to sustain the burden of proof in this proceeding as required in Matter of Brantigan, 11 I&N Dec. 493 (BIA 1966). Further, where there is reason to doubt the validity of the marital relationship, the petitioner must present evidence to show that the marriage was not entered into for the purpose of evading immigration laws. Matter of Phillis, 15 I&N Dec. 385 (BIA 1975).

Upon consideration of the facts submitted and presented in the file, it would lead a reasonable person to believe that your marriage to the beneficiary is not a "bona fide marital relationship". Therefore it is ordered that your petition seeking to classify the beneficiary as your relative under Section 201(b) of the Act must be, and hereby is **denied**.

If you wish to appeal this decision, please forward your appeal (form EOIR-29) to: U.S. Citizenship and Immigration Services, 655 West Rialto Avenue, San Bernardino, Ca, 92410.

**300**



**U. S. Department of Homeland Security**
Citizenship and Immigration Services

655 West Rialto Ave. Suite 200
San Bernardino, CA 92410

(b)(6)

Maurice Alexander Northcutt

Date: July 23, 2009
File: A 95 643 853
Receipt: 50923LOS-SA

Beneficiary: Gifty Adu-Darko

### NOTICE OF INTENT TO DENY

The record reflects that on July 10, 2003, you filed with this Service, form I-130, Petition for Alien Relative, on behalf of your spouse. The visa petition sought to accord the beneficiary immediate relative status as the spouse of a citizen of the United States under section 201(b) of the Immigration and Nationality Act, as amended. This request was based on your marriage to the beneficiary on June 20, 2003, in Los Angeles, California.

Notice is hereby given by this Service of our intent to deny the visa petition since this Service alleges that your marriage is not bona fide. Evidence that can be used to prove that a marriage is bona fide includes documentation showing commingling of assets, joint ownership of property, lease agreements, joint bank accounts, and birth certificates of children born of this union, etc.

On May 4, 2004, you were interviewed by an Immigration Service Officer to whom you submitted documentation, which would assist in establishing the validity of your marriage. The documents you submitted included an unofficial and unsigned 2003 tax return, a letter from the phone company, a generic residential lease with no contact information, and a letter from your bank indicating you opened the account one month before the interview. These documents were not sufficient to establish the bona fides.

Based on the interview and after a thorough review and investigation of your record by immigrations officers, you have failed to prove, by a preponderance of evidence, that you and the beneficiary have a *bona fide* marriage as required by the statute and current Service regulations.

In Matter of Brantigan, 11 I&N Dec. 493, (BIA 1966), it was determined that in visa petition proceedings, the burden of proof to establish eligibility for the benefits sought rests with the petitioner.

In Matter of McKee, 17 I. & N. Dec. 332 (BIA 1980), an alien is deemed a "spouse" for immigration purposes, even though the parties to the marriage have ceased cohabiting, as long as such marriage

301



was not contracted solely to qualify for immigration benefits. However, according to Matter of Lenning, 17 I. & N. Dec. 476 (BIA 1980), if the parties are legally separated (i.e., by written agreement recognized by a court, or by court order), the alien no longer qualifies as a "spouse" for immigration purposes even through the couple has not obtained a final divorce.

The Service has taken into consideration Matter of McKee; however, you have not established that you have a legitimate marriage with the beneficiary through "clear and convincing evidence" as required by the statute and current Service regulations.

You are hereby advised that the Service intends to deny the visa petition filed by yourself on behalf of the beneficiary. You are granted a period of thirty (**30) days** within which to submit any evidence in rebuttal to the stated grounds for denial. If no response is received within that period, the petition will be denied as indicated. Submit any evidence in rebuttal to the stated grounds for denial to the following address: 655 W. Rialto Avenue, San Bernardino, CA 92410. Please include a copy of this letter with your response.

Any additional documents submitted will be carefully reviewed and an outside **investigation** conducted if determined necessary. You will be further advised of any additional interviews should you decide to pursue this petition.

Sincerely,

Irene Martin
Field Office Director
Signed for by:
A. Contreras, ISO

302

**U.S. DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service

Memorandum of Creation of Record
of Lawful Permanent Residence

| Place | |
|---|---|
| | *LOS* |

| File No. | |
|---|---|
| | *A   95 643 853* |

**Status as a lawful permanent resident of the United States is accorded:**

| Name In Care Of | *GIFTY  ADU-DARKO* | | | Sex 1 ☐ Male   2 ☒ Female | Date of Birth (Month/Day/Year) *10/20/74* |
|---|---|---|---|---|---|
| Street Address Apt. No. | *4801 AUGUST STREET #4* | | | City of Birth *KOFORIONA* | Country of Birth *GHANA* |
| City, State, Zip | *LOS ANGELES, CA 90008* | | | Country of Nationality *GHANA* | Country of Last Residence *GHANA* |

| Marital Status 3 ☐ Widowed | 1 ☐ Single   2 ☒ Married 4 ☐ Divorced   5 ☐ Separated | Occupation | N/I Class at time of Adj. *B2* | Year Adm. to U.S. or Year of Change to Present NI Class (whichever most recent) *2002* |
|---|---|---|---|---|

| Priority Date (Month/Day/Year) | Preference (if any) *CR6* | Country to Which Chargeable *(if any)* |
|---|---|---|

| Section 212 (a)(14) Labor Certification | 1 ☐ Applicable-Submitted   3 ☒ Not Applicable | Mother's First Name *EMMA* | Father's First Name *CHARLES* |
|---|---|---|---|

| Last NIV Issued at (U.S. Consulate Post) *ACCRA* | Date of Issuance of Last NIV *01/03/2001* | Number of Last NIV *40339636* | Classification of Last NIV *B2* |
|---|---|---|---|

Under the following provision of law

☐ Public Law 95-412
☐ Public Law 96-212
☐ Private Law No. _____
of the ___ Congress ____ Session

☐ Sec. 209 (a) of the I & N Act
☐ Sec. 209 (b) of the I & N Act
☐ Sec. 244 (  ) (  ) of the I & N Act
☒ Sec. 245 of the I & N Act

☐ Sec. 249 of the I & N Act
☐ Sec. 1 of the Act of 11/2/66
☐ Sec. 13 of the Act of 9/11/57
☐ Sec. 214 (d) of the I & N Act

☐ Other law (Specify)

As of _____ at   *LOS*
   (Month)   (Day)   (Year)

PORT OF ENTRY FOR PERMANENT RESIDENCE

Class of admission (Insert Symbol)   *CR6*

**REMARKS**   *07-09-03 M.W. < ADDRESS CORRECTION 07/24/2003 CBS>*

| RECOMMENDED BY (Immigration Officer) | (Date) | |
|---|---|---|
| | | DATE OF ACTION |
| | | DD |
| **FOR USE BY VISA CONTROL OFFICE** | | DISTRICT |

Denied 8/28/09

**FOR USE BY VISA CONTROL OFFICE**

Date _____

Foreign State _____

Preference Category   *CR6* _____

Number _____

Month of Issuance _____

Signed _____
   (Visa Office, Dept. of State)

CC: Page 2 Master Index copy sent on   *07/17/2003* _____
CC: Page 3 ADIT and Statistical report copy sent on _____

Form I - 181 (Rev. 3-1-83)N

**1. FILE  COPY**

303

OMB No. 1115-005

**U.S. Department of Justice**
Immigration and Naturalization Service

**Form I-485, Application to Register Permanent Resident or Adjust Status**

| **START HERE - Please Type or Print** | | | | **FOR INS USE ONLY** |
|---|---|---|---|---|

**Part 1.   Information About You.**

| Family Name | ADU-DARKO, | Given Name | GIFTY | Middle Initial |
|---|---|---|---|---|

Address - C/O   3637 W. EL SEGUNDO BLVD

| Street Number and Name | 108 N. JUDGE ATSO ST | Apt. # | B |
|---|---|---|---|

| City | LOS ANGELES   HAWTHORNE, CA 90250 |
|---|---|

| State | CA | Zip Code | 90012 |
|---|---|---|---|

| Date of Birth (month/day/year) | 10/20/74 | Country of Birth | GHANA |
|---|---|---|---|

| Social Security # | None   615 41 1510 | A # (if any) | None 95 643 863 |
|---|---|---|---|

| Date of Last Arrival (month/day/year) | 11/04/2002 | I-94 # | 145372444 10 |
|---|---|---|---|

| Current INS Status | B2 | Expires on (month/day/year) | 12/12/2002 |
|---|---|---|---|

FOR INS USE ONLY

Returned
Resubmitted
Reloc Sent
Reloc Rec'd
Applicant Interviewed

Section of Law
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 2 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other

Country Chargeable

Eligibility Under Sec. 245
☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

Preference

Action Block

**Part 2.   Application Type.** *(check one)*

**I am applying for an adjustment to permanent resident status because:**

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☒ my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e). [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

**I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:** *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**To be Completed by**
*Attorney or Representative,* if any

☐ Fill in box if G-28 is attached to represent the applicant.
VOLAG #

ATTY State License #

304

## Part 3. Processing Information.

| A. City/Town/Village of Birth KOFORIONA, GHANA | Current Occupation NONE |
|---|---|
| Your Mother's First Name EMMA | Your Father's First Name CHARLES |

Give your name exactly how it appears on your Arrival /Departure Record (Form I-94)
ADU-DARKO GIFTY

| Place of Last Entry Into the U.S. (City/State) DENVER | In what status did you last enter? *(Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
|---|---|
| Were you inspected by a U.S. Immigration Officer?  ☒ Yes  ☐ No | VISITOR |
| Nonimmigrant Visa Number 40339636 | Consulate Where Visa Was Issued ACCRA, GHANA |
| Date Visa Was Issued 01/08/2001 (month/day/year) | Sex:  ☐ Male  ☒ Female | Marital Status  ☒ Married  ☐ Single  ☐ Divorced  ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S.? ☒ No ☐ Yes  If you checked "Yes," give date and place of filing and final disposition.

**B.** List your present husband/wife and all your sons and daughters. (If you have none, write "none." If additional space is needed, use a separate piece of paper.)

| Family Name NORTHCUTT | Given Name MAURICE | Middle Initial A. | Date of Birth (month/day/year) 04/09/1957 |
|---|---|---|---|
| Country of Birth USA | Relationship HUSBAND | A # | Applying with You?  ☐ Yes  ☒ No |
| Family Name ASIBEY | Given Name JASMINE | Middle Initial O | Date of Birth (month/day/year) 10/11/99 |
| Country of Birth GHANA | Relationship DAUGHTER | A # -- | Applying with You?  ☐ Yes  ☒ No |
| Family Name ASIBEY | Given Name MARYEL | Middle Initial O | Date of Birth (month/day/year) 12/11/01 |
| Country of Birth GHANA | Relationship SON | A # -- | Applying with You?  ☐ Yes  ☒ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You?  ☐ Yes  ☐ No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of the organization(s), location(s), dates of membership from and to, and the nature of the organization (s). If additional space is needed, use a separate piece of paper.

NONE

## Part 3. Processing Information. *(Continued)*

Please answer the following questions. (If your answer is "Yes" to any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to adjust your status or register for permanent residence.)

1. Have you ever, in or outside the U. S.:

  a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No

  b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No

  c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No

  d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U. S.? ☒ Yes ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever:

  a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No

  b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No

  c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally? ☐ Yes ☒ No

  d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the U.S. in:

  a. espionage? ☐ Yes ☒ No

  b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No

  c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fradulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S. or any immigration benefit? ☐ Yes ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. citizen child outside the U.S. from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the U.S.? ☐ Yes ☒ No

*Continued on back*

Form I-485 (Rev. 02/07/00)N Page 3

306

**Part 4. Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

Selective Service Registration. The following applies to you If you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System: I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| Gifty | Adu-Darko ADU-DARKO GIFTY | 06/23/2003 | 323/292 3698 |

*Please Note:* *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this application may be denied.*

**Part 5. - Signature of Person Preparing Form, If Other Than Above.** *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | | | |

| Firm Name and Address | | | |

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0066
BIOGRAPHIC INFORMATION

| (Family name) ADU-DARKO, | (First name) GIFTY | (Middle name) -- | ☐ MALE ☒ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 10/20/74 | NATIONALITY USA | FILE NUMBER A- None |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED (Including names by previous marriages) NONE | CITY AND COUNTRY OF BIRTH KOFORIONA, GHANA | SOCIAL SECURITY NO. (If any) N/A |
|---|---|---|

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE. |
|---|---|---|---|---|
| FATHER | ADU-DARKO, | CHARLES | DEC. | |
| MOTHER (Maiden name) | SEKYERA, | EMMA | 1950 GHANA | KOFORIONA, GHANA |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) NORTHCUTT | FIRST NAME MAURICE | BIRTHDATE 1957 | CITY & COUNTRY OF BIRTH Los Angeles CA, USA | DATE OF MARRIAGE 05/20/03 | PLACE OF MARRIAGE LOS ANGELES |
|---|---|---|---|---|---|---|

| FORMER HUSBANDS OR WIVES (If none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |

| APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST | | | | FROM | | TO | |
|---|---|---|---|---|---|---|---|
| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | MONTH | YEAR | MONTH | YEAR |
| 4801 AUGUST ST # 4 | LOS ANGELES | CA | USA | 11 | 02 | PRESENT TIME | |
| 42w MASST St. | Wstde Us | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR | | | | FROM | | TO | |
|---|---|---|---|---|---|---|---|
| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | MONTH | YEAR | MONTH | YEAR |
| P.O.BOX 79 SUHUM  E/R | | | GHANA | 10 | 74 | 11 | 02 |

| APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST | | FROM | | TO | |
|---|---|---|---|---|---|
| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | MONTH | YEAR | MONTH | YEAR |
| | NONE | | | PRESENT TIME | |
| | | | | | |
| | | | | | |
| | | | | | |

| Show below last occupation abroad if not shown above. (Include all information requested above.) | | | | | |
|---|---|---|---|---|---|
| SELF EMPLOYED       GHANA | | DRESS MAKING | 10 | 93 | 11 | 02 |

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION ☒ STATUS AS PERMANENT RESIDENT ☐ OTHER (SPECIFY): | SIGNATURE OF APPLICANT  Gifty Adu-Dar Co | DATE 06/23/03 |
|---|---|---|
| Submit all four pages of this form. | If your native alphabet is other than roman letters, write your name in your native alphabet here: N/A | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

**APPLICANT:** BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) ADU-DARKO, | (Given name) GIFTY | (Middle name) -- | (Alien registration number) N/A |
|---|---|---|---|

Form G-325A (Rev. 09/11/00) Y

For sale by the U.S. Government Printing Office
Superintendent of Documents, Mail Stop: SSOP, Washington, DC 20402-9328

308

E. N. 28881

Republic of Ghana

# CERTIFIED COPY OF ENTRY IN REGISTER OF BIRTHS

| **Entry No.** | 424 | **Registry** | KORLE-BU |
| **CHILD** | | | |
| **Name in full** (write first name | | | |
| and surname last) | | CHARLES ASSIN DARKO | **Sex** Female |
| **Occupation** | | | |
| **Nationality** | | | |
| **Religion** | | | |
| **FATHER** | | | |
| **MOTHER** | | NAOMI SEKYIRA | |
| **Nationality** | | | |
| **When Born** | | | |
| **Address** | | | |

Signature of Registrar ........................

I, the undersigned, hereby certify that this is a true copy of the entry No. ............ in the Register of Births for the said District and that the Register from legally in my custody.

Witness my hand this ....................

........................ Registrar of Births and Deaths

This certificate is issued in accordance with the Registration of Births and Deaths Act, ... that the above Signature is the handwriting of the ....................

**Births for ....................**

Given under my hand and SEAL at Accra in Ghana this

D.R. Form br. B11

309

Registrar of Births and Deaths



Departure Number

145372444  10

U.S. IMMIGRATION
180   DEN   6007
ADMITTED

Immigration and
Naturalization Service

I-94
Departure Record

NOV 4 2002

CLASS B-2
UNTIL

Family Name
ADU DARKO

First (Given) Name
GIFTY

Birth Date (Day/Mo/Yr)
20 10 74

Country of Citizenship
GHANA

UNITED STATES OF AMERICA   VISA

Issuing Post Name
ACCRA

Control Number
20010046920003

Surname
DARKO

Given Name
GIFTY ADU

Visa Type /Class
R   B1/B2

Passport Number
H0025795

Sex
F

Birth Date
20OCT1974

Nationality
GHAN

Entries
M

Issue Date
08JAN2001

Expiration Date
03JAN2006     1011

Annotation

40339636

VNGHADARKO<<GIFTY<ADU<<<<<<<<<<<<<<<<<<<<<
H0025796<6GHA7410208F0101088B31071DEB4A43213

310



311

**PARTICULARS OF CHILDREN**
*Particuliers des Enfants*

30

| Name *Nom* | Date of birth *Date de naissance* | Sex *Sexe* |
|---|---|---|
| | | |
| | | |
| | | |

Signature of bearer-/-Signature du titulaire

REPUBLIC OF GHANA / RÉPUBLIQUE DU GHANA

Passport/Passeport

Type/Type   Code/Code
O           GHA

Passport No./Passeport No
H 002579

Surname/Nom
DARKO

Other names/Prénoms
GIFTY ADU

Nationality/Nationalité
GHANAIAN

Date of birth/Date de naissance
20 : 10 : 1974

Residence/Résidence
GHANA

Sex/Sexe
F

Place of birth/Lieu de naissance
SEFWI WIAWSO

Place of issue/Lieu de délivrance
ACCRA

Date of issue/Date de délivrance
7 : 2 : 1997

Date of Expiry/Date d'expiration
6 : 2 : 2007

312

OMB No. 1115-0214

**U.S. Department of Justice**
Immigration and Naturalization Service

(b)(6)

**A. ..avit of Support Under Section 213A of the Act**

**START HERE - Please Type or Print**

**Part 1.   Information on Sponsor   (You)**

| | | |
|---|---|---|
| Last Name NORTHCUTT | First Name MAURICE | Middle Name ALEXANDER |

Mailing Address (Street Number and Name)
4801 AUGUST STREET, #

Apt/Suite Number
04

City LOS - ANGELES

State or Province CALIFORNIA

Country UNITED STATES OF AMERICA.

ZIP/Postal Code
90008

Place of Residence if different from above (Street Number and Name)
4801 AUGUST ST.

Apt/Suite Number

City LOS- ANGELES

State or Province CALIFORNIA

Country U.S.A.

ZIP/Postal Code
90008

Date of Birth (Month, Day, Year)
04 - 09 - 1957

Place of Birth (City, State, Country)
LOS-ANGELES, CA. USA

Are you a U.S. Citizen?
☑ Yes ☐ No

**FOR AGENCY USE ONLY**

This Affidavit

[ ] Meets

[ ] Does not meet

Requirements of Section 213A

Receipt

**Part 2.   Basis for Filing Affidavit of Support**

I am filing this affidavit of support because (check one):

a. ☑ I filed/am filing the alien relative petition.

b. ☐ I filed/am filing an alien worker petition on behalf of the intending immigrant, who is related to me as my _____ .
(relationship)

c. ☐ I have ownership interest of at least 5% _____ ,
(name of entity which filed visa petition)
which filed an alien worker petition on behalf of the intending immigrant, who is related to me as my _____ .
(relationship)

d. ☐ I am a joint sponsor willing to accept the legal obligations with any other sponsor(s).

Officer or I.J. Signature

Location

Date

**Part 3.   Information on the Immigrant(s) You Are Sponsoring**

| | | |
|---|---|---|
| Last Name ADU-DARKO | First Name GIFTY | Middle Name — |

Date of Birth (Month, Day, Year)
10 - 20 - 1974

Sex
☐ Male ☑ Female

Social Security Number (If any)
615 - 41 - 1516

Country of Citizenship GHANA

A-Number (If any) A 095643853

Current Address   (Street Number and Name)
4801 AUGUST ST

Apt/Suite Number
4

City LOS-ANGELES

State/Province CALIFORNIA

Country U.S.A

ZIP/Postal Code
90008

Telephone Number
323-292-3698

List any spouse and/or children immigrating with the immigrant named above in this Part:   (Use additional sheet of paper if necessary.)

| Name | Relationship to Sponsored Immigrant | | | Date of Birth | | | A-Number (If any) | Social Security (If any) |
|---|---|---|---|---|---|---|---|---|
| | Spouse | Son | Daughter | Mo. | Day | Yr. | | |
| NONE | | | ✓ | | | | | |
| NONE | | | | | | | | |
| NONE | | | | | | | | |
| | | | | | | | | |

Form I-864 (Rev. 11/05/01)Y

313

(b)(6)

## Part 4.    Eligibility to Sponsor

To be a sponsor you must be a U.S. citizen or national or a lawful permanent resident. If you are not the petitioning relative, you must provide proof of status. To prove status, U.S. citizens or nationals must attach a copy of a document proving status, such as a U.S. passport, birth certificate, or certificate of naturalization, and lawful permanent residents must attach a copy of both sides of their Permanent Resident Card (Form I-551).

The determination of your eligibility to sponsor an immigrant will be based on an evaluation of your demonstrated ability to maintain an annual income at or above 125 percent of the Federal poverty line (100 percent if you are a petitioner sponsoring your spouse or child and you are on active duty in the U.S. Armed Forces). The assessment of your ability to maintain an adequate income will include your current employment, household size, and household income as shown on the Federal income tax returns for the 3 most recent tax years. Assets that are readily converted to cash and that can be made available for the support of sponsored immigrants if necessary, including any such assets of the immigrant(s) you are sponsoring, may also be considered.

The greatest weight in determining eligibility will be placed on current employment and household income. If a petitioner is unable to demonstrate ability to meet the stated income and asset requirements, a joint sponsor who *can* meet the income and asset requirements is needed. Failure to provide adequate evidence of income and/or assets or an affidavit of support completed by a joint sponsor will result in denial of the immigrant's application for an immigrant visa or adjustment

| Name | A-Number | Date Affidavit of Support Signed | Relationship |
|------|----------|----------------------------------|--------------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

---

| Part 4. | **Eligibility to Sponsor** | *(Continued)* |

---

## C. Sponsor's Annual Household Income

Enter total unadjusted income from your Federal income tax return for the most recent tax year below.  If you last filed a joint income tax return but are using only your *own* income to qualify, list total earnings from your W-2 Forms, or, *if* necessary to reach the required income for your household size, include income from other sources listed on your tax return. If your *individual* income does not meet the income requirement for your household size, you may also list total income for anyone related to you by birth, marriage, or adoption currently living with you in your residence if they have lived in your residence for the previous 6 months, or any person shown as a dependent on your Federal income tax return for the most recent tax year, even if not living in the household.  For their income to be considered, household members or dependents must be willing to make their income available for support of the sponsored immigrant(s) and to complete and sign Form I-864A, Contract Between Sponsor and Household Member.  A sponsored immigrant/household member only need complete Form I-864A if his or her income will be used to determine your ability to support a spouse and/or children immigrating with him or her.

*You must attach evidence of current employment and copies of income tax returns as filed with the IRS for the most recent 3 tax years for yourself and all persons whose income is listed below. See "Required Evidence " in Instructions.*  Income from all 3 years will be considered in determining your ability to support the immigrant(s) you are sponsoring.

## Part 4.   Eligibility to Sponsor   *(Continued)*

### E. Sponsor's Assets and Liabilities

Your assets and those of your qualifying household members and dependents may be used to demonstrate ability to maintain an income at or above 125 percent (or 100 percent, if applicable) of the poverty line *if* they are available for the support of the sponsored immigrant(s) and can readily be converted into cash within 1 year. The household member, other than the immigrant(s) you are sponsoring, must complete and sign Form I-864A, Contract Between Sponsor and Household Member. List the cash value of each asset *after* any debts or liens are subtracted. Supporting evidence must be attached to establish location, ownership, date of acquisition, and value of each asset listed, including any liens and liabilities related to each asset listed. See "Evidence of Assets" in Instructions.



| Type of Asset | Cash Value of Assets *(Subtract any debts)* |
|---|---|
|  |  |

## Part 5.   Immigrant's Assets and Offsetting Liabilities

The sponsored immigrant's assets may also be used in support of your ability to maintain income at or above 125 percent of the poverty line *if* the assets are or will be available in the United States for the support of the sponsored immigrant(s) and can readily be converted into cash within 1 year.

The sponsored immigrant should provide information on his or her assets in a format similar to part 4.E. above. Supporting evidence must be attached to establish location, ownership, and value of each asset listed, including any liens and liabilities for each asset listed. See "Evidence of Assets" in Instructions.

## Part 6.   Joint Sponsors

If household income and assets do not meet the appropriate poverty line for your household size, a joint sponsor is required. There may be more than one joint sponsor, but each joint sponsor must individually meet the 125 percent of poverty line requirement based on his or her household income and/or assets, including any assets of the sponsored immigrant. By submitting a separate Affidavit of Support under Section 213A of the Act (Form I-864), a joint sponsor accepts joint responsibility with the petitioner for the sponsored immigrant(s) until they become U.S. citizens, can be credited with 40 quarters of work, leave the United States permanently, or die.

## Part 7.   Use of the Affidavit of Support to Overcome Public Charge Ground of Inadmissibility

Section 212(a)(4)(C) of the Immigration and Nationality Act provides that an alien seeking permanent residence as an immediate relative (including an orphan), as a family-sponsored immigrant, or as an alien who will accompany or follow to join another alien is considered to be likely to become a public charge and is inadmissible to the United States unless a sponsor submits a legally enforceable affidavit of support on behalf of the alien. Section 212(a)(4)(D) imposes the same requirement on an employment-based immigrant, and those aliens who accompany or follow to join the employment- based immigrant, if the employment-based immigrant will be employed by a relative, or by a firm in which a relative owns a significant interest. Separate affidavits of support are required for family members at the time they immigrate if they are not included on this affidavit of support or do not apply for an immigrant visa or adjustment of status within 6 months of the date this affidavit of support is originally signed. The sponsor must provide the sponsored immigrant(s) whatever support is necessary to maintain them at an income that is at least 125 percent of the Federal poverty guidelines.

*I submit this affidavit of support in consideration of the sponsored immigrant(s) not being found inadmissible to the United States under section 212(a)(4)(C) (or 212(a)(4)(D) for an employment-based immigrant) and to enable the sponsored immigrant(s) to overcome this ground of inadmissibility. I agree to provide the sponsored immigrant(s) whatever support is necessary to maintain the sponsored immigrant(s) at an income that is at least 125 percent of the Federal poverty guidelines. I understand that my obligation will continue until my death or the sponsored immigrant(s) have become U.S. citizens, can be credited with 40 quarters of work, depart the United States permanently, or die.*

## Part 7.   Use of the Affidavit of Support to Overcome Public Charge Grounds   *(Continued)*

### Notice of Change of Address.

Sponsors are required to provide written notice of any change of address within 30 days of the change in address until the sponsored immigrant(s) have become U.S. citizens, can be credited with 40 quarters of work, depart the United States permanently, or die. To comply with this requirement, the sponsor must complete INS Form I-865. Failure to give this notice may subject the sponsor to the civil penalty established under section 213A(d)(2) which ranges from \$250 to \$2,000, unless the failure to report occurred with the knowledge that the sponsored immigrant(s) had received means-tested public benefits, in which case the penalty ranges from \$2,000 to \$5,000.

*If my address changes for any reason before my obligations under this affidavit of support terminate, I will complete and file INS Form I-865, Sponsor's Notice of Change of Address, within 30 days of the change of address. I understand that failure to give this notice may subject me to civil penalties.*

### Means-tested Public Benefit Prohibitions and Exceptions.

Under section 403(a) of Public Law 104-193 (Welfare Reform Act), aliens lawfully admitted for permanent residence in the United States, with certain exceptions, are ineligible for most Federally-funded means-tested public benefits during their first 5 years in the United States. This provision does not apply to public benefits specified in section 403(c) of the Welfare Reform Act or to State public benefits, including emergency Medicaid; short-term, non-cash emergency relief; services provided under the National School Lunch and Child Nutrition Acts; immunizations and testing and treatment for communicable diseases; student assistance under the Higher Education Act and the Public Health Service Act; certain forms of foster-care or adoption assistance under the Social Security Act; Head Start programs; means-tested programs under the Elementary and Secondary Education Act; and Job Training Partnership Act programs.

### Consideration of Sponsor's Income in Determining Eligibility for Benefits.

If a permanent resident alien is no longer statutorily barred from a Federally-funded means-tested public benefit program and applies for such a benefit, the income and resources of the sponsor and the sponsor's spouse will be considered (or deemed) to be the income and resources of the sponsored immigrant in determining the immigrant's eligibility for Federal means-tested public benefits. Any State or local government may also choose to consider (or deem) the income and resources of the sponsor and the sponsor's spouse to be the income and resources of the immigrant for the purposes of determining eligibility for their means-tested public benefits. The attribution of the income and resources of the sponsor and the sponsor's spouse to the immigrant will continue until the immigrant becomes a U.S. citizen or has worked or can be credited with 40 qualifying quarters of work, provided that the immigrant or the worker crediting the quarters to the immigrant has not received any Federal means-tested public benefit during any creditable quarter for any period after December 31, 1996.

*I understand that, under section 213A of the Immigration and Nationality Act (the Act), as amended, this affidavit of support constitutes a contract between me and the U.S. Government. This contract is designed to protect the United States Government, and State and local government agencies or private entities that provide means-tested public benefits, from having to pay benefits to or on behalf of the sponsored immigrant(s), for as long as I am obligated to support them under this affidavit of support. I understand that the sponsored immigrants, or any Federal, State, local, or private entity that pays any means-tested benefit to or on behalf of the sponsored immigrant(s), are entitled to sue me if I fail to meet my obligations under this affidavit of support, as defined by section 213A and INS regulations.*

### Civil Action to Enforce.

If the immigrant on whose behalf this affidavit of support is executed receives any Federal, State, or local means-tested public benefit before this obligation terminates, the Federal, State, or local agency or private entity may request reimbursement from the sponsor who signed this affidavit. If the sponsor fails to honor the request for reimbursement, the agency may sue the sponsor in any U.S. District Court or any State court with jurisdiction of civil actions for breach of contract. INS will provide names, addresses, and Social Security account numbers of sponsors to benefit-providing agencies for this purpose. Sponsors may also be liable for paying the costs of collection, including legal fees.

## Part 7.    Use of the Affidavit of Support to Overcome Public Charge Grounds   *(Continued)*

*I acknowledge that section 213A(a)(1)(B) of the Act grants the sponsored immigrant(s) and any Federal, State, local, or private agency that pays any means-tested public benefit to or on behalf of the sponsored immigrant(s) standing to sue me for failing to meet my obligations under this affidavit of support.  I agree to submit to the personal jurisdiction of any court of the United States or of any State, territory, or possession of the United States if the court has subject matter jurisdiction of a civil lawsuit to enforce this affidavit of support.  I agree that no lawsuit to enforce this affidavit of support shall be barred by any statute of limitations that might otherwise apply, so long as the plaintiff initiates the civil lawsuit no later than ten (10) years after the date on which a sponsored immigrant last received any means-tested public benefits.*

## Collection of Judgment.

*I acknowledge that a plaintiff may seek specific performance of my support obligation.  Furthermore, any money judgment against me based on this affidavit of support may be collected through the use of a judgment lien under 28 U.S.C 3201, a writ of execution under 28 U.S.C 3203, a judicial installment payment order under 28 U.S.C 3204, garnishment under 28 U.S.C 3205, or through the use of any corresponding remedy under State law.  I may also be held liable for costs of collection, including attorney fees.*

## Concluding Provisions.

I, _MAURICE . A. NORTHCUTT_ , certify under penalty of perjury under the laws of the United States that:

    *(a) I know the contents of this affidavit of support signed by me;*

    *(b) All the statements in this affidavit of support are true and correct,*

    *(c) I make this affidavit of support for the consideration stated in Part 7, freely, and without any mental reservation or purpose of evasion;*

    *(d) Income tax returns submitted in support of this affidavit are true copies of the returns filed with the Internal Revenue Service; and*

    *(e) Any other evidence submitted is true and correct.*

_____               ___4/24/04___
*(Sponsor's Signature)*                                                              *(Date)*

Subscribed and sworn to (or affirmed) before me this

_24th_ day of _April_ , _2004_
        *(Month)*      *(Year)*

at _Los Angeles, Ca_

My commission expires on _9/28/2007_ .

_____
*(Signature of Notary Public or Officer Administering Oath)*

_Notary_
   *(Title)*

BA DINH LUONG
Commission # 1437099
Notary Public - California
Los Angeles County
My Comm. Expires Sep 28, 2007

## Part 8.    If someone other than the sponsor prepared this affidavit of support, that person must complete the following:

I certify under penalty of perjury under the laws of the United States that I prepared this affidavit of support at the sponsor's request, and that this affidavit of support is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Telephone Number |
|---|---|---|---|
| | | | |

Firm Name and Address

Form I-864 (11/05/01)Y Page 6

(b)(6)

OMB No. 1115-0214

**U.S. Department of Justice**
Immigration and Naturalization Service

**Affidavit of Support Under Section 213A of the Act**

**START HERE - Please Type or Print**

## Part 1. Information on Sponsor (You)

| Last Name | First Name | Middle Name |
|---|---|---|
| NORTHCUTT | MAURICE | ALEXANDER |

| Mailing Address (Street Number and Name) | Apt/Suite Number |
|---|---|
| 4801 AUGUST ST | #4 |

| City | State or Province |
|---|---|
| LOS ANGELES | CA |

| Country | ZIP/Postal Code |
|---|---|
| USA | 90008 |

| Place of Residence if different from above (Street Number and Name) | Apt/Suite Number |
|---|---|
| N/A | |

| City | State or Province |
|---|---|
| | |

| Country | ZIP/Postal Code | Telephone Number |
|---|---|---|
| | | |

| Date of Birth (Month, Day, Year) | Place of Birth (City, State, Country) | Are you a U.S. Citizen? |
|---|---|---|
| 04/09/57 | LOS ANGELES, CA | ☒ Yes ☐ No |

**FOR AGENCY USE ONLY**

This Affidavit | Receipt
[ ] Meets
[ ] Does not meet
Requirements of Section 213A

Officer or I.J. Signature

Location

Date

## Part 2. Basis for Filing Affidavit of Support

I am filing this affidavit of support because (check one):

a. ☒ I filed/am filing the alien relative petition.

b. ☐ I filed/am filing an alien worker petition on behalf of the intending immigrant, who is related to me as my _____ (relationship)

c. ☐ I have ownership interest of at least 5% _____ (name of entity which filed visa petition) which filed an alien worker petition on behalf of the intending immigrant, who is related to me as my _____ (relationship)

d. ☐ I am a joint sponsor willing to accept the legal obligations with any other sponsor(s).

## Part 3. Information on the Immigrant(s) You Are Sponsoring

| Last Name | First Name | Middle Name |
|---|---|---|
| ADU-DARKO | GIFTY | -- |

| Date of Birth (Month, Day, Year) | Sex | Social Security Number (If any) |
|---|---|---|
| 10/20/74 | ☐ Male ☒ Female | NONE |

| Country of Citizenship | A-Number (If any) |
|---|---|
| GHANA | N/A |

| Current Address (Street Number and Name) | Apt/Suite Number | City |
|---|---|---|
| 4801 AUGUST ST | # 4 | LOS ANGELES |

| State/Province | Country | ZIP/Postal Code | Telephone Number |
|---|---|---|---|
| CA | USA | 90008 | 323/292 3698 |

List any spouse and/or children immigrating with the immigrant named above in this Part: (Use additional sheet of paper if necessary.)

| Name | Relationship to Sponsored Immigrant | | | Date of Birth | | | A-Number (If any) | Social Security (If any) |
|---|---|---|---|---|---|---|---|---|
| | Spouse | Son | Daughter | Mo. | Day | Yr. | | |
| NONE | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Form I-864 (Rev. 11/05/01)Y

(b)(6)

## Part 4.    Eligibility to Sponsor

To be a sponsor you must be a U.S. citizen or national or a lawful permanent resident. If you are not the petitioning relative, you must provide proof of status. To prove status, U.S. citizens or nationals must attach a copy of a document proving status, such as a U.S. passport, birth certificate, or certificate of naturalization, and lawful permanent residents must attach a copy of both sides of their Permanent Resident Card (Form I-551).

The determination of your eligibility to sponsor an immigrant will be based on an evaluation of your demonstrated ability to maintain an annual income at or above 125 percent of the Federal poverty line (100 percent if you are a petitioner sponsoring your spouse or child and you are on active duty in the U.S. Armed Forces). The assessment of your ability to maintain an adequate income will include your current employment, household size, and household income as shown on the Federal income tax returns for the 3 most recent tax years. Assets that are readily converted to cash and that can be made available for the support of sponsored immigrants if necessary, including any such assets of the immigrant(s) you are sponsoring, may also be considered.

The greatest weight in determining eligibility will be placed on current employment and household income. If a petitioner is unable to demonstrate ability to meet the stated income and asset requirements, a joint sponsor who *can* meet the income and asset requirements is needed. Failure to provide adequate evidence of income and/or assets or an affidavit of support completed by a joint sponsor will result in denial of the immigrant's application for an immigrant visa or adjustment to permanent resident status.

| Name | A-Number | Date Affidavit of Support Signed | Relationship |
|------|----------|----------------------------------|--------------|
|      |          |                                  |              |
|      |          |                                  |              |
|      |          |                                  |              |
|      |          |                                  |              |
|      |          |                                  |              |
|      |          |                                  |              |

(b)(6)

**Part 4.  Eligibility to Sponsor**    *(Continued)*

### E. Sponsor's Assets and Liabilities

Your assets and those of your qualifying household members and dependents may be used to demonstrate ability to maintain an income at or above 125 percent (or 100 percent, if applicable) of the poverty line *if* they are available for the support of the sponsored immigrant(s) and can readily be converted into cash within 1 year. The household member, other than the immigrant(s) you are sponsoring, must complete and sign Form I-864A, Contract Between Sponsor and Household Member. List the cash value of each asset *after* any debts or liens are subtracted. Supporting evidence must be attached to establish location, ownership, date of acquisition, and value of each asset listed, including any liens and liabilities related to each asset listed. See "Evidence of Assets" in Instructions.

---

**Part 5.  Immigrant's Assets and Offsetting Liabilities**

The sponsored immigrant's assets may also be used in support of your ability to maintain income at or above 125 percent of the poverty line *if* the assets are or will be available in the United States for the support of the sponsored immigrant(s) and can readily be converted into cash within 1 year.

The sponsored immigrant should provide information on his or her assets in a format similar to part 4.E. above. Supporting evidence must be attached to establish location, ownership, and value of each asset listed, including any liens and liabilities for each asset listed. See "Evidence of Assets" in Instructions.

---

**Part 6.  Joint Sponsors**

If household income and assets do not meet the appropriate poverty line for your household size, a joint sponsor is required. There may be more than one joint sponsor, but each joint sponsor must individually meet the 125 percent of poverty line requirement based on his or her household income and/or assets, including any assets of the sponsored immigrant. By submitting a separate Affidavit of Support under Section 213A of the Act (Form I-864), a joint sponsor accepts joint responsibility with the petitioner for the sponsored immigrant(s) until they become U.S. citizens, can be credited with 40 quarters of work, leave the United States permanently, or die.

---

**Part 7.  Use of the Affidavit of Support to Overcome Public Charge Ground of Inadmissibility**

Section 212(a)(4)(C) of the Immigration and Nationality Act provides that an alien seeking permanent residence as an immediate relative (including an orphan), as a family-sponsored immigrant, or as an alien who will accompany or follow to join another alien is considered to be likely to become a public charge and is inadmissible to the United States unless a sponsor submits a legally enforceable affidavit of support on behalf of the alien. Section 212(a)(4)(D) imposes the same requirement on an employment-based immigrant, and those aliens who accompany or follow to join the employment- based immigrant, if the employment-based immigrant will be employed by a relative, or by a firm in which a relative owns a significant interest. Separate affidavits of support are required for family members at the time they immigrate if they are not included on this affidavit of support or do not apply for an immigrant visa or adjustment of status within 6 months of the date this affidavit of support is originally signed. The sponsor must provide the sponsored immigrant(s) whatever support is necessary to maintain them at an income that is at least 125 percent of the Federal poverty guidelines.

> *I submit this affidavit of support in consideration of the sponsored immigrant(s) not being found inadmissible to the United States under section 212(a)(4)(C) (or 212(a)(4)(D) for an employment-based immigrant) and to enable the sponsored immigrant(s) to overcome this ground of inadmissibility. I agree to provide the sponsored immigrant(s) whatever support is necessary to maintain the sponsored immigrant(s) at an income that is at least 125 percent of the Federal poverty guidelines. I understand that my obligation will continue until my death or the sponsored immigrant(s) have become U.S. citizens, can be credited with 40 quarters of work, depart the United States permanently, or die.*

321

(b)(6)

| Part 4. | **Eligibility to Sponsor** | *(Continued)* |
|---|---|---|

### C. Sponsor's Annual Household Income

Enter total unadjusted income from your Federal income tax return for the most recent tax year below. If you last filed a joint income tax return but are using only your *own* income to qualify, list total earnings from your W-2 Forms, or, *if* necessary to reach the required income for your household size, include income from other sources listed on your tax return. If your *individual* income does not meet the income requirement for your household size, you may also list total income for anyone related to you by birth, marriage, or adoption currently living with you in your residence if they have lived in your residence for the previous 6 months, or any person shown as a dependent on your Federal income tax return for the most recent tax year, even if not living in the household. For their income to be considered, household members or dependents must be willing to make their income available for support of the sponsored immigrant(s) and to complete and sign Form I-864A, Contract Between Sponsor and Household Member. A sponsored immigrant/household member only need complete Form I-864A if his or her income will be used to determine your ability to support a spouse and/or children immigrating with him or her.

*You must attach evidence of current employment and copies of income tax returns as filed with the IRS for the most recent 3 tax years for yourself and all persons whose income is listed below. See "Required Evidence " in Instructions.* Income from all 3 years will be considered in determining your ability to support the immigrant(s) you are sponsoring.

## Part 7.   Use of the Affidavit of Support to Overcome Public Charge Grounds   *(Continued)*

### Notice of Change of Address.

Sponsors are required to provide written notice of any change of address within 30 days of the change in address until the sponsored immigrant(s) have become U.S. citizens, can be credited with 40 quarters of work, depart the United States permanently, or die. To comply with this requirement, the sponsor must complete INS Form I-865. Failure to give this notice may subject the sponsor to the civil penalty established under section 213A(d)(2) which ranges from $250 to $2,000, unless the failure to report occurred with the knowledge that the sponsored immigrant(s) had received means-tested public benefits, in which case the penalty ranges from $2,000 to $5,000.

*If my address changes for any reason before my obligations under this affidavit of support terminate, I will complete and file INS Form I-865, Sponsor's Notice of Change of Address, within 30 days of the change of address. I understand that failure to give this notice may subject me to civil penalties.*

### Means-tested Public Benefit Prohibitions and Exceptions.

Under section 403(a) of Public Law 104-193 (Welfare Reform Act), aliens lawfully admitted for permanent residence in the United States, with certain exceptions, are ineligible for most Federally-funded means-tested public benefits during their first 5 years in the United States. This provision does not apply to public benefits specified in section 403(c) of the Welfare Reform Act or to State public benefits, including emergency Medicaid; short-term, non-cash emergency relief; services provided under the National School Lunch and Child Nutrition Acts; immunizations and testing and treatment for communicable diseases; student assistance under the Higher Education Act and the Public Health Service Act; certain forms of foster-care or adoption assistance under the Social Security Act; Head Start programs; means-tested programs under the Elementary and Secondary Education Act; and Job Training Partnership Act programs.

### Consideration of Sponsor's Income in Determining Eligibility for Benefits.

If a permanent resident alien is no longer statutorily barred from a Federally-funded means-tested public benefit program and applies for such a benefit, the income and resources of the sponsor and the sponsor's spouse will be considered (or deemed) to be the income and resources of the sponsored immigrant in determining the immigrant's eligibility for Federal means-tested public benefits. Any State or local government may also choose to consider (or deem) the income and resources of the sponsor and the sponsor's spouse to be the income and resources of the immigrant for the purposes of determining eligibility for their means-tested public benefits. The attribution of the income and resources of the sponsor and the sponsor's spouse to the immigrant will continue until the immigrant becomes a U.S. citizen or has worked or can be credited with 40 qualifying quarters of work, provided that the immigrant or the worker crediting the quarters to the immigrant has not received any Federal means-tested public benefit during any creditable quarter for any period after December 31, 1996.

*I understand that, under section 213A of the Immigration and Nationality Act (the Act), as amended, this affidavit of support constitutes a contract between me and the U.S. Government. This contract is designed to protect the United States Government, and State and local government agencies or private entities that provide means-tested public benefits, from having to pay benefits to or on behalf of the sponsored immigrant(s), for as long as I am obligated to support them under this affidavit of support. I understand that the sponsored immigrants, or any Federal, State, local, or private entity that pays any means-tested benefit to or on behalf of the sponsored immigrant(s), are entitled to sue me if I fail to meet my obligations under this affidavit of support, as defined by section 213A and INS regulations.*

### Civil Action to Enforce.

If the immigrant on whose behalf this affidavit of support is executed receives any Federal, State, or local means-tested public benefit before this obligation terminates, the Federal, State, or local agency or private entity may request reimbursement from the sponsor who signed this affidavit. If the sponsor fails to honor the request for reimbursement, the agency may sue the sponsor in any U.S. District Court or any State court with jurisdiction of civil actions for breach of contract. INS will provide names, addresses, and Social Security account numbers of sponsors to benefit-providing agencies for this purpose. Sponsors may also be liable for paying the costs of collection, including legal fees.

**Part 7. Use of the Affidavit of Support to Overcome Public Charge Grounds · (Continued)**

*I acknowledge that section 213A(a)(1)(B) of the Act grants the sponsored immigrant(s) and any Federal, State, local, or private agency that pays any means-tested public benefit to or on behalf of the sponsored immigrant(s) standing to sue me for failing to meet my obligations under this affidavit of support. I agree to submit to the personal jurisdiction of any court of the United States or of any State, territory, or possession of the United States if the court has subject matter jurisdiction of a civil lawsuit to enforce this affidavit of support. I agree that no lawsuit to enforce this affidavit of support shall be barred by any statute of limitations that might otherwise apply, so long as the plaintiff initiates the civil lawsuit no later than ten (10) years after the date on which a sponsored immigrant last received any means-tested public benefits.*

## Collection of Judgment.

*I acknowledge that a plaintiff may seek specific performance of my support obligation. Furthermore, any money judgment against me based on this affidavit of support may be collected through the use of a judgment lien under 28 U.S.C 3201, a writ of execution under 28 U.S.C 3203, a judicial installment payment order under 28 U.S.C 3204, garnishment under 28 U.S.C 3205, or through the use of any corresponding remedy under State law. I may also be held liable for costs of collection, including attorney fees.*

## Concluding Provisions.

I, ___MAURICE ALEXANDER NORTHCUTT___ *certify under penalty of perjury under the laws of the United States that:*

    *(a) I know the contents of this affidavit of support signed by me;*

    *(b) All the statements in this affidavit of support are true and correct,*

    *(c) I make this affidavit of support for the consideration stated in Part 7, freely, and without any mental reservation or purpose of evasion;*

    *(d) Income tax returns submitted in support of this affidavit are true copies of the returns filed with the Internal Revenue Service; and*

    *(e) Any other evidence submitted is true and correct.*

_____     6/20/03
*(Sponsor's Signature)*                         *(Date)*

Subscribed and sworn to (or affirmed) before me this

20th day of _____June_____ , 2003
                    *(Month)*        *(Year)*

at _____Los Angeles, Ca_____ .

My commission expires on _9/28/03_

_____
*(Signature of Notary Public or Officer Administering Oath)*

Notary
*(Title)*

BA DINH LUONG
Commission # 1234107
Notary Public — California
Los Angeles County
My Comm. Expires Sep 28, 2003

---

**Part 8. If someone other than the sponsor prepared this affidavit of support, that person must complete the following:**

I certify under penalty of perjury under the laws of the United States that I prepared this affidavit of support at the sponsor's request, and that this affidavit of support is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Telephone Number |
|---|---|---|---|
| | | | |

Firm Name and Address

(b)(6)

| | |
|---|---|
| **1040A** | Department of the Treasury—Internal Revenue Service<br>**U.S. Individual Income Tax Return**   (99)   **2002**   IRS Use Only |

| Label<br>(See page 21.)<br><br>Use the | L<br>A<br>B<br>E<br>L | Your first name and initial<br>*Maurice A.* | Last name<br>*Northcutt* |
|---|---|---|---|
| | | If a joint return, spouse's first name and initial | Last name |

Form 1040A (2002)

(b)(6)

**Label**
(See page 14.)
Use the IRS
label

| L | If a joint return, spouse | and initial | Last name |
| A | | | |
| B | | | |
| E | | | |
| L | | | |

Number and street. If you have a P.O. box, see page 14. — Apt. no.

327

(b)(6)

Form 1040A (2002)

(b)(6)



Maurice A. North

2002

Form W-2  Wage and
Statement

Copy for EMPLOYEE'S
State, City, or Local
Income Tax Return
Department of the Treasury
Internal Revenue Service

## Century Health & Rehabilitation Center

| Period Start | Period End | Check Date | Check Number |
|---|---|---|---|
| 4/1/2004 | 4/15/2004 | 4/26/2004 | 10033 |

| Employee Name | Employee Number | Social Security No. | Total Hours Paid | Check Amount |
|---|---|---|---|---|
| ADU-DARKO, GIFTY | 4012 | 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 | 37.50 | $241.15 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 283.50 | 0.00 | 42.35 | 283.50 | 283.50 | 241.15 |

| Category | Earnings/Ded's/Taxes | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| | RATE 1 | Regular | 37.50 | 7.56 | | 283.50 | 283.50 | |
| Taxes | FIT | | | | 283.50 | 17.31 | 17.31 | |
| | Medicare | | | | 283.50 | 4.11 | 4.11 | |
| | Soc Sec | | | | 283.50 | 17.58 | 17.58 | |
| | CASDI | | | | 283.50 | 3.35 | 3.35 | |

Page 1 of 1

| Taxable Gross | | | $933.12 | $8,210.10 | PTO | | 184.68 | 316.80 |
|---|---|---|---|---|---|---|---|---|
| Total Deductions | | | $213.65 | $1,867.61 | SICK | | 288.60 | |
| Total Net / ACH | | | $739.47 | $6,522.49 | | | | |

330

| Century Health & Rehabilitation Center | | | | Period Start 4/1/2004 | | Period End 4/15/2004 | | Check Date 4/26/2004 | | Check Number 10033 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ADU-DARKO, GIFTY | Employee Name | | | Employee Number 4012 | | Social Security No. 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 | | Total Hours Paid 37.50 | | Check Amount $241.15 | |
| Current Earnings 283.50 | | Current Deductions 0.00 | | Current Taxes 42.35 | | YTD Earnings 283.50 | | YTD Subject to FIT 283.50 | | YTD Net Pay 241.15 | |
| Category | Earnings/Ded's/Taxes | Type | Hours | Rate or % | Pieces or Base | Amount | | Year to Date | | Balance | |
| Taxes | RATE 1 | Regular | 37.50 | 7.56 | | 283.50 | | 283.50 | | | |
| | FIT | | | | 283.50 | 17.31 | | 17.31 | | | |
| | Medicare | | | | 283.50 | 4.11 | | 4.11 | | | |
| | Soc Sec | | | | 283.50 | 17.58 | | 17.58 | | | |
| | CASDI | | | | 283.50 | 3.35 | | 3.35 | | | |

Page 1 of 1

## BRIERCREST INGLEWOOD HEALTHCARE CENTER

18304

```
—SSN—            —Employee Name——Num B093——    —Status——Dept—           —Date—
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      GIFTY ADU-DARKO   *=cur hrs       S 00,00 CNA             04/06/2004
—Earnings——$/hr——Current—         —YTD—  —Deductions——         —Current—        —YTD—
RegHrs        7.56    854.28$     113.00*   MCWH              15.40        59.62
OvrTimeHrs   11.34     45.36$       4.00*   SSWH              65.86       254.99
Double Hrs   15.12    162.54$      10.75*   FITW             128.08       460.65
Total Wages         1062.18      4112.65    SITW              23.21        73.19
*Total Earnings     1062.18      4112.65    CASDI             12.53        48.54
*Total Deductions    245.08       896.99    MED INS            0.00         0.00
NETPAY               817.10      3215.66    LIFE INS           0.00         0.00
Memo: FINAL                                 GARNISH            0.00         0.00
     *a,*m : Net Pay Add or Memo            SICK       *m      0.00         0.00
                                            VACATION   *m      0.00         0.00
       FINAL                                HOLIDAY    *m      0.00         0.00
                                            *Total           245.08       896.99
```

## BRIERCREST INGLEWOOD HEALTHCARE CENTER

18157

```
—SSN—            —Employee Name——Num B093——    —Status——Dept—           —Date—
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      GIFTY ADU-DARKO   *=cur hrs       S 00,00 CNA             03/25/2004
—Earnings——$/hr——Current—         —YTD—  —Deductions——         —Current—        —YTD—
RegHrs        7.56    621.81$      82.25*   MCWH              13.99        44.22
OvrTimeHrs   11.34    161.60$      14.25*   SSWH              59.82       189.13
Double Hrs   15.12    181.44$      12.00*   FITW             113.48       332.57
Sub-total            964.85      3050.47    SITW              19.22        49.98
Total Earnings       964.85      3050.47    CASDI             11.39        36.01
Total Deductions     217.90       651.91    MED INS            0.00         0.00
Net Pay              746.95      2398.56    LIFE INS           0.00         0.00
Memo: 3-15                                  GARNISH            0.00         0.00
     *a,*m : Net Pay Add or Memo            SICK       *m      0.00         0.00
                                            VACATION   *m      0.00         0.00
       3-15                                 HOLIDAY    *m      0.00         0.00
```

331

(b)(6)

**EMPLOYEE INFORMATION**

| Employee Name |
| --- |
| Northcutt, Maurice A |

(b)(6)



EMPLOYEE INFORMATION
Employee Name
Northcutt, Maurica A

(b)(6)

OMB No. 1115-0214

**U.S. Department of Justice**
Immigration and Naturalization Service

**Affidavit of Support Under Section 213A of the Act**

**START HERE – Please Type or Print**

**Part 1.  Information on Sponsor  (You)**

| Last Name | First Name | Middle Name |
|---|---|---|
| SAKYI | NONATHAN | A. |

| Date of Birth (Month, Day, Year) | Place of Birth (City, State, Country) | | Requirements of Section 213A |
|---|---|---|---|
| 08/12/1955 | KOFORIDUA, E/R. GHANA | | |

**Part 2.  Basis for Filing Affidavit of Support**

I am filing this affidavit of support because (check one):

a. ☑ I filed/am filing the alien relative petition.

b. ☑ I filed/am filing an alien worker petition on behalf of the intending
immigrant, who is related to me as my ____COUSIN____ .
(relationship)

c. ☐ I have ownership interest of at least 5% of _____ .
(name of entity which filed visa petition)
which filed an alien worker petition on behalf of the intending
immigrant, who is related to me as my _____ .
(relationship)

d. ☑ I am a joint sponsor willing to accept the legal obligations with any other sponsor(s).

| Officer or I.J. Signature |
|---|
| Location |
| Date |

**Part 3.  Information on the Immigrant(s) You Are Sponsoring**

| Last Name | First Name | Middle Name |
|---|---|---|
| ADU-DARKO | GIFTY | |

| Date of Birth (Month, Day, Year) | Sex | Social Security Number (If any) |
|---|---|---|
| 10-20-1974 | ☐ Male  ☑ Female | 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 |

| Country of Citizenship | A-Number (If any) |
|---|---|
| GHANA | A 095648853 |

| Current Address (Street Number and Name) | Apt/Suite Number | City |
|---|---|---|
| 4801 AUGUST ST. | 4 | LOS ANGELES |

| State/Province | Country | ZIP/Postal Code | Telephone Number |
|---|---|---|---|
| CALIFORNIA | U.S.A. | 90006 | 828-292-8698 |

List any spouse and/or children immigrating with the immigrant named above in this Part:    (Use additional sheet of paper if necessary.)

| Name | Relationship to Sponsored Immigrant | | | Date of Birth | | | A-Number (If any) | Social Security Number (If any) |
|---|---|---|---|---|---|---|---|---|
| | Spouse | Son | Daughter | Mo. | Day | Yr. | | |
| N/A | | | | | | | N/A | |
| N/A | | | | | | | N/A | |
| N/A | | | | | | | N/A | |
| N/A | | | | | | | N/A | |

Form I-864 (09/26/00)Y

334

(b)(6)

## Part 4.    Eligibility to Sponsor

To be a sponsor you must be a U.S. citizen or national or a lawful permanent resident. If you are not the petitioning relative, you must provide proof of status. To prove status, U.S. citizens or nationals must attach a copy of a document proving status, such as a U.S. passport, birth certificate, or certificate of naturalization, and lawful permanent residents must attach a copy of both sides of their Permanent Resident Card (Form I-551).

The determination of your eligibility to sponsor an immigrant will be based on an evaluation of your demonstrated ability to maintain an annual income at or above 125 percent of the Federal poverty line (100 percent if you are a petitioner sponsoring your spouse or child and you are on active duty in the U.S. Armed Forces). The assessment of your ability to maintain an adequate income will include your current employment, household size, and household income as shown on the Federal income tax returns for the 3 most recent tax years. Assets that are readily converted to cash and that can be made available for the support of sponsored immigrants if necessary, including any such assets of the immigrant(s) you are sponsoring, may also be considered.

The greatest weight in determining eligibility will be placed on current employment and household income. If a petitioner is unable to demonstrate ability to meet the stated income and asset requirements, a joint sponsor who *can* meet the income and asset requirements is needed. Failure to provide adequate evidence of income and/or assets or an affidavit of support completed by a joint sponsor will result in denial of the immigrant's application for an immigrant visa or adjustment to permanent resident status.

(b)(6)

**Part 4.**   **Eligibility to Sponsor**   *(Continued)*

(b)(6)

| Part 4. | **Eligibility to Sponsor** | *(Continued)* |

| Part 5. | **Immigrant's Assets and Offsetting Liabilities** |

The sponsored immigrant's assets may also be used in support of your ability to maintain income at or above 125 percent of the poverty line *if* the assets are or will be available in the United States for the support of the sponsored immigrant(s) and can readily be converted into cash within 1 year.

The sponsored immigrant should provide information on his or her assets in a format similar to part 4.F. above. Supporting evidence must be attached to establish location, ownership, and value of each asset listed, including any liens and liabilities for each asset listed. See "Evidence of Assets" in Instructions.

| Part 6. | **Joint Sponsors** |

If household income and assets do not meet the appropriate poverty line for your household size, a joint sponsor is required. There may be more than one joint sponsor, but each joint sponsor must individually meet the 125 percent of poverty line requirement based on his or her household income and/or assets, including any assets of the sponsored immigrant. By submitting a separate Affidavit of Support under Section 213A of the Act (Form I-864), a joint sponsor accepts joint responsibility with the petitioner for the sponsored immigrant(s) until they become U.S. citizens, can be credited with 40 quarters of work, leave the United States permanently, or die.

| Part 7. | **Use of the Affidavit of Support to Overcome Public Charge Ground of Inadmissibility** |

Section 212(a)(4)(C) of the Immigration and Nationality Act provides that an alien seeking permanent residence as an immediate relative (including an orphan), as a family-sponsored immigrant, or as an alien who will accompany or follow to join another alien is considered to be likely to become a public charge and is inadmissible to the United States unless a sponsor submits a legally enforceable affidavit of support on behalf of the alien. Section 212(a)(4)(D) imposes the same requirement on an employment-based immigrant, and those aliens who accompany or follow to join the employment- based immigrant, if the employment-based immigrant will be employed by a relative, or by a firm in which a relative owns a significant interest. Separate affidavits of support are required for family members at the time they immigrate if they are not included on this affidavit of support or do not apply for an immigrant visa or adjustment of status within 6 months of the date this affidavit of support is originally signed. The sponsor must provide the sponsored immigrant(s) whatever support is necessary to maintain them at an income that is at least 125 percent of the Federal poverty guidelines.

> *I submit this affidavit of support in consideration of the sponsored immigrant(s) not being found inadmissible to the United States under section 212(a)(4)(C) (or 212(a)(4)(D) for an employment-based immigrant) and to enable the sponsored immigrant(s) to overcome this ground of inadmissibility. I agree to provide the sponsored immigrant(s) whatever support is necessary to maintain the sponsored immigrant(s) at an income that is at least 125 percent of the Federal poverty guidelines. I understand that my obligation will continue until my death or the sponsored immigrant(s) have become U.S. citizens, can be credited with 40 quarters of work, depart the United States permanently, or die.*

**Part 7.** Use of the Affidavit of Support to Overcome Public Charge Grou..ds    *(Continued)*

## Notice of Change of Address.

Sponsors are required to provide written notice of any change of address within 30 days of the change in address until the sponsored immigrant(s) have become U.S. citizens, can be credited with 40 quarters of work, depart the United States permanently, or die. To comply with this requirement, the sponsor must complete INS Form I-865. Failure to give this notice may subject the sponsor to the civil penalty established under section 213A(d)(2) which ranges from $250 to $2,000, unless the failure to report occurred with the knowledge that the sponsored immigrant(s) had received means-tested public benefits, in which case the penalty ranges from $2,000 to $5,000.

> *If my address changes for any reason before my obligations under this affidavit of support terminate, I will complete and file INS Form I-865, Sponsor's Notice of Change of Address, within 30 days of the change of address. I understand that failure to give this notice may subject me to civil penalties.*

## Means-tested Public Benefit Prohibitions and Exceptions.

Under section 403(a) of Public Law 104-193 (Welfare Reform Act), aliens lawfully admitted for permanent residence in the United States, with certain exceptions, are ineligible for most Federally-funded means-tested public be..efits during their first 5 years in the United States. This provision does not apply to public benefits specified in section 403(c) of the Welfare Reform Act or to State public benefits, including emergency Medicaid; short-term, non-cash emergency relief; services provided under the National School Lunch and Child Nutrition Acts; immunizations and testing and treatment for communicable diseases; student assistance under the Higher Education Act and the Public Health Service Act; certain forms of foster-care or adoption assistance under the Social Security Act; Head Start programs; means-tested programs under the Elementary and Secondary Education Act; and Job Training Partnership Act programs.

## Consideration of Sponsor's Income in Determining Eligibility for Benefits.

If a permanent resident alien is no longer statutorily barred from a Federally-funded means-tested public benefit program and applies for such a benefit, the income and resources of the sponsor and the sponsor's spouse will be considered (or deemed) to be the income and resources of the sponsored immigrant in determining the immigrant's eligibility for Federal means-tested public benefits. Any State or local government may also choose to consider (or deem) the income and resources of the sponsor and the sponsor's spouse to be the income and resources of the immigrant for the purposes of determining eligibility for their means-tested public benefits. The attribution of the income and resources of the sponsor and the sponsor's spouse to the immigrant will continue until the immigrant becomes a U.S. citizen or has worked or can be credited with 40 qualifying quarters of work, provided that the immigrant or the worker crediting the quarters to the immigrant has not received any Federal means-tested public benefit during any creditable quarter for any period after December 31, 1996.

> *I understand that, under section 213A of the Immigration and Nationality Act (the Act), as amended, this affidavit of support constitutes a contract between me and the U.S. Government. This contract is designed to protect the United States Government, and State and local government agencies or private entities that provide means-tested public benefits, from having to pay benefits to or on behalf of the sponsored immigrant(s), for as long as I am obligated to support them under this affidavit of support. I understand that the sponsored immigrant(s) or any Federal, State, local, or private entity that pays any means-tested benefit to or on behalf of the sponsored immigrant(s), are entitled to sue me if I fail to meet my obligations under this affidavit of support, as defined by section 213A and INS regulations.*

## Civil Action to Enforce.

If the immigrant on whose behalf this affidavit of support is executed receives any Federal, State, or local means-tested public benefit before this obligation terminates, the Federal, State, or local agency or private entity may request reimbursement from the sponsor who signed this affidavit. If the sponsor fails to honor the request for reimbursement, the agency may sue the sponsor in any U.S. District Court or any State court with jurisdiction of civil actions for breach of contract. INS will provide names, addresses, and Social Security account numbers of sponsors to benefit-providing agencies for this purpose. Sponsors may also be liable for paying the costs of collection, including legal fees.

**Part 7.     Use of the Affidavit of Support to Overcome Public Charge Grounds   *(Continued)***

*I acknowledge that section 213A(a)(1)(B) of the Act grants the sponsored immigrant(s) and any Federal, State, local, or private agency that pays any means-tested public benefit to or on behalf of the sponsored immigrant(s) standing to sue me for failing to meet my obligations under this affidavit of support. I agree to submit to the personal jurisdiction of any court of the United States or of any State, territory, or possession of the United States if the court has subject matter jurisdiction of a civil lawsuit to enforce this affidavit of support. I agree that no lawsuit to enforce this affidavit of support shall be barred by any statute of limitations that might otherwise apply, so long as the plaintiff initiates the civil lawsuit no later than ten (10) years after the date on which a sponsored immigrant last received any means-tested public benefits.*

## Collection of Judgment.

*I acknowledge that a plaintiff may seek specific performance of my support obligation. Furthermore, any money judgment against me based on this affidavit of support may be collected through the use of a judgment lien under 28 U.S.C 3201, a writ of execution under 28 U.S.C 3203, a judicial installment payment order under 28 U.S.C 3204, garnishment under 28 U.S.C 3205, or through the use of any corresponding remedy under State law. I may also be held liable for costs of collection, including attorney fees.*

## Concluding Provisions.

I, ___JONIHATHN . A.   SAK YI___ , *certify under penalty of perjury under the laws of the United States that:*

   *(a) I know the contents of this affidavit of support signed by me;*

   *(b) All the statements in this affidavit of support are true and correct;*

   *(c) I make this affidavit of support for the consideration stated in Part 7, freely, and without any mental reservation or purpose of evasion;*

   *(d) Income tax returns submitted in support of this affidavit are true copies of the returns filed with the Internal Revenue Service; and*

   *(e) Any other evidence submitted is true and correct.*

_____
*(Sponsor's Signature)*

04/30/04
*(Date)*

Subscribed and sworn to (or affirmed) before me this

30 TH day of APRIL , 2004
   *(Month)*    *(Year)*

at LOS ANGELES, CA .

My commission expires on 2-10-08 .

_____
*(Signature of Notary Public or Officer Administering Oath)*

NOTARY PUBLIC
*(Title)*

**ANDY QUIÑONES**
Commission # 1469626
Notary Public - California
Los Angeles County
My Comm. Expires Feb 10, 2008

---

**Part 8.     If someone other than the sponsor prepared this affidavit of support, that person must complete the following:**

I certify under penalty of perjury under the laws of the United States that I prepared this affidavit of support at the sponsor's request, and that this affidavit of support is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Telephone Number |
|---|---|---|---|
|  |  |  |  |

Firm Name and Address

Form I-864 (11/05/01)Y Page 6

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0214
## Contract Between Sponsor and Household Member

| Sponsor's Name *(Last, First, Middle)* | Social Security Number | A-Number (If any) |
|---|---|---|
| | | |

### General Filing Instruction

Form I-864A, Contract Between Sponsor and Household Member, is an attachment to Form I-864, Affidavit of Support Under Section 213A of the Immigration and Nationality Act (the Act). The sponsor enters the information above, complete Part 2 of this form, and signs in Part 5. The household member completes Parts 1 and 3 of this form and signs in Part 6. A household member who is also the sponsored immigrant completes Parts 1 and 4 (instead of Part 3) of this form and signs i Part 6. The Privacy Act Notice and information on penalties for misrepresentation or fraud are included on the instructions to Form I-864.

The signatures on the I-864A must be notarized by a notary public or signed before an immigration or consular officer. A separate form must be used for each household member whose income and/or assets are being used to qualify. This blank form may be photocopied for that purpose. A sponsored immigrant who qualifies as a household member is only required to complete this form if he or she has one or more family members immigrating with him or her and is making his or her *income* available for their support. Sponsored immigrants who are using their *assets* to qualify are not required to complete this form. This completed form is submitted with Form I-864 by the sponsored immigrant with an application for an immigrant visa or adjustment of status.

### Purpose

This contract is intended to benefit the sponsored immigrant(s) and any agency of the Federal Government, any agency of a State or local government, or any private entity to which the sponsor has an obligation under the affidavit of support to reimburse for benefits granted to the sponsored immigrant, and these parties will have the right to enforce this contract in a court with appropriate jurisdiction. Under Section 213A of Act, this contract must be completed and signed by the sponsor and any household member, including the sponsor's spouse, whose income is included as household income by a person sponsoring one or more immigrants. The contract must also be completed if a sponsor is relying on the assets of a househo member who is not the sponsored immigrant to meet the income requirements. If the sponsored immigrant is a household member immigrating with a spouse or children, and is using his or her income to assist the sponsor in meeting the income requirement, he or she must complete and sign this contract as a "sponsored immigrant/household member."

By signing this form, a household member, who is not a sponsored immigrant, agrees to make his or her income and/or assets available to the sponsor to help support the immigrant(s) for whom the sponsor has filed an affidavit of support and to be responsible, along with the sponsor, to pay any debt incurred by the sponsor under the affidavit of support. A sponsored immigrant/household member who signs this contract agrees to make his or her income available to the sponsor to help support any spouse or children immigrating with him or her and to be responsible, along with the sponsor, to pay any debt incurred by the sponsor under the affidavit of support. The obligations of the household member and the sponsored immigrant/household member under this contract terminate when the obligations of the sponsor under the affidavit of support terminate. For additional information see section 213A of the Act, part 213a of title 8 of the Code of Federal Regulations, and Form I-864, Affidavit of Support Under Section 213A of the Act.

### Definitions:

1) An "affidavit of support" refers to Form I-864, Affidavit of Support Under Section 213A of the Act, which is complete and filed by the sponsor.

2) A "sponsor" is a person, either the petitioning relative, the relative with a significant ownership interest in the petitionin entity, or another person accepting joint and several liability with the sponsor, who completes and files the Affidavit of Support under Section 213A of the Act on behalf of a sponsored immigrant.

3) A "household member" is any person (a) sharing a residence with the sponsor for at least the last 6 months who is related to the sponsor by birth, marriage, or adoption, *or* (b) whom the sponsor has lawfully claimed as a dependent or the sponsor's most recent federal income tax return even if that person does not live at the same residence as the sponsor, *and* whose income and/or assets will be used to demonstrate the sponsor's ability to maintain the sponsored immigrant(s) at an annual income at the level specified in section 213A(f)(1)(E) or 213A(f)(3) of the Act.

4) A "sponsored immigrant" is a person listed on this form on whose behalf an affidavit of support will be completed and filed.

5) A "sponsored immigrant/household member" is a sponsored immigrant who is also a household member.

Form I-864A (11/05/01)Y

340

(b)(6)

**Part 1. Information on Sponsor's Household Member or Sponsored Immigrant/Household Member**

**Part 3. Household Member's Promise**

**I, THE HOUSEHOLD** _____, in consideration of the sponsor's
*(Print name of household member)*
promise to complete and file the affidavit of support on behalf of the sponsored immigrant(s):

1) Promise to provide any and all financial support necessary to assist the sponsor in maintaining the sponsored immigrant(s) at or above the minimum income provided for in section 213A(a)(1)(A) of the Act (not less than 125 percent of the Federal Poverty Guidelines) during the period in which the affidavit of support is enforceable;

2) Agree to be jointly and severally liable for payment of any and all obligations owed by the sponsor under the affidavit of support to the sponsored immigrant(s), to any agency of the Federal Government, to any agency of a state or local government, or to any private entity;

3) Agree to submit to the personal jurisdiction of any court of the United States or of any state, territory, or possession of the United States if the court has subject matter jurisdiction of a civil lawsuit to enforce this contract or the affidavit of support; and

4) Certify under penalty of perjury under the laws of the United States that all the information provided on this form is true and correct to the best of my knowledge and belief and that the income tax returns I submitted in support of the sponsor affidavit are true copies of the returns filed with the Internal Revenue Service.

### Part 4. Sponsored Immigrant/Household Member's Promise

## I, THE SPONSORED IMMIGRANT/HOUSEHOLD _____

*(Print name of sponsored immigrant)*

in consideration of the sponsor's promise to complete and file the affidavit of support on behalf of the sponsored immigrant(s) accompanying me:

1) Promise to provide any and all financial support necessary to assist the sponsor in maintaining any sponsored immigrant(s) immigrating with me at or above the minimum income provided for in section 213A(a)(1)(A) of the Act (not less than 125 percent of the Federal Poverty Guidelines) during the period in which the affidavit of support is enforceable;

2) Agree to be jointly and severally liable for payment of any and all obligations owed by the sponsor under the affidavit of support to any sponsored immigrant(s) immigrating with me, to any agency of the Federal Government, to any agency of a state or local government, or to any private entity;

3) Agree to submit to the personal jurisdiction of any court of the United States or of any state, territory, or possession of the United States if the court has subject matter jurisdiction of a civil lawsuit to enforce this contract or the affidavit of support; and

4) Certify under penalty of perjury under the laws of the United States that all the information provided on this form is true and correct to the best of my knowledge and belief and that the income tax returns I submitted in support of the sponsor's affidavit of support are true copies of the returns filed with the Internal Revenue Service.

### Part 5. Sponsor's Signature

_____     Date: _____

*Sponsor's Signature*

Subscribed and sworn to *(or affirmed)* before me this_____  day of _____, _____
                                                                        *(Month)*              *(Year)*

at _____ .   My commission expires on_____

_____          _____
*Signature of Notary Public or Officer Administering Oath*            *Title*

### Part 6. Household Member's or Sponsored Immigrant/Household Member's Signature

_____     Date: _____

*Household Member's or Sponsored Immigrant/Household Member's Signature*

Subscribed and sworn to *(or affirmed)* before me this_____  day of _____, _____
                                                                        *(Month)*              *(Year)*

at _____ .   My commission expires on_____

_____          _____
*Signature of Notary Public or Officer Administering Oath*            *Title*

Form I-864A (11/05/01)Y Page 3

342

PAGE WITHHELD PURSUANT TO 0(b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

(b)(6)

Employee's name, address and ZIP code

Jonathan A. Sakyi

This information is being furnished to the Internal Revenue Service. If you

**2003**

| 15 State | |
| CA | |

Form **W-2** Wage and Tax Statement

Copy C For
EMPLOYEE'S RECORDS

(See Notice to Employee on back of Copy B.)

JONATHAN A. SAKYI
4856 1/2 MASCOT ST
LOS ANGELES, CA  90019

(b)(6)

Form **1040**  Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return**  **2003**  (99)  IRS Use Only — Do not write or staple in this space.

| For the year Jan 1 - Dec 31, 2003, or other tax year beginning | , 2003, ending | , 20 |
|---|---|---|

**Label**
(See instructions.)

Your first name: JONATHAN  MI: A  Last name: SAKYI

(b)(6)

Form 1040 (2003)   JONATHAN A SAKYI

(b)(6)

Form **6251**

Department of the Treasury
Internal Revenue Service   (99)

**Alternative Minimum Tax — Individuals**

► See separate instructions.
► Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0227

**2003**

32

Name(s) shown on Form 1040

JONATHAN A. SAKYI

(b)(6)

Form **6251** (2003)     JONATHAN A. SAKYI

(b)(6)

Declaration Control Number (DCN)

| 00 | – | 957567 | – | 01880 | – | 4 | IRS Use Only — Do not write or staple in this space. |

Form **8453**

Department of the Treasury
Internal Revenue Service

**U.S. Individual Income Tax Declaration
for an IRS *e-file* Return**
For the year January 1 - December 31, 2003
► See instructions.

OMB No. 1545-0936

**2003**

| | | Your first name and initial | Last name | |
| L A | | JONATHAN A | SAKYI | |

Station Name: Machine: LOS006-A2466423 Date: 7/21/03 Time: 8:49:32 AM

JONATHAN A SAKYI

(b)(6)



RECEIVED with REMITTANCE
Internal Revenue Service

JUL 2 1 2003

West Field Assistance
Los Angeles, CA
0702209Z

352



(b)(6)

PER RETURN



(b)(6)

PER RETURN



(b)(6)

PER RETURN

(b)(6)

PER RETURN

(b)(6)

PER RETURN



(b)(6)

JONATHAN A SAKYI

(b)(6)



RECEIVED with REMITTANCE
Internal Revenue Service

JUL 2 1 2003

W&I Field Assistance
Los Angeles, CA
0702209Z



(b)(6)

PER RETURN

(b)(6)

PER RETURN

(b)(6)

# *B* riercrest Inglewood Healthcare Center

*Created for Those Who Care*

April 20, 2004

Re:   Gifty Adu-Darko
      SS#:   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

To Whom It May Concern:

This letter is written to inform you that Gifty Adu Darko has been employed with
Briercrest Inglewood HealthCare Center since 01/21/04 as a certified nursing assistant.
Her hourly rate of pay is $7.56 and works approximately 37.50 hours per week.
Her continued employment is very likely and she is an asset to our team.

Should you have any further questions or require additional information, please do not
hesitate to call.

Sincerely,

Alice Enriquez
Assistant Administrator

301 N. Centinela Avenue • Inglewood, CA 90302 • 310-672-1012 Fax 310-672-1215

363



(b)(6)



Department of the Treasury—Internal Revenue Service

**1040A**    **U.S. Individual Income Tax Return**    (99)    **2002**    IRS Use On

**Label**
(See page 21.)

Your first name and initial: _Maurice A._

Last name: _Northcutt_

(b)(6)



Maurice A. Northcutt

2002

Form **W-2** Wage and Tax Statement

Copy for EMPLOYEE'S
State, City, or Local
Income Tax Return
Department of the Treasury
Internal Revenue Service

369

| **Label** (See page 14.) | L A B E L | *[handwritten names]* |
| | | If a joint return, spouse's    ie and initial    Last name |

**U.S. Department of Homeland Security**

United States Citizenship and Immigrations Services
Los Angeles District Office

NAME AND ADDRESS OF APPLICANT/PETITIONER

Maurice Northcutt
4801 August St #4
Los Angeles, CA 90008

| NAME OF BENEFICIARY | | |
|---|---|---|
| Griffin Dirks | | |
| DATE 5/4/04 | | CLASS QRC |
| FILE NO. 085643853 | | |
| FORM NO. **I-485** | DAO D.HAYWOOD | SDAO |

PLEASE SUBMIT THE ITEMS CHECKED BELOW.   Note: All foreign language documents must be accompanied by a translation into English.  The translator must certify that he/she is competent to translate and that the translation is accurate.

| | | |
|---|---|---|
| ☐ | 1. | Birth certificate of |
| ☐ | 2. | Marriage certificate of |
| ☐ | 3. | Proof of legal termination of marriage of |
| ☐ | 4. | Medical examination (I-693) with supplemental form (by INS authorized physician, submitted in sealed envelope. |
| ☐ | 5. | Fingerprints – see appointment for time and place. |
| ☐ | 6. | Final *certified* court dispositions of all your arrests in and outside the United States |
| ☐ | 7. | Affidavit of Support (I-134) *with supporting documents* (e.g. W-2's, tax returns, etc.) |
| ☐ | 8. | Affidavit of Support (I-864) *with supporting documents (See Form instructions)* |
| ☐ | 9. | Affidavit of Support (I-864) *with supporting documents* for Joint Sponsor *(see Form instructions).*  Be sure to include proof of joint sponsor's Lawful Permanent Resident status or United States Citizenship. |
| ☒ | 10. | Income tax returns for Maurice Northcutt Years of: 2001 1040 1022 |
| ☐ | 11. | Letter of employment on company letterhead: include job title, duties & responsibilities, hours per week, wages, length of employment and likelihood of continued employment with employer, W-2's and recent pay stubs. |
| ☐ | 12. | Two (2) color photographs for Alien Registration Card (No jewelry, headwear or glasses). |
| ☐ | 13. | Any documents which would help establish that you have a valid marriage (see reverse). |
| ☐ | 14. | Additional documents needed for employment based petitions (see reverse) |
| ☐ | 15. | Notice of Approval Letter (e.g. Form I-797, consulate Letter, and/or National Visa Center letter) |
| ☐ | 16. | Proof of Special Alien Registration in National Security Entry/Exit Registration System (NSEERS) |
| ☐ | 17. | |
| ☐ | 18. | |
| ☐ | 19. | |
| ☐ | 20. | |

❑ **Mail your documents with this letter to:**

United States Citizenship and Immigration Services

Attention:   Adjustment of Status Unit

P. O. Box:   532689

Los Angeles, CA 90053-2689

❑ **Bring documents to Rm. 8010: by:** 5/4/04 **with requested documents**
drop-off

*Please retain copies of all documents submitted to BCIS for your own records.*

**Failure to provide the requested documents within 12 weeks from the date of this notice may result in the denial of your application.  Inquiries of your case will not be accepted until 180 days after the date of this notice.**

❑ ATTORNEY NOTIFIED

WR-827 (LOS) 2210                                                                                     Rev. 7/24/03

MAURICE A NORTHCUTT



RECEIVED
Internal Revenue Service

MAY 0 4 2004

W&I Field Assistance
Los Angeles, CA
0702209Z

(b)(6)

NORTHCUTT  MAURICE  A



RECEIVED
Internal Revenue Service

MAY 0 4 2004

W&I Field Assistance
Los Angeles, CA
07022097

(b)(6)

MAURICE A NORTHCUTT



RECEIVED
Internal Revenue Service

MAY 0 4 2004

W&I Field Assistance
Los Angeles, CA
0702209Z

(b)(6)




**U.S. Department of Justice**
Immigration and Naturalization Service

OMB #1115-0134
Medical Examination of Aliens Seeking Adjustment of Status



(Please type or print clearly)
I certify that on the date shown I examined:

| | |
|---|---|
| 1. Name (Last in CAPS) ADU - DARKO | 3. File number (A number) |
| (First) Giffy   (Middle Initial) | 4. Sex  ☐ Male  ☒ Female |
| 2. Address (Street number and name) 480 August st   (Apt. number) #4 | 5. Date of birth (Month/Day/Year) 10/20/1974 |
| (City) Los Angeles  (State) CA  (ZIP Code) 90008 | 6. Country of birth Ghana |
| | 7. Date of examination (Month/Day/Year) 4/1/04 |

General Physical Examination: I examined specifically for evidence of the conditions listed below. My examination revealed:

☒ No apparent defect, disease, or disability.          ☐ The conditions listed below were found (check all boxes that apply).

**Class A Conditions**

| | |
|---|---|
| ☐ Chancroid | ☐ Hansen's disease, infectious |
| ☐ Chronic alcoholism | ☐ HIV infection |
| ☐ Gonorrhea | ☐ Insanity |
| ☐ Granuloma inguinale | ☐ Lymphogranuloma venereum |

| | |
|---|---|
| ☐ Mental defect | ☐ Psychopathic personality |
| ☐ Mental retardation | ☐ Sexual deviation |
| ☐ Narcotic drug addiction | ☐ Syphilis, infectious |
| ☐ Previous occurrence of one or more attacks of insanity | ☐ Tuberculosis, active |

**Class B Conditions**

☐ Hansen's disease, not infectious   ☐ Tuberculosis, not active          ☐ Other physical defect, disease or disability (specify below).

| Examination for Tuberculosis - Tuberculin Skin Test | Examination for Tuberculosis - Chest X-Ray Report |
|---|---|
| ☐ Reaction _____ mm   ☒ No reaction   ☐ Not done | ☐ Abnormal   ☐ Normal   ☐ Not done |
| Doctor's name (please print) JAMES Jung M.D.   Date read 4/9/04 | Doctor's name (please print) James Jung M.D.   Date read |
| Serologic Test for Syphilis | Serologic Test for HIV Antibody |
| ☐ Reactive Titer (confirmatory test performed)   ☒ Nonreactive | ☐ Positive (confirmed by Western blot)   ☒ Negative |
| Test Type RPR | Test Type HIV TYPE I+II Antibody titer |
| Doctor's name (please print) Dr James Jung M.D.   Date read 4/9/04 | Doctor's name (please print) James Jung M.D.   Date read 4/9/04 |

Immunization Determination (DTP, OPV, MMR, Td-Refer to PHS Guidelines for recommendations.)

☒ Applicant is current for recommended age-specific immunizations.    ☐ Applicant is not current for recommended age-specific immunization and I have encouraged that appropriate immunizations be obtained

**REMARKS:** MMR Td and varicella vaccines given on 4/1/04

**Civil Surgeon Referral for Follow-up of Medical Condition**

☐ The alien named above has applied for adjustment of status. A medical examination conducted by me identified the conditions above which require resolution before medical clearance is granted or for which the alien may seek medical advice. Please provide follow-up services or refer the alien to an appropriate health care provider. The actions necessary for medical clearance are detailed on the reverse of this form.

**Follow-up Information:**
The alien named above has complied with the recommended health follow-up.

| Doctor's name and address (please type or print clearly) | Doctor's signature | Date |
|---|---|---|
| | | |

**Applicant Certification:**
I certify that I understand the purpose of the medical examination, I authorize the required tests to be completed, and the information on this form refers to me.

| Signature X | Date 4/9/04 |
|---|---|

**Civil Surgeon Certification:**
My examination showed the applicant to have met the medical examination and health follow-up requirements for adjustment of status.

| Doctor's name and address (please type or print clearly) James Jung M.D. 3511 W. Olympic Blvd #101 LA, CA 90019 | Doctor's signature | Date 4/9/04 |
|---|---|---|

The Immigration and Naturalization Service is authorized to collect this information under the provisions of the Immigration and Nationality Act and the Immigration Reform and Control Act of 1986, Public Law 99-603

Form I 693 (Rev. 09/01/87) N                    **ORIGINAL: INS A-FILE**

376

## Medical Clearance Requirements
## for Aliens Seeking Adjustment of Status

| Medical Condition | Estimated Time For Clearance | Action Required |
|---|---|---|
| *Suspected Mental Conditions | 5 - 30 Days | The applicant must provide to a civil surgeon a psychological or psychiatric evaluation from a specialist or medical facility for final classification and clearance. |
| Tuberculin Skin Test Reaction and Normal Chest X-Ray | Immediate | The applicant should be encouraged to seek further medical evaluation for possible preventive treatment. |
| Tuberculin Skin Test Reaction and Abnormal Chest X-Ray or Abnormal Chest X-Ray (Inactive/Class B) | 10 - 30 Days | The applicant should be referred to a physician or local health department for further evaluation. Medical clearance may not be granted until the applicant returns to the civil surgeon with documentation of medical evaluation for tuberculosis. |
| Tuberculin Skin Test Reaction and Abnormal Chest X-Ray or Abnormal Chect X-Ray (Active or Suspected Active/Class A) | 10 - 300 Days | The applicant should obtain an appointment with physician or local health department. If treatment for active disease is started, it must be completed (usually 9 months) before a medical clearance may be granted. At the completion of treatment, the applicant must present to the civil surgeon documentation of completion. If treatment is not started, the applicant must present to the civil surgeon documentation of medical evaluation for tuberculosis. |
| Hansen's Disease | 30 - 210 Days | Obtain an evaluation from a specialist or Hansen's disease clinic. If the disease is indeterminate or Tuberculoid, the applicant must present to the civil surgeon documentation of medical evaluation. If the disease is Lepromotous or Borderline (dimorphous) and treatment is started, the applicant must complete at least 6 months and present documentation to the civil surgeon showing adequate supervision, treatment, and clinical response before a medical clearance is granted. |
| **Venereal Diseases | 1 - 30 Days | Obtain an appointment with a physician or local public health department. An applicant with a reactive serologic test for syphilis must provide to the civil surgeon documentation of evaluation for treatment. If any of the venereal diseases are infectious, the applicant must present to the civil surgeon documentation of completion of treatment. |
| Immunizations Incomplete | Immediate | Immunizations are not required, but the applicant should be encouraged to go to physician or local health department for appropriate immunizations. |
| HIV Infection | Immediate | Post-test counseling is not required, but the applicant should be encouraged to seek appropriate post-test counseling. |

* Mental retardation; insanity; previous attack of insanity; psychopathic personality, sexual deviation or mental defect; narcotic drug addition; and chronic alcoholism.

** Chancroid; gonorrhea; granuloma inguinale; lymphogranuloma venereum; and syphilis.

Form I-693 (Rev. 09/01/87) N

377

**SUPPLEMENT FORM TO I-693**

Adjust___ ___of Status Applicant's Documentation of ___ ___zation

To be completed by civil surgeon only

## 1. Applicant Identifying Information

Adu – Danko          Gifty

| (Family) | (Personal) | (Middle) |

___ Male   ✓ Female          Passport# _____

Date of Birth _10/40/1974_
(Month, Day, Year)

Country _GHANA_

## 2. Immunization Record

| Vaccine History Transferred from Written Record | | | | | Vaccine Given | Completed series or Fully immune (Check if YES or write date of tab test if immune) | Waiver(s) to be Requested from INS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Blanket | | | |
| | | | | | | | Not Medically Appropriate | | | |
| Vaccine | Date Rec'd Mo/Day/Yr | Date Rec'd Mo/Day/Yr | Date Rec'd Mo/Day/Yr | Date Rec'd Mo/Day/Yr | Date given by Civil Surgeon Mo/Day/Yr | | Not appropriate age | Contra-indication | Insufficient time interval | Not Fall (Flu) season |
| DT/DTP | | | | | | | ✓ | | | |
| Td | | | | | 4/7/04 | | | | | |
| Polio(OPV/IPV) | | | | | | | ✓ | | | |
| Measles (or MR or MMR) | | | | | 4/7/04 | | | | | |
| Mumps (or MMR) | | | | | 4/7/04 | ; | | | | |
| Rubella (or MR or MMR) | | | | | 4/7/04 | | | | | |
| Hib | | | | | | | ✓ | | | |
| Hepatitis B | | | | | | | ✓ | | | |
| Varicella | | | | | 4/7/04 | | ✓ 57 | | | |
| Pneurnococcal | | | | | | | ✓ | | | |
| Influenza | | | | | | | ✓ | | | |

## 3. Result

☐ Applicant may be eligible for blanket waiver(s) as indicated above.
☐ Applicant will request an individual waiver based on religious or moral convictions.
☒ Vaccine history complete for each vaccine, all requirements met.
☐ Applicant does not met immunization requirements.

## 4. Civil Surgeon's Identifying Information

Civil Surgeon's Name _James Jung M.D_
(Print or type)

Date _4/7/04_

Civil Surgeon's Signature_____

JUNG MEDICAL CENTER
James Jung, M.D.
The American Board of Internal Medicine
3511 W. Olympic Blvd. #101
Los Angeles, California 90019
Tel: (323) 766-1057

378





**CASH RECEIPT** Date 03-01-04 0090577

Received From M. Northcutt & G. Adu-Darko

Address 4801 #4

Dollars $ 850—

For Rent: 03-01-04 to 04-01-04

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | 850 — | CASH | |
| AMT. PAID | 850 — | CHECK | |
| BALANCE DUE | 0 | MONEY ORDER ✗ / CREDIT CARD | By Francis Turkson |

---

**CASH RECEIPT** Date 04-01-04 0090595

Received From Maurice Northcutt & G. Adu-Darko

Address 4801 #4.

Dollars $ 850—

For Rent: 04-01-04 — 05-01-04

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | 850 — | CASH | |
| AMT. PAID | 850 — | CHECK | |
| BALANCE DUE | 0 | MONEY ORDER ✗ / CREDIT CARD | By Francis Turkson |

---

**CASH RECEIPT** Date 05-01-04 0089387

Received From M. Northcutt & G. Adu-Darko

Address 4801 #4

Dollars $ 850—

For Rent: 05-01-04 to 06-01-04

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | 850 — | CASH | |
| AMT. PAID | 850 — | CHECK | |
| BALANCE DUE | 0 | MONEY ORDER ✗ / CREDIT CARD | By Francis Turkson |

(b)(6)

379

COAST NATIONAL INSURANCE COMPANY

POLICY #
SD-7547 49

APPROVED DRIVERS

MAURICE NORTHCUTT
GIFTY ADU-DARKO
3001 W 75TH ST
LOS ANGELES CA 90043

Effective Date
05/03/04

Expiration Date
05/03/05

CUSTOMER #
00043245

COAST NATIONAL INSURANCE COMPANY

NAME INSURED
MAURICE NORTHCUTT
GIFTY ADU-D'ARKO
YEAR/MAKE/MODEL
1989/HYUN

VEHICLE ID #
KMHLF31J9KU564063

Your Producer is
VILMA ZEGERS AUTO INC.

Date Bound
05/03/04

Policy Number
SD-7547 49

Effective Date
05/03/04

Expiration Date
05/03/05

Phone #
818 763 9558

Time Bound
11:45 AM. 380

# Todd Becraft

Law Office of Todd Becraft
3450 Wilshire Blvd., Ste. #1015
Los Angeles, CA 90010-2238
tel: 213-388-1821
fax: 213-388-1911
toddbecraft@hotmail.com

August 26, 2009

U.S. Department of Homeland Security
USCIS
655 West Rialto Avenue
Suite 200
San Bernardino, CA 92410

Re: Gifty ADU-DARKO / A095 643 853 / 50923LOS-SA

Dear Officer in Charge,

Please find attached a duly completed form G-28 entering my appearance as attorney of record for the above referenced alien, Ms. Gifty Adu-Darko.

Enclosed please find additional joint documents in response to your Notice of Intent to Deny dated July 23, 2009. We have added an additional three (3) days on to the due date for mailing.

Ms. Adu-Darko is married to Mr. Maurice Northcutt and they maintain their residence at 3637 W. El Segundo, Unit B, Hawthorne, CA, as evidenced by the enclosed lease agreement. In addition, they maintain a joint bank account at Bank of America. Enclosed is also their previous lease agreement for the address at 2116 Hauser Boulevard, Los Angeles, CA, 90016, and AT&T billing statements for that address as well. Enclosed are copies of photos and LADWP and SBC billing statements as well.

I hope this letter adequately addresses the reason that motivated the issuance of the "Notice of Intent to Deny."

Please do not hesitate to contact me if I can be of further assistance.

Sincerely

Todd Becraft

**381**

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

**Appearance** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: **Adu-Darko, Gifty** | Date | **08/26/2009** |
|---|---|---|
| | File No. | |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| Name | | | ☒ Petitioner | ☐ Applicant |
|---|---|---|---|---|
| **Maurice** | **Alexander** | **Northcutt** | ☐ Beneficiary | |

| Address   (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|
| **Unit B** | **3637 W. El Segundo Blvd.,** | **Hawthorne** | **CA** | **90250** |

| Name | ☐ Petitioner | ☐ Applicant |
|---|---|---|
| **Gifty Adu-Darko** | ☒ Beneficiary | |

| Address   (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|
| **3637 W. El Segundo Blvd., Unit B** | | **Hawthorne** | **CA** | **90250** |

*Check applicable Item(s) below:*

☒ 1.  I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

**New York Court of Appeals**                          and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2.  I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3.  I am associated with

the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request.     *(If you check this item, also*
*check item 1 or 2 whichever is appropriate.)*

☐ 4.  Others (Explain fully:)

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| | **Law Office of Todd Becraft**<br>**3450 Wilshire Blvd., Suite 1015,**<br>**Los Angeles          CA   90010** |
| NAME (Type or Print) | TELEPHONE NUMBER |
| **Todd Becraft, Esq.** | **(213) 388-1821** |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

_____
(Name of Attorney or Representative)
*THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| Name of Person Consenting | Signature of Person Consenting | Date |
|---|---|---|
| | | |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

This form may not be used to request records under the Freedom of information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ

Form G-28 (09-26-00)Y



**U. S. Department of Homeland Security**
Citizenship and Immigration Services

655 West Rialto Ave. Suite 200
San Bernardino, CA 92410

Maurice Alexander Northcutt
4801 August Street #4
Los Angeles, CA 90008

Date: July 23, 2009
File: A 95 643 853
Receipt: 50923LOS-SA

Beneficiary. Gifty Adu-Darko

## NOTICE OF INTENT TO DENY

The record reflects that on July 10, 2003, you filed with this Service, form I-130, Petition for Alien Relative, on behalf of your spouse. The visa petition sought to accord the beneficiary immediate relative status as the spouse of a citizen of the United States under section 201(b) of the Immigration and Nationality Act, as amended. This request was based on your marriage to the beneficiary on June 20, 2003, in Los Angeles, California.

Notice is hereby given by this Service of our intent to deny the visa petition since this Service alleges that your marriage is not bona fide. Evidence that can be used to prove that a marriage is bona fide includes documentation showing commingling of assets, joint ownership of property, lease agreements, joint bank accounts, and birth certificates of children born of this union, etc.

On May 4, 2004, you were interviewed by an Immigration Service Officer to whom you submitted documentation, which would assist in establishing the validity of your marriage. The documents you submitted included an unofficial and unsigned 2003 tax return, a letter from the phone company, a generic residential lease with no contact information, and a letter from your bank indicating you opened the account one month before the interview. These documents were not sufficient to establish the bona fides.

Based on the interview and after a thorough review and investigation of your record by immigrations officers, you have failed to prove, by a preponderance of evidence, that you and the beneficiary have a *bona fide* marriage as required by the statute and current Service regulations.

In Matter of Brantigan, 11 I&N Dec. 493, (BIA 1966), it was determined that in visa petition proceedings, the burden of proof to establish eligibility for the benefits sought rests with the petitioner.

In Matter of McKee, 17 I. & N. Dec. 332 (BIA 1980), an alien is deemed a "spouse" for immigration purposes, even though the parties to the marriage have ceased cohabiting, as long as such marriage

387

was not contracted solely to qualify for immigration benefits. However, according to Matter of Lenning, 17 I. & N. Dec. 476 (BIA 1980), if the parties are legally separated (i.e., by written agreement recognized by a court, or by court order), the alien no longer qualifies as a "spouse" for immigration purposes even through the couple has not obtained a final divorce.

The Service has taken into consideration Matter of McKee; however, you have not established that you have a legitimate marriage with the beneficiary through "clear and convincing evidence" as required by the statute and current Service regulations.

You are hereby advised that the Service intends to deny the visa petition filed by yourself on behalf of the beneficiary. You are granted a period of thirty **(30) days** within which to submit any evidence in rebuttal to the stated grounds for denial. If no response is received within that period, the petition will be denied as indicated. Submit any evidence in rebuttal to the stated grounds for denial to the following address: 655 W. Rialto Avenue, San Bernardino, CA 92410. Please include a copy of this letter with your response.

Any additional documents submitted will be carefully reviewed and an outside **investigation** conducted if determined necessary. You will be further advised of any additional interviews should you decide to pursue this petition.

Sincerely,






389






390









393








 **Bank of America**

2362 P P
E0-4

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
CD 07/29 1  0000 306 23     386 018085 #001 AV 0.335

GIFTY ADUDARKO
MAURICE A NORTHCUTT
2116 HAUSER BLVD
LOS ANGELES   CA   90016-2014

*no joint activity*

# Your Bank of America Combined Account Statement

**Statement Date: July 22, 2009**

**At Your Service**
Call: 323.730.9140

**Written Inquiries**
Bank of America
Baldwin Hills Village
PO Box 37176
San Francisco, CA 94137-0176

Customer since 2004
Bank of America appreciates your business and we enjoy serving you.

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. **With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement.** Enroll at www.bankofamerica.com.

## ☐ Summary of Your Deposit Accounts

| Account | Account Number | Your Balance |
|---|---|---|
| MyAccess Checking | 23620-02524 | -$ 35.00 |
| Regular Savings | 03576-09050 | .00 |
| Total Balances | | -$ 35.00 |

## ☐ Bank of America News

Parents, want your teen to learn about finances? Ask them to visit our Web site, bankofamerica.com/studentcode. It's a free and easy way to learn good money management skills, how to create a budget, etc. And by visiting a local banking center, your teen can sign up for our Student Package, featuring CampusEdge® Checking and award-winning Online Banking.

## ☐ Your MyAccess Checking Account

**Account Number: 23620-02524**
Statement Period: June 20 through July 22, 2009

| | | | |
|---|---|---|---|
| Beginning Balance on 06/20/09 | $8.15 | Number of ATM withdrawals and transfers | 1 |
| Total Deposits | + 2,993.28 | Number of purchase transactions | 15 |
| Total Checks, Withdrawals, Transfers, Account Fees | - 3,036.43 | Number of 24 Hour Customer Service Calls  Self-Service  Assisted | 0  0 |
| Ending Balance (Overdrawn) | - $35.00 | | |

## ☐ Branch/ATM Deposits

| Number | Date Posted | Amount | Number | Date Posted | Amount |
|---|---|---|---|---|---|
| | 06/29 | $ 537.65 | | 07/20 | 55.65 |
| | 07/01 | 540.00 | | 07/22 | 35.00 |
| | 07/01 | 1,657.80 | **Total of 5 deposits** | | **$2,826.10** |

Continued on next page

California

Page 1 of 4

396

 

H

GIFTY ADUDARKO
MAURICE A NORTHCUTT

Statement Date: July 22, 2009

## ☐ Account Activity

| Date Posted | Description | Reference Number | Amount |
|---|---|---|---|
| | **Deposits and Credits** | | |
| 06/26 | Kindredhealthcar DES:Payroll    ID:00613747 INDN:Gifty Adu Darko Co ID:1522085484 PPD Ref:009175002828748 | | $67.18 |
| 07/20 | Ma Tlr transfer Banking Ctr Leominster         #0084434 Ma Confirmation# 2210520688 | | 100.00 |
| | Total Deposits and Credits | | $167.18 |
| | **Withdrawals, Transfers and Account Fees** | | |
| 06/25 | Ddano Sav Xfrtransfer to Savings 0357-6-09050 Due to Insufficient Funds | | $.00 |
| 06/25 | Check Card Purchase on 06/24 (Card #435155197), Union 76 00403881 Torrance CA Ref #2418407917561901341416G | | 55.00 |
| 06/26 | Overdraft Item Fee | | 35.00 |
| 07/02 | Purchase on 07/02 (Card #435155197), CA Dmv Haw3700 W Hawthorne CA | 873975 | 264.00 |
| 07/02 | CA Tlr cash withdrawal from Chk 2524 Banking Ctr Crenshaw Imperial #0002150 CA Confirmation# 7455724603 | | 1,600.00 |
| 07/03 | Purchase on 07/03 (Card #435155197), Aloha Teriyaki Hawthorne CA | 603246 | 8.69 |
| 07/03 | Check Card Purchase on 07/01 (Card #435155197), Alley Angel Shoes #3 Los Angeles CA Ref #2430137918341591116002G | | 32.78 |
| 07/03 | Purchase on 07/03 (Card #435155197), Target T2280 Hawt Hawthorne CA | 879497 | 70.00 |
| 07/06 | Purchase on 07/06 (Card #435155197), Cvs 9580 5101 Wes Los Angeles CA | 324228 | 29.52 |
| 07/06 | Purchase on 07/05 (Card #435155197), Superior Grocer 1 Inglewood CA | 932654 | 35.25 |
| 07/07 | Purchase on 07/07 (Card #435155197), Dat Moi Market Gardena CA | 647217 | 32.99 |
| 07/07 | Purchase on 07/07 (Card #435155197), Original Africa/1 Los Angeles CA | 138776 | 57.00 |
| 07/08 | Check Card Purchase on 07/05 (Card #435155197), Jack In The Bo09835000 Inglewood CA Ref #2416407918852242440272 | | 5.26 |
| 07/08 | Check Card Purchase on 07/07 (Card #435155197), Mavi's Produce Los Angeles CA Ref #2449398918920791760043 | | 15.00 |
| 07/08 | Purchase on 07/08 (Card #435155197), Arco Paypoint Hawthorne CA | 236921 | 30.45 |
| 07/08 | Check Card Purchase on 07/07 (Card #435155197), Western Supreme Inc Los Angeles CA Ref #2449279918818000100186 | | 36.18 |
| 07/10 | Cash withdrawal on 07/10, Bank of America ATM #ICAD3778 (Card #435155197) | 002956 | 200.00 |
| 07/13 | Purchase on 07/12 (Card #435155197), Superior Grocer 1 Inglewood CA | 725917 | 120.62 |
| 07/14 | infinity Insuran DES:Ins Prem   ID:0501748193000 i INDN:Adu Darko Gifty      Co ID:1310943862 PPD Ref:009194009208465 | | 92.75 |
| 07/15 | Wachovia Dealer  DES:Fee & Pmts ID:8270908004 INDN:Gifty A Darko Co ID:9330291646 TEL Ref:009196004740447 | | 160.93 |
| 07/16 | Overdraft Item Fee | | 35.00 |
| 07/17 | Check Card Purchase on 07/15 (Card #435155197), Chevron 00092178 Los Angeles CA Ref #2462512919749170340S015 | | 50.01 |
| 07/20 | Overdraft Item Fee | | 35.00 |
| 07/22 | Extended Overdrawn Balance Charge | | 35.00 |
| | Total Withdrawals, Transfers and Account Fees | | $3,036.43 |

## ☐ Overdraft Protection Plan

Savings Account 03576-09050                                      Overdraft coverage available $0.00

Continued on next page
                                California                                      Page 2 of 4

397

 **Bank of America** 

GIFTY ADUDARKO
MAURICE A NORTHCUTT

Statement Date: July 22, 2009

---

## ☐ Bank of America: In Balance

To assist you in reconciling your account, we have provided the following summary information.
A reconciliation worksheet is printed on the reverse of this page.

- Your ending balance from this statement ........................................................................................................ - $35.00
- **Subtract** insufficient funds fees from your checkbook register ...................................................................... 140.00

---

## ☐ Your Regular Savings Account

**Account Number: 03576-09050**
Statement Period: June 22 through July 22, 2009

| Beginning Balance on 06/22/09 | $1.01 | Interest paid year-to-date | $.02 |
|---|---|---|---|
| Service Charge | - 1.01 | | |
| Ending Balance | $0.00 | | |

---

## ☐ Account Activity

| Date Posted | Description | Reference Number | Amount |
|---|---|---|---|
| 06/30 | **Service Charge** The Monthly Service Charge Was Assessed Because Your Account's Minimum Balance During The Month Was $ 1.01   on 06-01.  The Total Amount Of Uncollected Charges Is $ 3.99. | | $1.01 |

---

## ☐ ATM Information

This period, you visited the following ATM locations:

**Bank of America's ATM Network**
- #ICAD3778 Bank Of America, Los Angeles, CA

398

GIFTY ADUDARKO
MAURICE A NORTHCUTT

Statement Date: July 22, 2009

## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ................................................................................. $ _____

2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ........... $ _____

3. Add any credits not previously recorded that are listed on this statement (for example interest) ..................... $ _____

4. This is your NEW ACCOUNT REGISTER BALANCE .......................................................................................... $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ................................................................................................. $ _____

2. Add any deposits not shown on this statement .......................................................................................... $ _____

_____

_____

**SUBTOTAL** $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals.

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ...................................... $ _____

5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
This Balance should match your new Account Register Balance ......................................................................... $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## Important Information

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

California

Bank of America, N.A. Member FDIC and ☰ Equal Housing Lender
*Thank You for Choosing Bank of America*

399



GIFTY DARKO
C-0 MAURICE A NORTHCUT
2116 HAUSER BLVD
LOS ANGELES CA 90016 - 2014

**Page** 1 of 2
**Account Number** 323 549-0443 684 0
**Billing Date** Nov 14, 2008

**Web Site** att.com

# Monthly Statement

## Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 173.89 |
| Payment | .00 |
| Adjustments | .00 |
| Past Due - Please Pay Immediately | 173.89 |
| Current Charges | 3.63CR |
| **Total Amount Due** | **$170.26** |

Current Charges Due Upon Receipt
REVISED FINAL BILL

## Billing Summary

Questions? Visit **att.com**

| | |
|---|---|
| **Plans and Services** | **2.71CR** |
| 1 800 288-2020 | |
| **AT&T Long Distance** | **.92CR** |
| 1 800 288-2020 | |
| **Total Current Charges** | **3.63CR** |

## Plans and Services

**Additions and Changes to Service**
This section of your bill reflects charges and credits resulting
from account activity.
**Charges for 323 549-0443**
**Order No. 00000000**

| Item No. | Description | Quantity | Monthly Rate | Amount Billed |
|---|---|---|---|---|
| **Account Activity** | | | | |
| (Monthly Charges are Prorated from | | | | |
| Oct 15, 2008 to your Billing Date, Nov 10, 2008) | | | | |
| 1. | Credit Applied for Local and Zone 3 Usage charges between April 1-August 13,2008 | 1 | | 2.33CR |
| 2. | Credit Applied for Interest on Local and Zone 3 Usage charges. | 1 | | .06CR |
| 3. | Credit Applied for Surcharges & Taxes on Local & Zone 3 Usage charges, April 1-August 13, 2008 | 1 | | .32CR |
| **Total 323 549-0443** | | | | **2.71CR** |
| **Total Additions and Changes to Service** | | | | **2.71CR** |

| **Government Fees and Taxes** | | |
|---|---|---|
| 4. | California Teleconnect Fund Surcharge | .00 |
| 5. | Universal Lifeline Telephone Service Surcharge | .00 |
| **Total Government Fees and Taxes** | | **.00** |

**Total Plans and Services**      **2.71CR**

## AT&T Long Distance

**Important Information**
Message Regarding Terms & Conditions:
To view your Terms & Conditions for AT&T Long
Distance, access www.att.com/public_affairs
or call 1 888 225-8530 to have a copy mailed.

**Account Summary**

| Description | |
|---|---|
| Charges for November | .92CR |
| **Total Account Summary Charges** | **.92CR** |

**Invoice Summary**
(as of NOVEMBER 01, 2008)

Local Services provided by AT&T California or AT&T Nevada based upon the service address location.

U.S. Pat. D410, 950 and D414, 510

400



GIFTY DARKO
C-O MAURICE A NORTHCUT
2116 HAUSER BLVD
LOS ANGELES CA 90016 · 2014

Page 1 of 2
Account Number 323 549-0443 684 0
Billing Date Oct 17, 2008

Web Site att.com

## Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 184.97 |
| Payment | .00 |
| Adjustments | .00 |
| Past Due - Please Pay Immediately | 184.97 |
| Current Charges | 11.08CR |
| **Total Amount Due** | **$173.89** |

Current Charges Due Upon Receipt

FINAL BILL

## Billing Summary

Questions? Visit att.com

| Plans and Services | 11.08CR |
|---|---|
| 1 800 288-2020 | |
| **Total Current Charges** | **11.08CR** |

## Plans and Services

### Additions and Changes to Service

This section of your bill reflects charges and credits resulting from account activity.

**Charges for 323 549-0443**

**Order No. D78501985**

| Item No. | Description | Quantity | Monthly Rate | Amount Billed |
|---|---|---|---|---|
| | **Services Disconnected** | | | |
| | (Monthly Charges were Billed in Advance and are Prorated from Oct 14, 2008 to Nov 11, 2008) | | | |
| 1. | Residence Service Flat Rate With Toll Restriction | 1 | 10.94 | 9.48CR |

### Surcharges and Other Fees

| | | |
|---|---|---|
| 2. | Rate Surcharge | .14CR |
| 3. | State Regulatory Fee | .02CR |
| **Total Surcharges and Other Fees** | | **.16CR** |

### Government Fees and Taxes

| | | |
|---|---|---|
| 4. | CA High Cost Fund Surcharge - A: | .01CR |
| 5. | CA High Cost Fund-B and CA Advanced Svc Fund | .05CR |
| 6. | California Teleconnect Fund Surcharge | .01CR |
| 7. | Universal Lifeline Telephone Service Surcharge | .11CR |
| 8. | CA Relay Service and Communications Devices Fund | .02CR |
| 9. | 9-1-1 Emergency System | .05CR |
| 10. | Federal | .30CR |
| 11. | Local | .89CR |
| **Total Government Fees and Taxes** | | **1.44CR** |

**Total Plans and Services**      **11.08CR**

## News You Can Use

**PAYMENT OPTIONS**

AT&T provides several easy options to pay your bill free of charge. You can mail your payment in the enclosed envelope. You can also pay using our self service options at www.att.com or by calling 1 800 288-2020 and saying "Pay Bill". Payments made with an AT&T representative may be subject to a $5.00 payment convenience fee.

**DID YOU KNOW???**

You now have the option for assistance & trouble ticket reporting online at att.com/repair for AT&T's Voice Mail. Get help now at att.com/repair.

## News You Can Use Summary

- PAYMENT OPTIONS
- THE NEW 411
- DID YOU KNOW???

See "News You Can Use" for additional information

Local Services provided by AT&T California or AT&T Nevada based upon the service address location.

U.S. Pat. D410, 950 and D414, 510

401

# Residential Lease

**Clause 1. Identification of Landlord and Tenant**

This agreement is entered into between MR. MAURICE A. NORTHCUT & GIFT-NOW-FRAKE [Tenant] and
AIKINS FRANK [Landlord]. Each Tenant is jointly and severally liable for the
payment of rent and performance of all other terms of this Agreement.

**Clause 2. Identification of Premises**

Subject to the terms and conditions in this Agreement, Landlord rents to Tenant, and Tenant rents from Landlord, for
residential purposes only, the premises located at 2116 HAUSER BLVD, LOS-ANGELES
CA. 90016. together with the following furnishings and appliances:
STOVE, DISH WASHER ONLY
Rental of the premises also includes _____ N/A.
N/A .

**Clause 3. Limits on Use and Occupancy**

The premises are to be used only as a private residence for Tenant(s) listed in Clause 1 of this Agreement, and their
minor children. Occupancy by guests for more than TWO WEEKS is
prohibited without Landlord's written consent and will be considered a breach of this Agreement.

**Clause 4. Term of the Tenancy**

The rental will begin on JANUARY 25TH 2006 , and end on _____ . If
Tenant vacates before the term ends, Tenant will be liable for the balance of the rent for the remainder of the term.

**Clause 5. Payment of Rent.**

**Regular month rent**

Tenant will pay to Landlord a monthly rent of $ 1700 , payable in advance on the first day of each month,
except when that day falls on a weekend or legal holiday, in which case rent is due on the next business day. Rent will
be paid in the following manner unless Landlord designates otherwise:

**Delivery of Payment.**

Rent will be paid:

☑ by mail, to _____
☑ in person, at 2116 HAUSE BLVD, LOS-ANGELES CA. 90016

**Form of payment.**

Landlord will accept payment in these forms:

☑ personal check made payable to AIKINS FRANK
☑ cashier's check made payable to AIKINS FRANK
☐ credit card
☑ money order
☑ cash

**Prorated first month's rent.**

For the period from Tenant's move-in date, _01 - 25TH 2006_ , through the end of the month, Tenant will pay to Landlord the prorated monthly rent of $ _1700_ . This amount will be paid on or before the date the Tenant moves in.

**Clause 6. Late Charges**

If Tenant fails to pay the rent in full before the end of the _5TH_ day after it's due, Tenant will pay Landlord a late charge as follows: _550 LATE PAYMENT FEE_

Landlord does not waive the right to insist on payment of the rent in full on the date it is due.

**Clause 7. Returned Check and Other Bank Charges**

If any check offered by Tenant to Landlord in payment of rent or any other amount due under this Agreement is returned for lack of sufficient funds, a "stop payment," or any other reason, Tenant will pay Landlord a returned check charge of $ _50 ‌_ .

**Clause 8. Security Deposits**

On signing this Agreement, Tenant will pay to Landlord the sum of $ _____ as a security deposit. Tenant may not, without Landlord's prior written consent, apply this security deposit to the last month's rent or to any other sum due under this Agreement. Within _____ after Tenant has vacated the premises, returned keys, and provided Landlord with a forwarding address, Landlord will return the deposit in full or give Tenant an itemized written statement of the reasons for, and the dollar amount of, any of the security deposit retained by Landlord, along with a check for any deposit balance.

**Clause 9. Utilities**

Tenant will pay all utility charges, except for the following, which will be paid by Landlord:
_WATER_ .

**Clause 10. Assignment and Subletting**

Tenant will not sublet any part of the premises or assign this Agreement without the prior written consent of Landlord.

**Clause 11. Tenant's Maintenance Responsibilities**

Tenant will: (1) keep the premises clean, sanitary, and in good condition and, upon termination of the tenancy, return the premises to Landlord in a condition identical to that which existed when Tenant took occupancy, except for ordinary wear and tear; (2) immediately notify Landlord of any defects or dangerous conditions in and about the premises of which Tenant becomes aware; and (3) reimburse Landlord, on demand by Landlord, for the cost of any repairs to the premises damaged by Tenant or Tenant's guests or business invitees through misuse or neglect.

Tenant has examined the premises, including appliances, fixtures, carpets, drapes, and paint, and has found them to be in good, safe, and clean condition and repair, except as noted in the Landlord-Tenant Checklist.

**Clause 12. Repairs and Alterations by Tenant**

a.   Except as provided by law, or as authorized by the prior written consent of Landlord, Tenant will not make any repairs or alterations to the premises, including nailing holes in the walls or painting the rental unit.

b.   Tenant will not, without Landlord's prior written consent, alter, rekey, or install any locks to the premises or install or alter any burglar alarm system. Tenant will provide Landlord with a key or keys capable of unlocking all such rekeyed or new locks as well as instructions on how to disarm any altered or new burglar alarm system.

**Clause 13. Violating Laws and Causing Disturbances**

Tenant is entitled to quiet enjoyment of the premises. Tenant and guests or invitees will not use the premises or adja-

403

cent areas in such a way as to: (1) violate any law or ordinance, including laws promoting the use, possession, or sale of illegal drugs; (2) commit waste (severe property damage); or (3) create a nuisance by annoying, disturbing, inconveniencing, or interfering with the quiet enjoyment and peace and quiet of any other tenant or nearby resident.

**Clause 14. Pets**

No animal, bird, or other pet will be kept on the premises, even temporarily, except properly trained service animals needed by blind, deaf, or disabled persons and _____ under the following conditions:

_____ N/a _____
_____ N/a _____
_____ N/a _____

**Clause 15. Landlord's Right to Access**

Landlord or Landlord's agents may enter the premises in the event of an emergency, to make repairs or improvements, or to show the premises to prospective buyers or tenants. Landlord may also enter the premises to conduct an annual inspection to check for safety or maintenance problems. Except in cases of emergency, Tenant's abandonment of the premises, court order, or where it is impractical to do so, Landlord shall give Tenant _____ 30 Days _____ notice before entering.

**Clause 16. Extended Absences by Tenant**

Tenant will notify Landlord in advance if Tenant will be away from the premises for _____ 7 Days _____ or more consecutive days. During such absence, Landlord may enter the premises at times reasonably necessary to maintain the property and inspect for needed repairs.

**Clause 17. Possession of the Premises**

a. *Tenant's failure to take possession.*

If, after signing this Agreement, Tenant fails to take possession of the premises, Tenant will still be responsible for paying rent and complying with all other terms of this Agreement.

b. *Landlord's failure to deliver possession.*

If Landlord is unable to deliver possession of the premises to Tenant for any reason not within Landlord's control, including, but not limited to, partial or complete destruction of the premises, Tenant will have the right to terminate this Agreement upon proper notice as required by law. In such event, Landlord's liability to Tenant will be limited to the return of all sums previously paid by Tenant to Landlord.

**Clause 18. Tenant Rules and Regulations**

☑ Tenant acknowledges receipt of, and has read a copy of, tenant rules and regulations, which are attached to and incorporated into this Agreement by this reference.

**Clause 19. Payment of Court Costs and Attorney Fees in a Lawsuit**

In any action or legal proceeding to enforce any part of this Agreement, the prevailing party
☐ shall not / ☑ shall recover reasonable attorney fees and court costs.

**Clause 20. Disclosures**

Tenant acknowledges that Landlord has made the following disclosures regarding the premises:

☑ Disclosure of Information on Lead-Based Paint and/or Lead-Based Paint Hazards
☑ Other disclosures:

**Clause 21. Authority to Receive Legal Papers**

The Landlord, any person managing the premises, and anyone designated by the Landlord are authorized to accept service of process and receive other notices and demands, which may be delivered to:

☑ The Landlord, at the following address: *2118 HAUSER BLVD, L/A, CA. 90016.*
☐ The manager, at the following address: *SAME AS ABOVE.*
☑ The following person, at the following address: *MR MAURICE A NORTHCUT AND GIFTY ADU-AARKO AT 2118 HAUSER BLVD, LA. 90016*

## Clause 22. Additional Provisions

Additional provisions are as follows:

| N/A. |
| N/A |
| N/A |
| N/A |

## Clause 23. Validity of Each Part

If any portion of this Agreement is held to be invalid, its invalidity will not affect the validity or enforceability of any other provision of this Agreement.

## Clause 24. Grounds for Termination of Tenancy

The failure of Tenant or Tenant's guests or invitees to comply with any term of this Agreement, or the misrepresentation of any material fact on Tenant's rental application, is grounds for termination of the tenancy, with appropriate notice to Tenant and procedures as required by law.

## Clause 25. Entire Agreement

This document constitutes the entire Agreement between the parties, and no promises or representations, other than those contained here and those implied by law, have been made by Landlord or Tenant. Any modifications to this Agreement must be in writing signed by Landlord and Tenant.

*01 - 25 - 2006*   *AIKINS FRANK*   *OWNER*
Date                Landlord or Landlord's Agent                Title

*2118 HAUSER BLVD, L/A. CA 90016.*
Address

*LOS. ANGELES,*   *CA.*   *90016.*   *323 - 633 - 1209*
City                State        Zip Code        Phone

*01 - 25 - 2006*   *MAURICE NORTHCUT & GIFTY ADU-AARKO*   *323 - 424 - 8112*
Date                Tenant                Phone

*01 - 25 - 2006*   *MRS - GIFT ADU-AARKO*   *323 - 424 - 8112.*
Date                Tenant                Phone

*N/A.*   *N/A.*   *N/A.*
Date       Tenant        Phone

405

# Disclosure of Information on Lead-Based Paint and/or Lead-Based Paint Hazards

**Lead Warning Statement**

Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors must disclose the presence of known lead-based paint and/or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention.

**Lessor's Disclosure**

(a) Presence of lead-based paint and/or lead-based paint hazards (check (i) or (ii) below):

   (i) _N/A_ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain).

   _____ N/A _____
   _____ N/A _____

   (ii) _✓_ Lessor has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

(b) Records and reports available to the lessor (check (i) or (ii) below):

   (i) _____ Lessor has provided the lessee with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

   _____ N/A _____
   _____ N/A _____

   (ii) _✓_ Lessor has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Lessee's Acknowledgment** (initial)

(c) _____ Lessee has received copies of all information listed above.

(d) _✓_ Lessee has received the pamphlet *Protect Your Family from Lead in Your Home.*

**Agent's Acknowledgment** (initial)

(e) _N/A_ Agent has informed the lessor of the lessor's obligations under 42 U.S.C. 4852d and is aware of his/her responsibility to ensure compliance.

**Certification of Accuracy**

The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

| | | | |
|---|---|---|---|
| AKINS FRANK | 01-25-2006 | N/A | |
| Lessor | Date | Lessor | Date |
| MR. MAURICE NORITCLU | 01-25-2006 | GIFTY ADU-AARKE | 01-25-2006 |
| Lessee | Date | Lessee | Date |
| N/A | | N/A | |
| Agent | Date | Agent | Date |

LF310 Lead Disclosure 12-08
©nolo NOLO www.nolo.com

**City of Los Angeles Municipal Services**

P.O. Box 30808, Los Angeles CA 90030-0808 Web site at http://www.ladwp.com

CAN 1123432077

| | | | |
|---|---|---|---|
| MAURICE A NORTHCUTT | GIFTY ADU-DARKO | CLOSING BILL | PAGE 2 |
| 4801 AUGUST ST 4 | | ACCT# 1-33-05316-04801-00-0004-4-01 | |

Bill Issued  12/02/05

| CITY UTILITY TAX | 1(800)215-6277 | 10.0% $ | 0.42 |
|---|---|---|---|

**L.A. MUNICIPAL SERVICES SUBTOTAL  $     .42**

\*KWH(KILOWATT HOUR) IS 1,000 WATT HOURS   \*\*1 HCF = 748 GALLONS
\*\*\*DRY WINTER COMPENSATION FACTOR, DEFINITION ON REVERSE SIDE
   *- Additional Telephone Numbers On Reverse Side -*

**TOTAL AMOUNT DUE     $     4.62**

**MESSAGE FROM THE DEPARTMENT OF WATER AND POWER**

HAVE YOU VISITED OUR WEBSITE LATELY? EXPERIENCE THE TROUBLE FREE SELF-
SERVICE OPPORTUNITIES TO: PAY YOUR BILL; TURN ON OR OFF ELECTRIC AND
WATER SERVICES; LEARN MORE ABOUT OUR CONSERVATION AND REBATE PROGRAMS.
VISIT US AT WWW.LADWP.COM

**MAIL PAYMENT STUB ON LAST PAGE OR BRING ENTIRE BILL TO OFFICE.
CHECKS OR MONEY ORDERS TO BE PAYABLE TO LA DWP.**
**\* \* \* C L O S I N G   B I L L \* \* \***
Thank you for the opportunity of having served you.  If
you need DWP service in the future, refer to the Customer
Service telephone numbers on the back of this bill.

**PLEASE PAY THIS AMOUNT NOW DUE     $     4.62**

MAURICE A NORTHCUTT
GIFTY ADU-DARKO
4801 AUGUST ST APT 4
LOS ANGELES  CA 90008-1351

13305316048010000044010000000004626

H

407

**SBC**

MAURICE NORTHCUTT APT 4
G ADU-DARKO
4801 AUGUST ST
LOS ANGELES CA 90008 - 1351

Page  1 of 3
Account Number  323 292-3698 679 5
Billing Date  Sep 17, 2005

Web Site  **www.sbc.com**

## Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 32.01 |
| Payment Received 9-12   Thank you! | 32.01CR |
| Adjustments | .00 |
| Balance | .00 |
| Current Charges | 31.55 |
| **Total Amount Due** | **$31.55** |
| Amount Due in Full by | Oct 17, 2005 |

## Billing Summary

**Questions? Call:**

| | |
|---|---|
| **Plans and Services** | **31.55** |
| 1 800 310-2355 | |
| **Total Current Charges** | **31.55** |

## SBC Benefits

- Thank you for subscribing to Personal Choice℠.
  You may qualify for additional discounts from SBC Long Distance,
  SBC Yahoo!®DSL, SBC Yahoo!®Dial (Internet Services),
  SBC Messaging, Cingular Wireless or SBC DISH Network.
- Promotions and Discounts this month saved you $1.90.

Savings details are reflected within your bill.

## Plans and Services

**Promotions and Discounts**

| Item No. Description | |
|---|---|
| 1. Caller ID with ACR Discount | 1.90CR |
| Custom Calling Services | |
| Monthly Charges and Credits | |

**Monthly Service - Sep 17 thru Oct 16**

| | |
|---|---|
| 2.  Personal Choice℠ | 21.95 |
| Residence Flat Rate Service | |
| uSelect℠ 3 | |
| Caller ID | |
| Call Waiting | |
| Three-Way Calling | |
| 3.  Anonymous Call Rejection | 1.90 |
| 4.  Caller ID Complete Blocking | .00 |
| 5.  Your Listing Is Not Published | .28 |
| **Total Monthly Service** | **24.13** |

**Local Usage**
**Zone 3 Calls**

| Item No. | Date | Time | Place Called | Number | Code | Min | |
|---|---|---|---|---|---|---|---|
| 6. | 8-13 | 902P | ALHAMBRA CA | 626 230-5646 | E | 1 | .05 |

**Key to Calling Codes**
E   Evening

**Surcharges and Other Fees**

| | |
|---|---|
| 7.   Federal Subscriber Line Charge | 4.38 |
| 8.   Rate Surcharge | .33CR |
| 9.   State Regulatory Fee | .02 |
| 10.  Federal Universal Service Fee | .44 |
| **Total Surcharges and Other Fees** | **4.51** |

**Government Fees and Taxes**

| | |
|---|---|
| 11.  CA High Cost Fund Surcharge - A: | .03 |

Local Services provided by SBC California or SBC Nevada based
upon the service address location.

## News You Can Use Summary

- AVOID DISCONNECTION
- SPECIAL NEEDS
- CARRIER INFORMATION
- PAY BILLS ONLINE

See "News You Can Use" for additional information

U.S. Pat. D410, 950 and D414, 510

**408**

**sbc**

**Monthly Statement**

MAURICE NORTHCUTT APT 4
G ADU-DARKO
4801 AUGUST ST
LOS ANGELES CA 90008 - 1351

Page 1 of 3
Account Number 323 292-3698 679 5
Billing Date Jun 17, 2005

Web Site www.sbc.com

## Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 10.07 |
| Payment Received 6-17   Thank you! | 10.07CR |
| Adjustments | .00 |
| Balance | .00 |
| Current Charges | 19.55 |
| **Total Amount Due** | **$19.55** |
| Amount Due in Full by | Jul 17, 2005 |

## Billing Summary

**Questions? Call:**

| | |
|---|---|
| **Plans and Services** | **31.60** |
| 1 800 310-2355 | |
| **SBC Long Distance** | **12.05CR** |
| 1 800 280-1996 | |
| **Total Current Charges** | **19.55** |

## News You Can Use Summary

• AVOID DISCONNECTION        • CARRIER INFORMATION
See "News You Can Use" for additional information

Return bottom portion with your check in the enclosed envelope.

## SBC Benefits

• Thank you for subscribing to Personal Choice℠.
  You may qualify for additional discounts from SBC Long Distance,
  SBC Yahoo!®DSL, SBC Yahoo!®Dial (Internet Services),
  SBC Messaging, Cingular Wireless or SBC DISH Network.

• Promotions and Discounts this month saved you $1.90.

Savings details are reflected within your bill.

## Plans and Services

**Promotions and Discounts**

| Item No. | Description | |
|---|---|---|
| 1. | Caller ID with ACR Discount | 1.90CR |
| | Custom Calling Services | |
| | Monthly Charges and Credits | |

**Monthly Service - Jun 17 thru Jul 16**

| | | |
|---|---|---|
| 2. | **Personal Choice℠** | 21.95 |
| | Residence Flat Rate Service | |
| | uSelect℠ 3 | |
| | Caller ID | |
| | Call Waiting | |
| | Three-Way Calling | |
| 3. | Anonymous Call Rejection | 1.90 |
| 4. | Caller ID Complete Blocking | .00 |
| 5. | Your Listing Is Not Published | .28 |
| **Total Monthly Service** | | **24.13** |

**Surcharges and Other Fees**

| | | |
|---|---|---|
| 6. | Federal Subscriber Line Charge | 4.42 |
| 7. | Rate Surcharge | .33CR |
| 8. | State Regulatory Fee | .02 |
| 9. | Federal Universal Service Fee | .49 |
| **Total Surcharges and Other Fees** | | **4.60** |

**Government Fees and Taxes**

| | | |
|---|---|---|
| 10. | CA High Cost Fund Surcharge - A: | .03 |
| 11. | CA High Cost Fund Surcharge - B: | .54 |
| 12. | California Teleconnect Fund Surcharge | .03 |
| 13. | Universal Lifeline Telephone Service Surcharge | .34 |
| 14. | CA Relay Service and Communications Devices Fund | .06 |
| 15. | 9-1-1 Emergency System | .15 |
| 16. | Federal | .84 |

Local Services provided by SBC California or SBC Nevada based
upon the service address location.

U.S. Pat. D410, 950 and D414, 510

409

MAY 10, 2005



MAURICE NORTHCUTT APT 4
G ADU-DARKO
4801 AUGUST ST
LOS ANGELES CA                    90008-1351

Dear Valued Customer:

Thank you for your recent order and thank you for choosing SBC California for
your telecommunications services.

This letter confirms your order.  In it you will see the service(s) you
ordered, the monthly tariff rate, any one-time connection charges, and your
service order number.

   We want to ensure you are getting exactly what you ordered so if
   the information in this letter doesn't agree with your records,
   please call us immediately.  Our number is 1-800-310-2355.

On behalf of SBC service representatives statewide, please be assured that
we are always ready to help with your telecommunications needs.

We look forward to working with you again. If you have questions or require
additional information, visit us on the WEB at http://sbc.com or call
1-800-310-2355.

View, print, and pay your SBC California bill online with SBC eBill for free.
Go to sbc.com/econ/ebill to take our tour, enroll, and start saving time and
money.  It's convenient, secure, and best of all, free.

New interactive product tours are now available online and will help you get
the most from your SBC services - sbc.com/tours

4355.1.1.184 1 AT 0.292

MAURICE NORTHCUTT APT 4
G ADU-DARKO
4801 AUGUST ST
LOS ANGELES CA   90008-1351

410

**Los Angeles Department of Water and Power**
P.O. Box 30808, Los Angeles CA 90030-0808 Web site at http://www.ladwp.com

CAN 1123432077

MAURICE A NORTHCUTT        GIFTY ADU-DARKO                                    PAGE 1
4801 AUGUST ST 4                        ACCT# 1-33-05316-04801-00-0004-4-01

```
 Bill Issued 10/18/04        Due Date 11/08/04
 Amount Of Previous Bill      $      76.53
 Payments Since  08/17/04     $      76.53-
```

DWP ENERGY SERVICES-        1(800)342-5397
        This Bill Covers 08/13/04 To 10/14/04.
 Energy Used              538 KWH*
                                Meter 01-Electric Total  $        56.42
    $  0.91 is your daily average cost for energy.

DWP SUBTOTAL $          56.42

```
METERING INFORMATION        01-ELECTRIC
Meter Number                6-634122
Current Read                   91210
Previous Read                  90672
Constant                           1
 This Year-Use               538 KWH
          Days Billed             62
          Daily Average        9 KWH
 Last Year-Use                   N/A
          Days Billed            N/A
          Daily Average          N/A
```

*KWH(KILOWATT HOUR) IS 1,000 WATT HOURS   ** 1 HCF = 748 GALLONS

        MAIL PAYMENT STUB ON LAST PAGE OR BRING ENTIRE BILL TO OFFICE.
            CHECKS OR MONEY ORDERS TO BE PAYABLE TO LA DWP.

                                                      -SEE NEXT PAGE-

        *********AUTO** 5-DIGIT 90008     001/0516
        MAURICE A NORTHCUTT
        GIFTY ADU-DARKO
        4801 AUGUST ST APT 4
        LOS ANGELES  CA 90008-1351

        IIIhıIlıIIıııIIıııIıIıııIIıIIıIIıııIIIıııIıIIıIıI

                        13305316048010000044010000007676
411

**1·800·221·2212**          **www.sbc.com**          **SBC Long Distance
Calling Card**

September 29, 2004
323 292 3698 3716

003441-001560-003441-680554
MAURICE NORTHCUTT APT 4
G ADU-DARKO
4801 AUGUST ST
LOS ANGELES, CA 90008

Dial 1-800-221-2212
for calls across town
or around the world.

Your SBC Long Distance Calling Card offers y

• High quality and reliable service
• Speed Dialing
• Conference Calling

923698

412

# Department of Water and Power



111 No. Hope St. • Mailing Address: P.O. Box 51111, Los Angeles, California 90051-0100

# the City of Los Angeles

Telephone No. (213) 367-4211 • Internet Address: www.ladwp.com

SEPTEMBER 14, 2004

MAURICE A NORTHCUTT
GIFTY ADU-DARKO
4801 AUGUST ST 4
LOS ANGELES     CA 90008

Dear Customer:

Subject:         Low Income Discount Application
For service at:  4801 AUGUST ST 4
Account Number:  1-33-05316-04801-00-0004-4-01

Enclosed are the Low Income Discount Rate Application Form and
the Low Income Rate Information and Application Instructions
you recently requested.

In order to be eligible for the Low Income Discount Rate, proof of
income is required for all household members and must be included
with your completed Low Income Discount Application Form.

Please complete the application using your account number as shown
above and return it with your proof of income in envelope provided.

If you have any questions on the Low Income Discount Rate, please
call the DWP Customer Contact Center at:

    Metropolitan Los Angeles : (213)481-5411
    Other Areas : 1(800)342-5397
    Hearing/Speech Impaired Customers : 1(800)735-2922

Sincerely,

Low Income Discount Program
Los Angeles Department of Water and Power
(34)

413

## Los Angeles Department of Water and Power
P.O. Box 30808, Los Angeles CA 90030-0808 Web site at http://www.ladwp.com

CAN 1123432077

MAURICE A NORTHCUTT        GIFTY ADU-DARKO                          PAGE 1
4801 AUGUST ST 4                   ACCT# 1-33-05316-04801-00-0004-4-01

   Bill Issued  08/17/04        **Due Date  09/09/04**
   Amount Of Previous Bill      $        56.66
   Payments Since  06/17/04     $        56.66-

DWP ENERGY SERVICES-        1(800)342-5397
         This Bill Covers 06/15/04 To 08/13/04.
   Energy Used              536 KWH*
                              Meter 01-Electric Total  $        56.21
     $  0.95 is your daily average cost for energy.

DWP SUBTOTAL  $       56.21


METERING INFORMATION        01-ELECTRIC
Meter Number                6-634122
Current Read                  90672
Previous Read                 90136
Constant                          1
 This Year-Use              536 KWH
         Days Billed             59
         Daily Average        9 KWH
 Last Year-Use                  N/A
         Days Billed            N/A
         Daily Average         N/A

*KWH(KILOWATT HOUR) IS 1,000 WATT HOURS   ** 1 HCF = 748 GALLONS


        MAIL PAYMENT STUB ON LAST PAGE OR BRING ENTIRE BILL TO OFFICE.
           CHECKS OR MONEY ORDERS TO BE PAYABLE TO LA DWP.


                                              -SEE NEXT PAGE-


         **********AUTO** 5-DIGIT 90008    001/0504
         MAURICE A NORTHCUTT
         GIFTY ADU-DARKO
         4801 AUGUST ST APT 4
         LOS ANGELES  CA 90008-1351

         lldlllmlllmlllmlnlmllllnldlmllllmlnlllnlllllnllnlllnlllnlnlnlll

H                             1: 3G5: 16048010000044010000000076533

414

# GHANA ASSOCIATION OF SOUTHERN CALIFORNIA

P.O Box 875189  Los Angeles, California 90087

**Membership Registration Form**

Hdu Fanko

Last Name: Alexender Northcutt  First Name: Gifty & Maurice

Mailing Address: 3634 W Eloequisto Blvd  Van thunl  CA  9025
Number and Street (or P.O. Box)  City  Zip Code

Email Address: Giftyngcl @ yahoo Come

Xmmw-estt F REEE  Marck 1st /2004 (3.W) 970 1240
Signature of Applicant  (Do Not Print)  Date  Daytime Phone No.

Marital Status: ✓ Married  ____ Single  ____ Divorced  ____ Widowed

Spouse's Name: Maurice A nuthcutth

Number of Dependents: ____ 0

In case of emergency, person to contact:

Name: Maurce A northcutt

Address: The Seme of Above

Phone Number: 323 424 5112 Cell

I am interested in serving on one or more of the following committees:

____ Membership/Stewardship  ____ Financial & Investment

✓ Education & Cultural Affairs  ____ Public Relations

____ External Affairs  ____ Ad Hoc

____ Social and Benevolent

Write the name of any other Ghanaian associations or clubs you belong to: Jallcson Augush

Dues: ✓ ($60.00/Family  ____ $30.00/Person

Lifetime Member Dues: $1000.00 _____

Tel  1 (818) 471 5215 Jonathan Alfred

**U.S. Department of Justice**
**Immigration and Naturalization Service**

(b)(6)



OMB #1115-0054
**Petition for Alien Relative**

| DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE ONLY |
|---|

| A# | Action Stamp | Fee Stamp |
|---|---|---|

**Section of Law/Visa Category**
- ☐ 201(b) Spouse - IR-1/CR-1
- ☐ 201(b) Child - IR-2/CR-2
- ☐ 201(b) Parent - IR-5
- ☐ 203(a)(1) Unm. S or D - F1-1
- ☐ 203(a)(2)(A)Spouse - F2-1
- ☐ 203(a)(2)(A) Child - F2-2
- ☐ 203(a)(2)(B) Unm. S or D - F2-4
- ☐ 203(a)(3) Married S or D - F3-1
- ☐ 203(a)(4) Brother/Sister - F4-1

*Denied 8/28/09*

Ju11O/03 005#50923 LOS-9
I-130 SPOUSE$130.00

Petition was filed on: _____ (priority date)
- ☐ Personal Interview        ☐ Previously Forwarded
- ☐ Pet.  ☐ Ben.  ☐ "A" File Reviewed        ☐ I-485 Filed Simultaneously
- ☐ Field Investigation        ☐ 204(g) Resolved
- ☐ 203(a)(2)(A) Resolved        ☐ 203(g) Resolved

**Remarks:**

**A. Relationship**   You are the petitioner; your relative is the beneficiary.

| 1. I am filing this petition for my: | 2. Are you related by adoption? |
|---|---|
| ☒ Husband/Wife  ☐ Parent  ☐ Brother/Sister  ☐ Child | ☐ Yes  ☒ No |

| **B. Information about you** | **C. Information about your relative** |
|---|---|
| 1. Name (Family name in CAPS) (First) (Middle)<br>NORTHCUTT,   MAURICE   ALEXANDER | 1. Name (Family name in CAPS) (First) (Middle)<br>ADU-DARKO,   GIFTY   -- |
| 2. Address (Number and Street) (Apt.No.)<br>108 N.JUDGE AISO ST   4861<br>(Town or City) (State/Country) (Zip/Postal Code)<br>LOS ANGELES,   CA   90012 | 2. Address (Number and Street) (Apt. No.)<br>108 N.JUDGE AISO ST   4861<br>(Town or City) (State/Country) (Zip/Postal Code)<br>LOS ANGELES,   CA   90012 |
| 3. Place of Birth (Town or City) (State/Country)<br>LOS ANGELES,   CA   USA | 3. Place of Birth (Town or City) (State/Country)<br>KOFORIONA   GHANA |
| 4. Date of Birth (Month/Day/Year)   04/09/1957<br>5. Gender ☒ Male ☐ Female<br>6. Marital Status ☒ Married ☐ Single ☐ Widowed ☐ Divorced | 4. Date of Birth (Month/Day/Year)   10/20/1974<br>5. Gender ☐ Male ☒ Female<br>6. Marital Status ☒ Married ☐ Single ☐ Widowed ☐ Divorced |
| 7. Other Names Used (including maiden name)<br>NONE | 7. Other Names Used (including maiden name)<br>NONE |
| 8. Date and Place of Present Marriage (if married)<br>06/20/2003   LOS ANGELES | 8. Date and Place of Present Marriage (if married)<br>06/20/2003   LOS ANGELES |
| 9. Social Security Number (if any)<br>562 04 9607 | 9. Social Security Number (if any)   10. Alien Registration Number<br>NONE   NONE |
| | 11. Name(s) of Prior Husband(s)/Wive(s)   12. Date(s) Marriage(s) Ended<br>NONE   NONE |

| 13. If you are a U.S. citizen, complete the following:<br>My citizenship was acquired through (check one):<br>☒ Birth in the U.S.<br>☐ Naturalization. Give certificate number and date and place of issuance.<br><br>☐ Parents. Have you obtained a certificate of citizenship in your own name?<br>☐ Yes. Give certificate number, date and place of issuance.  ☐ No | 13. Has your relative ever been in the U.S.?  ☒ Yes  ☐ No |
|---|---|
| | 14. If your relative is currently in the U.S., complete the following:<br>He or she arrived as a::<br>(visitor, student, stowaway, without inspection, etc.)<br>Arrival/Departure Record (I-94)   Date arrived (Month/Day/Year)<br>114 5 - 3 7 2 4 4 1 0   11/04/2002<br>Date authorized stay expired, or will expire,<br>as shown on Form I-94 or I-95 |
| | 15. Name and address of present employer (if any)<br>NONE<br>Date this employment began (Month/Day/Year) |
| | 16. Has your relative ever been under immigration proceedings?<br>☒ No  ☐ Yes  Where _____  When _____<br>☐ Removal  ☐ Exclusion/Deportation  ☐ Recission  ☐ Judicial Proceedi |

| INITIAL RECEIPT | RESUBMITTED | RELOCATED: Rec'd | Sent | COMPLETED: Appv'd | Denied | Ret'd |
|---|---|---|---|---|---|---|

Form I-130 (Rev. 12/28/01)

416

(b)(6)

## C. Information about your alien relative (continued)

**17. List husband/wife and all children of your relative.**

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| ASIBEY, JASMINE OSEI | DAUGHTER | | |
| ASIBEY, MARYEL OSEI | SON | | |

**18. Address in the United States where your relative intends to live.**

(Street Address)        (Town or City)        (State)

4801 AUGUST ST # 4      LOS ANGELES, CA 90008

**19. Your relative's address abroad.** (Include street, city, province and country)

P.O.BOX 79 SUHUM E/R    GHANA           Phone Number (if any)

**20. If your relative's native alphabet is other than Roman letters, write his or her name and foreign address in the native alphabet.**

(Name)      Address (Include street, city, province and country):

N/A

**21. If filing for your husband/wife, give last address at which you lived together.** (Include street, city, province, if any, and country):

4801 AUGHST ST # 4,LOS ANGELES CA 90008     From: (Month) (Year) 05/03    To: (Month) (Year) PRESENT

**22. Complete the information below if your relative is in the United States and will apply for adjustment of status**

Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident at the office of the Immigration and Naturalization Service in   LOS ANGELES,   CA   . If your relative is not eligible for adjustment of status, he or she

(City)         (State)

will apply for a visa abroad at the American consular post in   ACCRA     GHANA

(City)         (Country)

NOTE: Designation of an American embassy or consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that post. Acceptance is at the discretion of the designated embassy or consulate.

## D. Other information

**WARNING:** INS investigates claimed relationships and verifies the validity of documents. INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**PENALTIES:** By law, you may be imprisoned for not more than five years or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws. In addition, you may be fined up to $10,000 and imprisoned for up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**YOUR CERTIFICATION:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

## E. Signature of petitioner.

06/23/2003

Date

## F. Signature of person preparing this form, if other than the petitioner.

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge

Print Name          Signature          Date

Address          G-28 ID or VOLAG Number, if any.

Form I-130 (Rev. 12/28/01) Y Page

417

(b)(6)

**U.S. Department of Justice**
~~Immigration~~ and Naturalization Service

OMB No. 1115-0066
**BIOGRAPHIC INFORMATION**

| (Family name) | (First name) | (Middle name) | | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | |
|---|---|---|---|---|---|---|
| NORTHCUTT, | MAURICE | ALEXANDER | ☑MALE ☐FEMALE | 04/09/57 | USA | |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. |
|---|---|---|
| NONE | LOS ANGELES,CA ,USA | (if any) 552 04 9607 |

| | FAMILY NAME | FIRST NAME | |
|---|---|---|---|
| FATHER | NORTHCUTT, | HORACE | |
| MOTHER (Maiden name) | KNIGHT, | FRANCES | |

| HUSBAND (if none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | ADU-DARKO | GIFTY | 10/20/74 | KOFORIONA GHANA | 06/20/03 | LOS ANGELES |

418

## STATE OF CALIFORNIA
### CERTIFICATION OF VITAL RECORD

## COUNTY OF LOS ANGELES • REGISTRAR-RECORDER/COUNTY CLERK

### LICENSE AND CERTIFICATE OF CONFIDENTIAL MARRIAGE

5 2003 19 0 10393

NNC002467

| | STATE FILE NUMBER | LOCAL REGISTRATION NUMBER | | LICENSE NUMBER |
|---|---|---|---|---|

**HUSBAND PERSONAL DATA**

| 1A. NAME OF HUSBAND–First (Given) | 1B. MIDDLE | 1C. LAST (FAMILY) | 2. DATE OF BIRTH––Month, Day, Year |
|---|---|---|---|
| MAURICE | ALEXANDER | NORTHCUTT | 04/09/1957 |

| 3 STATE OF BIRTH | 4. NUMBER OF PREVIOUS MARRIAGES | 5A. LAST MARRIAGE ENDED BY | 5B. DATE––Month, Day, Year |
|---|---|---|---|
| CA | 00 | ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT | -- |

| 6A. USUAL OCCUPATION | 6B. USUAL KIND OF BUSINESS OR INDUSTRY | 7. EDUCATION––Years Completed |
|---|---|---|
| TECHNICIAN | HOSPITAL | 12 |

| 8A. FULL NAME OF FATHER | 8B. STATE OF BIRTH | 9A. FULL MAIDEN NAME OF MOTHER | 9B. STATE OF BIRTH |
|---|---|---|---|
| HORACE NORTHCUTT | TX | FRANCES KNIGHT | NC |

**WIFE PERSONAL DATA**

| 10A. NAME OF WIFE–First (Given) | 10B. MIDDLE | 10C. CURRENT LAST (FAMILY) | 10D. MAIDEN LAST (FAMILY) IF DIFFERENT THAN 10C. |
|---|---|---|---|
| GIFTY | | ADU-DARKO | |

| 11. DATE OF BIRTH––Month, Day, Year | 12. STATE OF BIRTH | 13. NUMBER OF PREVIOUS MARRIAGES | 14A. LAST MARRIAGE ENDED BY | 14B. DATE––Month, Day, Year |
|---|---|---|---|---|
| 10/20/1974 | GHANA | 00 | ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT | -- |

| 15A. USUAL OCCUPATION | 15B. USUAL KIND OF BUSINESS OR INDUSTRY | 16 EDUCATION––Years Completed |
|---|---|---|
| DRESS MAKING | DRESS MAKING | 15 |

| 17A. FULL NAME OF FATHER | 17B. STATE OF BIRTH | 18A. FULL MAIDEN NAME OF MOTHER | 18B. STATE OF BIRTH |
|---|---|---|---|
| CHARLES ADU-DARKO | GHANA | EMMA SEKYERA | GHANA |

**RESIDENCE OF HUSBAND AND WIFE**

| 19A. RESIDENCE––Street and Number | 19B. CITY | 19C. ZIP CODE | 19D COUNTY––Outside California, Enter State |
|---|---|---|---|
| 4801 AUGUST ST # 4 | LOS ANGELES | CA 90008 | LOS ANGELES |

| 20A. MAILING ADDRESS––If Different | 20B. CITY | 20C. ZIP CODE | 20D. COUNTY––Outside California, Enter State |
|---|---|---|---|
| | | | |

**AFFIDAVIT**

We the undersigned declare that we are an unmarried man and an unmarried woman, not minors, and have been living together as husband and wife and that the foregoing information is true and correct to the best of our knowledge and belief, that no legal objection to the marriage nor to the issuance of a license is known to us, and hereby apply for a License and Certificate of Confidential Marriage.

| 21 SIGNATURE OF HUSBAND | 22. SIGNATURE OF WIFE |
|---|---|
| ▶ *[signature]* | ▶ *[signature]* |

I, the undersigned, empowered by the laws of the State of California, do hereby certify that the above-named parties to be married have personally appeared before me, proved to me on the basis of satisfactory evidence, have declared or affirmed that they meet all the requirements of the law, and the laws prescribed by law have being been paid, do hereby authorize said parties to be married pursuant to Section 4213, Civil Code OR that the license was issued to the person performing the ceremony upon that person's presentation of an affidavit signed by the person and the parties to be married due to the inability of one or both of the parties to be married to physically appear. The affidavit explains the reason for inability to appear in accordance with Section 4213 1, Civil Code

| 23A. SIGNATURE AND TITLE OF ISSUING CLERK | 24A. AFFIX NOTARY SEAL––(If Applicable) | 24B. *SUBSCRIBED AND SWORN TO BEFORE ME ON |
|---|---|---|
| ▶ M NAJERA   *[signature]*   DEPUTY | BA DINH LUONG / Commission # 1234107 / Notary Public — California / Los Angeles County / My Comm. Expires Sep 28, 2003 | 06  20  2003 |
| 23B. COUNTY OF ISSUE | | MONTH  DAY  YEAR |
| LOS ANGELES   23C. MAILING ADDRESS AND ZIP CODE   P.O. BOX 53120   L.A. CA 90053-0120 | | *[signature]* SIGNATURE OF NOTARY |
| 23D. ISSUE DATE–Month,Day,Year   06/12/2003   23E. LICENSE EXPIRES AFTER–Month,Day,Year   09/10/2003 | | BA DINH LUONG TYPED NAME OF NOTARY |

**CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE**

| 25. I hereby certify that the above named man and woman were joined by me in marriage in accordance with the laws of the State of California | 26A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE | 26B. RELIGIOUS DENOMINATION OF CLERGY |
|---|---|---|
| ON JUNE  20,  2003 | *[signature]* | UNIV.LIFE |
| MONTH  DAY  YEAR | 26C TYPE OR PERSON SOLEMNIZING MARRIAGE (TYPE OR PRINT) | 26D OFFICIAL TITLE |
| AT LOS ANGELES, LOS ANGELES CALIFORNIA | REV.BA DINH LUONG | MINISTER |
| CITY OR TOWN   COUNTY | 26E MAILING ADDRESS (Include City and State) | 26F ZIP CODE |
| NOTE: THIS MARRIAGE MUST TAKE PLACE IN THE COUNTY IN WHICH THE LICENSE WAS ISSUED | 127 S.WESTLAKE AVE,LA.,CA | 90057 |

**COUNTY CLERK**

| 27A. SIGNATURE OF COUNTY CLERK | 27B SIGNATURE OF DEPUTY CLERK (If Applicable) | 28 DATE ACCEPTED FOR REGISTRATION– |
|---|---|---|
| ▶ CONNY B. McCORMACK | BY ▶ *[signature]* DEPUTY | JUL 03 2003 |

05 98517   MUST BE LEGIBLE/MAKE NO ERASURES, WHITEOUTS OR OTHER ALTERATIONS—SEE REVERSE SIDE FOR FURTHER INSTRUCTIONS   VS 123(3-91)

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

*[signature]* Conny B. McCormack

JUL 1 5 2003

**CONNY B. McCORMACK**
Registrar-Recorder/County Clerk

This copy not valid unless prepared on engraved border displaying the Seal and Signature of the Registrar-Recorder/County Clerk.

*190075519*

419

## LICENSE AND CERTIFICATE OF CONFIDENTIAL MARRIAGE

NNC002467
LICENSE NUMBER

| STATE FILE NUMBER | LOCAL REGISTRATION NUMBER | |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| **HUSBAND PERSONAL DATA** | 1A. NAME OF HUSBAND--First (Given)<br>MAURICE | 1B. MIDDLE<br>ALEXANDER | 1C. LAST (FAMILY)<br>NORTHCUTT | 2. DATE OF BIRTH--Month, Day, Year<br>04/09/1957 |
| | 3. STATE OF BIRTH<br>CA | 4. NUMBER OF PREVIOUS MARRIAGES<br>00 | 5A. LAST MARRIAGE ENDED BY:<br>☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT | 5B. DATE--Month, Day, Year<br>-- |
| | 6A. USUAL OCCUPATION<br>TECHNICIAN | 6B. USUAL KIND OF BUSINESS OR INDUSTRY<br>HOSPITAL | | 7. EDUCATION--Years Completed<br>12 |
| | 8A. FULL NAME OF FATHER<br>HORACE NORTHCUTT | 8B. STATE OF BIRTH<br>TX | 9A. FULL MAIDEN NAME OF MOTHER<br>FRANCES KNIGHT | 9B. STATE OF BIRTH<br>NC |

| | | | | |
|---|---|---|---|---|
| **WIFE PERSONAL DATA** | 10A. NAME OF WIFE--First (Given)<br>GIFTY | 10B. MIDDLE<br>-- | 10C. CURRENT LAST (FAMILY)<br>ADU-DARKO | 10D. MAIDEN LAST (FAMILY) IF DIFFERENT THAN 10C. |
| | 11. DATE OF BIRTH--Month, Day, Year<br>10/20/1974 | 12. STATE OF BIRTH<br>GHANA | 13. NUMBER OF PREVIOUS MARRIAGES<br>00 | 14A. LAST MARRIAGE ENDED BY:<br>☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT | 14B. DATE--Month, Day, Year<br>-- |
| | 15A. USUAL OCCUPATION<br>DRESS MAKING | 15B. USUAL KIND OF BUSINESS OR INDUSTRY<br>DRESS MAKING | | 16. EDUCATION--Years Completed<br>15 |
| | 17A. FULL NAME OF FATHER<br>CHARLES ADU-DARKO | 17B. STATE OF BIRTH<br>GHANA | 18A. FULL MAIDEN NAME OF MOTHER<br>EMMA SEKYERA | 18B. STATE OF BIRTH<br>GHANA |

| | | | | |
|---|---|---|---|---|
| **RESIDENCE OF HUSBAND AND WIFE** | 19A. RESIDENCE--Street and Number<br>4801 AUGUST ST # 4 | 19B. CITY<br>LOS ANGELES | 19C. ZIP CODE<br>CA 90008 | 19D. COUNTY--Outside California, Enter State<br>LOS ANGELES |
| | 20A. MAILING ADDRESS--If Different | 20B. CITY | 20C. ZIP CODE | 20D. COUNTY--Outside California, Enter State |

| | |
|---|---|
| **AFFIDAVIT** | We the undersigned declare that we are an unmarried man and an unmarried woman, of minor age, have been living together as husband and wife and that the foregoing information is true and correct to the best of our knowledge and belief, that as legal objection to the marriage nor to the issuance of a license is known to us, and hereby apply for a License and Certificate of Confidential Marriage. |
| | 21. SIGNATURE OF HUSBAND ▶ | 22. SIGNATURE OF WIFE ▶ Gifty Adu-Darko |

I, the undersigned, empowered by the laws of the State of California, do hereby certify that the above-named parties to be married have personally appeared before me, proved to me on the basis of satisfactory evidence, have declared or affirmed that they meet all the requirements of the law, and the fees prescribed by law have been paid. I hereby authorize said parties to be married pursuant to Section 4213, Civil Code OR that this license was issued to the person performing the ceremony upon that person's presentation of an affidavit signed by the person and the parties to be married due to the inability of one or both of the parties to be married to physically appear. The affidavit explains the reason for inability to appear in accordance with Section 4213.1, Civil Code.

| | | | |
|---|---|---|---|
| 23A. SIGNATURE AND TITLE OF ISSUING CLERK<br>▶ M NAJERA                    DEPUTY | 24A. AFFIX NOTARY SEAL--(If Applicable) | | 24B. "SUBSCRIBED AND SWORN TO BEFORE ME ON<br>06  20  2003 |
| 23B. COUNTY OF ISSUE<br>LOS ANGELES | 23C. MAILING ADDRESS AND ZIP CODE<br>P.O. BOX 53120<br>L.A. CA. 90053-0120 | BA DINH LUONG<br>Commission # 1234107<br>Notary Public — California<br>Los Angeles County<br>My Comm. Expires Sep 28, 2003 | SIGNATURE OF NOTARY<br>BA DINH LUONG<br>TYPED NAME OF NOTARY |
| 23D. ISSUE DATE--Month, Day, Year<br>06/12/2003 | 23E. LICENSE EXPIRES AFTER--Month, Day, Year<br>09/10/2003 | | |

| | | | |
|---|---|---|---|
| **CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE** | 25. I hereby certify that the above named man and woman were joined by me in marriage in accordance with the laws of the State of California<br>ON  JUNE  20,  2003<br>MONTH  DAY  YEAR<br>AT  LOS ANGELES, LOS ANGELES  CALIFORNIA<br>CITY OR TOWN  COUNTY<br>NOTE: THIS MARRIAGE MUST TAKE PLACE IN THE COUNTY IN WHICH THE LICENSE WAS ISSUED. | 26A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE ▶<br>26C. NAME OF PERSON SOLEMNIZING MARRIAGE<br>(TYPE OR PRINT)<br>REV.BA DINH LUONG<br>26E. MAILING ADDRESS (Include City and State)<br>127 S.WESTLAKE AVE,LA.,CA | 26B. RELIGIOUS DENOMINATION (IF CLERGY)<br>UNIV.LIFE<br>26D. OFFICIAL TITLE<br>MINISTER<br>26F. ZIP CODE<br>90057 |

| | | | |
|---|---|---|---|
| **COUNTY CLERK** | 27A. SIGNATURE OF COUNTY CLERK<br>▶ CONNY B. McCORMACK | 27B. SIGNATURE OF DEPUTY CLERK (If Applicable)<br>BY ▶                    DEPUTY | 28. DATE ACCEPTED FOR REGISTRATION-- |

05 96517   **MUST BE LEGIBLE/MAKE NO ERASURES, WHITEOUTS OR OTHER ALTERATIONS--SEE REVERSE SIDE FOR FURTHER INSTRUCTIONS**   VS 123(3-91)

420

Case 1:23-cv-00541-JRW-PTD Document 1-2   Filed 01/24/23   Page 123 of 206   Page ID #:450

**CAH FINANCIAL SERVICE**
**3870 CRENSHAW BLVD STE # 218**
**LOS ANGELES, CA 90008**
**323-292-2131**

CLIENT'S COPY

April 19, 2004

**CONFIDENTIAL**

MAURICE A. NORTHCUTT & GIFTY ADU-DARKO
4801 AUGUST ST. Apt. 4
LOS ANGELES, CA 90008

For professional services rendered in connection with the preparation of your 2003 individual tax return:

    Form 1040 (Individual Income Tax Return)
    Form 2210 (Underpayment of Estimated Tax)
    Wages Report
    CA Form 540 (Resident Tax Return)
    CA Schedule W

                                    Amount due            $        75.00

# CAH FINANCIAL SERVICE
## 3870 CRENSHAW BLVD STE # 218
## LOS ANGELES, CA 90008
### 323-292-2131

April 19, 2004

**CONFIDENTIAL**

MAURICE A. NORTHCUTT & GIFTY ADU-DARKO
4801 AUGUST ST. Apt. 4
LOS ANGELES, CA 90008

Dear MAURICE & GIFTY:

We have prepared the enclosed returns from information provided by you without verification or audit. We suggest that you examine these returns carefully to fully acquaint yourself with all items contained therein to ensure that there are no omissions or misstatements. Attached are instructions for signing and filing each return. Please follow those instructions carefully.

Also enclosed is any material you furnished for use in preparing the returns. If the returns are examined, requests may be made for supporting documentation. Therefore, we recommend that you retain all pertinent records for at least seven years.

In order that we may properly advise you of tax considerations, please keep us informed of any significant changes in your financial affairs or of any correspondence received from taxing authorities.

If you have any questions or if we can be of assistance in any way, please do not hesitate to call.

Sincerely,

CAH FINANCIAL SERVICES

## Filing Instructions

## Individual Income Tax Return

## Taxable Year Ended  December 31, 2003

**Name:**       MAURICE A. NORTHCUTT & GIFTY ADU-DARKO

**Federal Filing Instructions**

Your 2003 Form 1040 shows a total overpayment of $1,062, which is to be refunded to you in its entirety.

Sign and date the return on Page 2.  Initial and date the copy, and retain it for your records.

Your jointly filed tax return is not considered valid unless it is signed by both the taxpayer and spouse.  Both parties should also initial and date the return copy.

Mail the Form 1040 return by April 15, 2004 to:

> Internal Revenue Service
> Fresno, CA 93888-0002

**California Filing Instructions**

Your 2003 Form 540 shows a total overpayment of $412, which is to be refunded in its entirety.

Sign and date the return on Page 2 and mail it by April 15, 2004 to:

> Franchise Tax Board
> P.O. Box 942840
> Sacramento, CA  94240-0009

| Form **1040** | Department of the Treasury—Internal Revenue Service | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

**U.S. Individual Income Tax Return** **2003** (99)   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2003, or other tax year beginning , 2003, ending , 20   OMB No. 1545-0074

**Label** (See instructions on page 19.)

Use the IRS label. Otherwise, please print or type.

| | | |
|---|---|---|
| **L A B E L** | Your first name and initial **MAURICE A.**  Last name **NORTHCUTT** | Your social security number **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** |
| | If a joint return, sp. first name & initial **GIFTY**  Last name **ADU-DARKO** | Spouse's social security number **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** |
| **H E R E** | Home address (number and street). If you have a P.O. box, see page 19.  **4801 AUGUST ST.**   Apt. no. **4** | ▲ **Important!** ▲ You must enter your SSN(s) above. |
| | City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.  **LOS ANGELES     CA 90008** | |

**Presidential Election Campaign** (See page 19.)

Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶ **You** [X] Yes [ ] No   **Spouse** [X] Yes [ ] No

**Filing Status**

Check only one box.

1 [ ] Single
2 [X] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See page 20.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child. (See page 20.)

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
b [X] Spouse

| No. of boxes checked on 6a and 6b | **2** |
|---|---|

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Ck. if qual. child for child tax credit (see pg. 21) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

No. of children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see page 21)

Dependents on 6c not entered above

Add numbers on lines above ▶ **2**

If more than five dependents, see page 21.

d Total number of exemptions claimed

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 23,856 |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 23) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13a | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13a | |
| b | If box on 13a is checked, enter post-May 5 capital gain distributions | 13b | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions 15a | b Taxable amount (see page 25) | 15b | |
| 16a | Pensions and annuities 16a | b Taxable amount (see page 25) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a | b Taxable amount (see page 27) | 20b | |
| 21 | Other income. List type & amt. (see page 27) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 23,856 |

**Adjusted Gross Income**

| 23 | Educator expenses (see page 29) | 23 | |
|---|---|---|---|
| 24 | IRA deduction (see page 29) | 24 | |
| 25 | Student loan interest deduction (see page 31) | 25 | |
| 26 | Tuition and fees deduction (see page 32) | 26 | |
| 27 | Moving expenses. Attach Form 3903 | 27 | |
| 28 | One-half of self-employment tax. Attach Schedule SE | 28 | |
| 29 | Self-employed health insurance deduction (see page 33) | 29 | |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | 30 | |
| 31 | Penalty on early withdrawal of savings | 31 | |
| 32a | Alimony paid   b Recipient's SSN ▶ | 32a | |
| 33 | Add lines 23 through 32a | 33 | |
| 34 | Subtract line 33 from line 22. This is your **adjusted gross income** ▶ | 34 | 23,856 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 77.
DAA

Form **1040** (2003)

425

Form 1040 (2003)  **MAURICE A. NORT****TT & GIFTY ADU-DARKO**     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  Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 35 | Amount from line 34 (adjusted gross income) | 35 | 23,856 |
| | 36a | Check if: ☐ You were born before January 2, 1939, ☐ Blind. ☐ Spouse was born before January 2, 1939, ☐ Blind. Total boxes checked ▶ 36a | | |
| **Standard Deduction for-** | b | If you are a married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 34 and check here ▶ 36b ☐ | | |
| | 37 | Itemized deductions (from Schedule A) **or your standard deduction** (see left margin) | 37 | 9,500 |
| ● People who checked any box on line 36a or 36b or who can be claimed as a dependent, see page 34. | 38 | Subtract line 37 from line 35 | 38 | 14,356 |
| | 39 | If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see the worksheet on page 35 | 39 | 6,100 |
| | 40 | **Taxable income.** Subtract line 39 from line 38. If line 39 is more than line 38, enter -0- | 40 | 8,256 |
| ● All others: | 41 | Tax (see page 36). Check if any tax is from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 | 41 | 828 |
| Single or Married filing separately, $4,750 | 42 | Alternative minimum tax (see page 38). Attach Form 6251 | 42 | |
| | 43 | Add lines 41 and 42 ▶ | 43 | 828 |
| Married filing jointly or Qualifying widow(er), $9,500 | 44 | Foreign tax credit. Attach Form 1116 if required | 44 | |
| | 45 | Credit for child and dependent care expenses. Attach Form 2441 | 45 | |
| | 46 | Credit for the elderly or the disabled. Attach Schedule R | 46 | |
| Head of household, $7,000 | 47 | Education credits. Attach Form 8863 | 47 | |
| | 48 | Retirement savings contributions credit. Attach Form 8880 | 48 | |
| | 49 | Child tax credit (see page 40) | 49 | |
| | 50 | Adoption credit. Attach Form 8839 | 50 | |
| | 51 | Credits from: **a** ☐ Form 8396 **b** ☐ Form 8859 | 51 | |
| | 52 | Other credits. Check applicable box(es): **a** ☐ Form 3800 **b** ☐ Form 8801 **c** ☐ Specify | 52 | |
| | 53 | Add lines 44 through 52. These are your **total credits** | 53 | |
| | 54 | Subtract line 53 from line 43. If line 53 is more than line 43, enter -0- ▶ | 54 | 828 |
| **Other Taxes** | 55 | Self-employment tax. Attach Schedule SE | 55 | |
| | 56 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 56 | |
| | 57 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 57 | |
| | 58 | Advance earned income credit payments from Form(s) W-2 | 58 | |
| | 59 | Household employment taxes. Attach Schedule H | 59 | |
| | 60 | Add lines 54 - 59. This is your **total tax** ▶ | 60 | 828 |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | 1,890 |
| | 62 | 2003 estimated tax payments and amount applied from 2002 return | 62 | |
| If you have a qualifying child, attach Schedule EIC. | 63 | **Earned income credit (EIC)** | 63 | |
| | 64 | Excess social security and tier 1 RRTA tax withheld (see page 56) | 64 | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | |
| | 66 | Amount paid with request for extension to file (see page 56) | 66 | |
| | 67 | Other pymt. from: **a** ☐ Form 2439 **b** ☐ Form 4136 **c** ☐ Form 8885 | 67 | |
| | 68 | Add lines 61 through 67. These are your **total payments** ▶ | 68 | 1,890 |
| **Refund** Direct deposit? See page 56 and fill in 70b, 70c, and 70d. | 69 | If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you **overpaid** | 69 | 1,062 |
| | 70a | Amount of line 69 you want **refunded to you** ▶ | 70a | 1,062 |
| | ▶ b | Routing number ▶ Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number | | |
| | 71 | Amount of line 69 you want applied to your 2004 estimated tax ▶ | 71 | |
| **Amount You Owe** | 72 | **Amount you owe.** Subtract line 68 from line 60. For details on how to pay, see page 57 ▶ | 72 | |
| | 73 | Estimated tax penalty (see page 58) | 73 | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 58)? ☒ **Yes. Complete the following.** ☐ No |
|---|---|
| | Designee's name ▶ **PREPARER**    Personal identification number (PIN) ▶    Phone no. ▶ |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
|---|---|---|---|---|
| Joint return? See page 20. | Your signature | Date | Your occupation **MEDICAL SERVICES** | Daytime phone number |
| Keep a copy for your records. | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation **HOME-MAKER** | |

| **Paid Preparer's Use Only** | Preparer's signature ▶ | | Date 4/19/04 | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | **CAH FINANCIAL SERVICES** **3870 CRENSHAW BLVD STE # 218** **LOS ANGELES          CA 90008** | | EIN 90-0134085 | Phone no. 323-292-2131 |

DAA    Form **1040** (2003)

426

| Form **2210** | | **Underpayment of** **Estimated Tax by Individuals, Estates, and Trusts** ▶ See separate instructions. ▶ Attach to Form 1040, 1040A, 1040NR, 1040NR-EZ, or 1041. | OMB No. 1545-0140 **2003** |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | | Attachment Sequence No. **06** |

| Name(s) shown on tax return | Identifying number |
|---|---|
| MAURICE A. NORTHCUTT & GIFTY ADU-DARKO | 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 |

## Do You Have To File Form 2210?

| | | |
|---|---|---|
| Complete lines 1 through 7 below. Is line 7 less than $1,000? | **Yes** ▶ | Do not file Form 2210. You do not owe a penalty. |

↓ **No**

| | | |
|---|---|---|
| Complete lines 8 and 9 below. Is line 6 equal to or more than line 9? | **Yes** ▶ | You do not owe a penalty. **Do not file Form 2210** (but if box E applies, you must file page 1 of Form 2210 below). |

↓ **No**

| | | |
|---|---|---|
| You may owe a penalty. Does any box in Part II below apply? | **Yes** ▶ | You **must** file Form 2210. Does box **B, C,** or **D** apply? |

**No** / **Yes** ▶ You must figure your penalty.

| Do not file Form 2210. You are not required to figure your penalty because the IRS will figure it and send you a bill for any unpaid amount. If you want to figure it, you may use Part III or Part IV as a worksheet and enter your penalty amount on your tax return (see page 2 of the instructions), but **do not file Form 2210.** | You are **not** required to figure your penalty because the IRS will figure it and send you a bill for any unpaid amount. If you want to figure it, you may use Part III or Part IV as a worksheet and enter your penalty amount on your tax return (see page 2 of the instructions), but **file only page 1 of Form 2210.** |
|---|---|

### Part I   Required Annual Payment   (see page 2 of the instructions)

| | | |
|---|---|---|
| 1 | Enter your 2003 tax after credits from Form 1040, line 54 (or comparable line of your return) | **1** | 828 |
| 2 | Other taxes, including self-employment tax (see page 2 of the instructions) | **2** | |
| 3 | Refundable credits. Enter the total of your earned income credit, additional child tax credit, credit for Federal paid on fuels, and health insurance credit for eligible individuals | **3** ( | ) |
| 4 | Current year tax. Combine lines 1, 2, and 3 | **4** | 828 |
| 5 | Multiply line 4 by 90% (.90)   **5** 745 | | |
| 6 | Withholding taxes. **Do not** include estimated tax payments. See page 2 of the instructions | **6** | 1,890 |
| 7 | Subtract line 6 from line 4. If less than $1,000, you do not owe a penalty; **do not file Form 2210** | **7** | |
| 8 | Maximum required annual payment based on prior year's tax (see page 2 of the instructions) | **8** | |
| 9 | **Required annual payment.** Enter the **smaller** of line 5 or line 8 | **9** | |

Next: Is line 9 more than line 6?

☒ **No.** You **do not** owe a penalty. **Do not file Form 2210** unless box E below applies.

☐ **Yes.** You may owe a penalty, but **do not file Form 2210** unless one or more boxes in Part II below applies.

● If box **B, C,** or **D** applies, you must figure your penalty and file Form 2210.

● If only box **A** or **E** (or both) applies, file only page 1 of Form 2210. You are **not** required to figure your penalty; the IRS will figure it and send you a bill for any unpaid amount. If you want to figure your penalty, you may use Part III or IV as a worksheet and enter your penalty on your tax return (see page 2 of the instructions), but **file only page 1 of Form 2210.**

### Part II   Reasons for Filing. Check applicable boxes. If none apply, do not file Form 2210.

**A** ☐ You request a **waiver** (see page 1 of the instructions) of your entire penalty. You must check this box and file page 1 of Form 2210, but you are not required to figure your penalty.

**B** ☐ You request a **waiver** (see page 1 of the instructions) of part of your penalty. You must figure your penalty and waiver amount and file Form 2210.

**C** ☐ Your income varied during the year and your penalty is reduced or eliminated when figured using the **annualized income installment method.** You must figure the penalty using Schedule AI and file Form 2210.

**D** ☐ Your penalty is lower when figured by treating the Federal income tax withheld from your wages as paid on the dates it was actually withheld, instead of in equal amounts on the payment due dates. You must figure your penalty and file Form 2210.

**E** ☐ You filed or are filing a joint return for either 2002 or 2003, but not for both years, and line 8 above is smaller than line 5 above. You must file page 1 of Form 2210, but you are **not** required to figure your penalty (unless box **B, C,** or **D** applies).

For Paperwork Reduction Act Notice, see page 5 of separate instructions. DAA

Form **2210** (2003)

427

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                        **Federal Statements**

**CEDARS-SINAI MEDICAL**

### Form W-2, Box 14 - Other

| Description | Amount |
|---|---|
| STATE DISABILITY INSURANCE WITHHOLDING (SDI) | $ 215 |
| TOTAL | $ 215 |

| Form **1040** | | | **Salaries & Wages Report** | | | **2003** |

Name: **MAURICE A. NORTHCUTT & GIFTY ADU-DARKO**

Taxpayer Identification Number: **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**

| | T/S | Employer | Federal Wages | Federal Withheld | Soc Sec Wages |
|---|---|---|---|---|---|
| A | T | CEDARS-SINAI MEDICAL | 23,856 | 1,890 | 23,856 |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |
| **Taxpayer** | | | 23,856 | 1,890 | 23,856 |
| **Spouse** | | | | | |
| **Totals** | | | 23,856 | 1,890 | 23,856 |

| | Soc Sec Withheld | Medicare Wages | Medicare Withheld | Allocated Tips | Advanced EIC | Dep Care Ben | Other, Box 14 |
|---|---|---|---|---|---|---|---|
| A | 1,479 | 23,856 | 346 | | | | 215 |
| B | | | | | | | |
| C | | | | | | | |
| D | | | | | | | |
| E | | | | | | | |
| F | | | | | | | |
| G | | | | | | | |
| H | | | | | | | |
| I | | | | | | | |
| J | | | | | | | |
| K | | | | | | | |
| L | | | | | | | |
| M | | | | | | | |
| **Taxpayer** | 1,479 | 23,856 | 346 | | | | 215 |
| **Spouse** | | | | | | | |
| **Totals** | 1,479 | 23,856 | 346 | | | | 215 |

| | State | State Wages | State Withheld | Name of Locality | Local Wages | Local Withheld |
|---|---|---|---|---|---|---|
| A | CA | 23,856 | 412 | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |
| F | | | | | | |
| G | | | | | | |
| H | | | | | | |
| I | | | | | | |
| J | | | | | | |
| K | | | | | | |
| L | | | | | | |
| M | | | | | | |
| **Taxpayer** | | 23,856 | 412 | | | |
| **Spouse** | | | | | | |
| **Totals** | | 23,856 | 412 | | | |

429

**For Privacy Act Notice, get form FTB 113**

# California Resident
# Income Tax Return 2003

**APE**

**540** C1 Side 1

**FEDERAL RETURN ATTACHMENT REQUIRED:**
☐ YES  ☒ NO   P

| | | |
|---|---|---|
| **DO NOT** | | |
| **ATTACH** | 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  NORT ** 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   03 | |
| **LABEL** | MAURICE   A  NORTHCUTT | AC |
| | GIFTY   ADUDARKO | A |
| **Step 1** | | R |
| **Name** | 4801 AUGUST ST   APT   4 | RP |
| **and** | LOS ANGELES   CA  90008 | |
| **Address** | | |

**FOR COMPUTERIZED USE ONLY**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01 | 2 | 37 | 0 | 55 | 0 | APE | 0 |
| 06 | 0 | 38 | 412 | 56 | 0 | 3800 | 0 |
| 09 | 0 | 39 | 0 | 57 | 0 | 3803 | 0 |
| 10 | 0 | 40 | 0 | 58 | 0 | SCHG1 | 0 |
| 12 | 23856 | 41 | 0 | 59 | 0 | 5870A | 0 |
| 14 | 0 | 42 | 0 | 60 | 0 | 5805 5805F | 0 |
| 16 | 0 | 43 | 0 | 61 | 0 | | 384600587 |
| 17 | 23856 | 44 | 0 | 62 | 0 | FN | 900134085 |
| 18 | 6140 | 45 | 0 | 64 | 0 | | |
| 20 | 235 | 47 | 412 | 65 | 412 | | |
| 23 | 0 | 48 | 0 | 66 | 0 | | |
| 28 | 0 | 49 | 412 | 68 | 0 | | |
| 29 | 0 | 50 | 0 | | | | |
| 30 | 0 | 51 | 0 | | | | |
| 31 | 71 | 52 | 0 | | | | |
| 35 | 0 | 53 | 0 | | | | |
| 36 | 0 | 54 | 0 | | | | |

**Step 2**
**Filing Status**
Check only one.

1 ☐ Single
2 ☒ Married filing jointly (even if only one spouse had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here _____
4 ☐ Head of household (with qualifying person). STOP. See instructions    5 ☐ Qualifying widow(er) with dependent child. Enter year spouse died ____

**Step 3**
**Exemptions**

Enclose, but do not staple any payment.

6 ☐ If someone can claim you (or your spouse, if married) as a dependent on their tax return, check the box here  ● 6 ☐

7 **Personal:** If you checked box 1, 3, or 4 above, enter 1 in the box. If you checked box 2 or 5, enter 2 in the box. If you checked the box on line 6, see instructions ..........  7 [2] X $82 = $ **164.**

8 **Blind:** If you (or if married, your spouse) are visually impaired, enter 1; if both, enter 2 .........  8 [ ] X $82 = $ ___

9 **Senior:** If you (or if married, your spouse) are 65 or older, enter 1; if both, enter 2 ..........  ● 9 [ ] X $82 = $ ___

**Dependent Exemptions**

10 **Dependents:** Enter name and relationship. **Do not include yourself or your spouse.**
_____ _____ _____
Total dependent exemptions ..........  ●10 [ ] X $257 = $ ___

11 **Exemption amount:** add line 7 through line 10. Transfer this amount to line 21 ..........  11  $ **164.**

**Step 4**
**Taxable Income**

Do not attach any withholding forms here. Use Schedule W, CA W-2 Attachment.

| | | | |
|---|---|---|---|
| 12 | State wages from your Form(s) W-2, box 16 ..........  ● 12  **23,856** | | |
| 13 | Enter adjusted gross income from your 2003 federal return .......... | 13 | **23,856** |
| 14 | California adjustments - subtractions. Enter the amount from Schedule CA (540), line 34, column B ......... | ● 14 | |
| 15 | Subtract line 14 from line 13. If less than zero, enter the result in parentheses. See instructions .......... | 15 | **23,856** |
| 16 | California adjustments - additions. Enter the amount from Schedule CA (540), line 34, column C ......... | ● 16 | |
| 17 | California adjusted gross income. Combine line 15 and line 16 .......... | ● 17 | **23,856** |
| 18 | Enter the larger of your CA **standard deduction OR** your CA **itemized deductions** ......... | ● 18 | **6,140** |
| 19 | Subtract line 18 from line 17. This is your taxable income. If less than zero, enter -0- | 19 | **17,716** |

**Step 5**
**Tax**

| | | | |
|---|---|---|---|
| 20 | Tax. Check if from: ☒ Tax Table  ☐ Tax Rate Schedule  ☐ FTB 3800 or  ☐ FTB 3803  ● 20 | | **235** |
| 21 | Exemption credits. If line 13 is over $135,714, see instr. Otherwise, enter amount from line 11 ... | 21 | **164** |
| 22 | Subtract line 21 from line 20. If less than zero, enter -0- .......... | 22 | **71** |
| 23 | Other Taxes. Check if from: ☐ Schedule G-1 and ☐ form FTB 5870A .......... | ● 23 | |
| 24 | Add line 22 and line 23. Continue to Side 2 .......... | 24 | **71** |

54003106034

430

| | | | |
|---|---|---|---|
| Your name | MAURICE A.   IORTHCUTT | Your SSI 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 | |

**Step 6**

**Special Credits and Non-refundable Renter's Credit**

| | | | |
|---|---|---|---|
| 25 | Amount from Side 1, line 24 | 25 | 71 |
| 28 | Enter credit — name — code no — and amount ▶ 28 | | |
| 29 | Enter credit — name — code no — and amount ▶ 29 | | |
| 30 | To claim more than two credits, see instructions ● 30 | | |
| 31 | Nonrefundable renter's credit. See instructions for "Step 6" ● 31 ___ 71 | | |
| 33 | Add line 28 through line 31. These are your total credits | 33 | 71 |
| 34 | Subtract line 33 from line 25. If less than zero, enter -0- | 34 | 0 |

**Step 7**

**Other Taxes**

| | | | |
|---|---|---|---|
| 35 | Alternative minimum tax. Attach Schedule P (540) ● 35 | | |
| 36 | Other taxes and credit recapture. See instructions ● 36 | | |
| 37 | Add line 34 through line 36. This is your total tax ● 37 | | 0 |

**Step 8**

**Payments**

To view your 2003 estimated payments, go to www.ftb.ca.gov

| | | | |
|---|---|---|---|
| 38 | California income tax withheld. See instructions ■ 38 ___ 412 | | |
| 39 | 2003 CA estimated tax and other payments. See instructions ■ 39 | | |
| 40 | Real estate withholding. (Form(s) 592-B, 594, and 597) See instructions ■ 40 | | |
| 41 | Excess SDI. See instructions ■ 41 | | |
| | Child and Dependent Care Expenses Credit. See instructions; attach form FTB 3506 | | |
| ● 42 | ● 43 | | |
| ■ 44 | ■ 45 | | |
| 46 | Add line 38, line 39, line 40, line 41, and line 45. These are your total payments | 46 | 412 |

**Step 9**

**Overpaid Tax/ Tax Due/ Use Tax**

| | | | |
|---|---|---|---|
| 47 | Overpaid tax. If line 46 is more than line 37, subtract line 37 from line 46 | 47 | 412 |
| 48 | Amount of line 47 you want applied to your 2004 estimated tax ■ 48 | | |
| 49 | Overpaid tax available this year. Subtract line 48 from line 47 ■ 49 | | 412 |
| 50 | Tax due. If line 46 is less than line 37, subtract line 46 from line 37. See instructions | 50 | |
| 51 | Use Tax. See instructions ● 51 | | |

**Step 10**

**Contributions**

| | | | | |
|---|---|---|---|---|
| CA Seniors Special Fund. See instructions ● 52 ___ 00 | | CA Breast Cancer Research Fund ● 57 ___ 00 | | |
| | | CA Firefighters' Memorial Fund ● 58 ___ 00 | | |
| Alzheimer's Disease/Related Disorders Fund ● 53 ___ 00 | | Emergency Food Assistance Program Fund ● 59 ___ 00 | | |
| CA Fund for Senior Citizens ● 54 ___ 00 | | CA Peace Officer Memorial Foundation Fund ● 60 ___ 00 | | |
| Rare and Endangered Species Preservation Program ● 55 ___ 00 | | Asthma and Lung Disease Research Fund ● 61 ___ 00 | | |
| State Children's Trust Fund for the Prevention of Child Abuse ● 56 ___ 00 | | CA Missions Foundation Fund ● 62 ___ 00 | | |
| 64 Add line 52 through line 62. These are your total contributions | | | ● 64 | |

**Step 11**

**Refund or Amount You Owe**

| | | | |
|---|---|---|---|
| 65 | REFUND OR NO AMOUNT DUE. See instructions. Mail to: FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO CA 94240-0009 | ■ 65 | 412 |
| 66 | AMOUNT YOU OWE. See instructions. Mail to: FRANCHISE TAX BOARD, PO BOX 942867, SACRAMENTO CA 94267-0009 | ■ 66 | |

**Step 12**

**Interest and Penalties**

| | | | |
|---|---|---|---|
| 67 | Interest, late return penalties, and late payment penalties | 67 | |
| 68 | Underpayment of estimated tax. Check box: ☐ FTB 5805 attached  ☐ FTB 5805F attached | ■ 68 | |
| 69 | Total amount due. See instructions. Enclose, but do not staple, any payment | 69 | |
| | | ● 70 | 4 |

**Step 13**

**Direct Deposit (Refund Only)**

Do not attach a voided check or a deposit slip. See instructions

Complete this section to have your refund directly deposited.   Routing number ............ ● _____

Account Type:                     Account

Checking ● ☐  Savings ● ☐   number ................ ● _____

**Sign Here**

It is unlawful to forge a spouse's signature.

IMPORTANT: See the instructions to find out if you should attach a copy of your complete federal return. Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

| | |
|---|---|
| Your signature X | Daytime phone number (optional) |
| Spouse's signature (if filing jointly, both must sign) X | Date |

| | |
|---|---|
| Paid preparer's signature (declaration of preparer is based on all information of which preparer has any knowledge) ● | Paid preparer's SSN/PTIN 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 |

**Joint return? See Instructions.**

| | | |
|---|---|---|
| Firm's name (or yours if self-employed)  Firm's address ● | FEIN 90-0134085 | |
| CAH FINANCIAL SERVICES 3870 CRENSHAW BLVD STE # 218 LOS ANGELES, CA 90008 | | |
| | RFD | 412 |

54003206034

431

For Privacy Act Notice, get form FTB 11.

TAXABLE YEAR

CALIFORNIA SCHEDULE

## 2003     **California W-2 Attachment**

**W**

Attach this schedule directly behind scannable Forms 540 or 540A, Side 2

Name(s) shown on tax return

Social security number shown on tax return

MAURICE A. NORTHCUTT & GIFTY ADU-DA

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

Staple copy of your Form(s) W-2,
and W-2G. Also, staple any
Form(s) 1099 showing California tax
withheld.
**Note: For scannable Form 540,
staple Forms 592-B, 594, and 597.**

W03106034

Schedule W (NEW 2003)

432





300132 0163793 0000 0000033 0000033 066 0

MAURICE NORTHCUTT APT 4
G ADU-DARKO
4801 AUGUST ST
LOS ANGELES CA 90008

March 26, 2004

Thank you for selecting Pacific Bell as your telecommunications provider. We want to congratulate you on your wise investment in the PHONE-PROTECT (sm) service.

Enclosed is your PHONE-PROTECT packet with a registration card and the Terms and Conditions of the program. Please fill out and mail your registration card today. Remember, this is the vital step to activate your coverage. It is also important to read and keep this information for future reference.

If you have any questions regarding PHONE-PROTECT or any other product or service we offer, please call your local Pacific Bell business office.

Thank you for your business,

Sincerely,

*David Harris*

David Harris
Product Manager

405-PPROPAC

434



**Bank of America.**

P.O. Box 3530
Rancho Cordova, CA 95741-3530

April 26, 2004

Gifty Adu-Darko
Maurice A. Northcut
4801 August Street, Apt. 4
Los Angeles, CA 90008

RE:   Immigration – Account Verification

To Whom It May Concern:

Our customer(s) asked that this letter be directed to you to verify the following account(s) with
Bank of America:

| Type of Account | Account Number | Current Balance | Average Balance | Date Opened | Customer Since Date |
|---|---|---|---|---|---|
| Checking | XXXXX-02410 | N/A | N/A | March 2004 | March 2004 |
| Checking | XXXXX-02524 | N/A | N/A | March 2004 | March 2004 |

The average balance for checking accounts is for the last three monthly statement cycles. The
average balance for savings accounts, if reported, is for the previous calendar quarter.

If the total amount deposited in the above accounts for the past twelve months is required, our
customer can provide you with copies of the statements, which show the deposit amounts.

The information provided is of strict confidentiality and is available only as a business courtesy at
the request of our customer. This institution or any of its officers assumes no responsibility for
any alterations after delivery.

Sincerely,

Joy Johnson
Customer Service & Support

*JJ:aa:TB7:102803*

*Opened 1 month before Intervi...*

435

## RENTAL AGREEMENT (Month-to-Month)

THIS AGREEMENT is entered into this **20TH** day of **MAY 2003** ⌧ by and between **AUGUST STREET APTS. LTD**, "Owner" (Landlord) and **MAURICE NORTHCUTT & GIFTY ADU-DARKO** "Resident" (Tenant).

IN CONSIDERATION OF THEIR MUTUAL PROMISES, THE PARTIES AGREE AS FOLLOWS:

1. Owner rents to the Resident and the Resident rents from the Owner for residential use only, the premises known as:
   **4801 AUGUST STREET #4, LOS ANGELES** CA **90008** (Zip)

2. Rent is due on the **1ST** day of each and every month, at $ **850.00** per month, beginning on the **1ST** day of **JUNE 2003** ⌧.
   If rent is paid after the **5 TH** day of the month, there will be a late charge of $ **25.00** assessed.

3. Except as prohibited by law, this agreement may be terminated by either party after service upon the other of a written 30-day notice of termination of tenancy. Any holding over thereafter shall result in Resident being liable to Owner for "rental damages" at the fair rental value of $ **28.00** per day.

4. Premises shall be occupied only by the following named person(s):
   **MAURICE NORTHCUTT** — Name / **04/09/1957** Birthday / Name / Birthday
   **GIFTY ADU-DARKO** — Name / **10/20/1974** Birthday / Name / Birthday

5. Without Owner's prior written permission, no bird or animal, no water beds or liquid-filled furniture, or _____ shall be kept or allowed in or about said premises.

6. Resident shall not violate any Government law in the use of premises, commit waste or nuisance, annoy, molest or interfere with any other Resident or neighbor.

7. Except as provided by law, no repairs, decorating or alterations shall be done by Resident, without Owner's prior written consent. Resident shall notify Owner in writing of any repairs or alterations contemplated. Decorations include, but are not limited to, painting, wallpapering, hanging of murals or posters. Resident shall hold Owner harmless as to any mechanical lien recordation or proceeding caused by Resident.

8. Resident has inspected the premises, furnishings and equipment, and has found them to be satisfactory. All plumbing, heating and electrical systems are operative and deemed satisfactory.

9. Except as prohibited by law, Resident shall keep the premises and furniture, furnishings and appliances, yard and landscaping, if any, and fixtures which are for Resident's exclusive use in good order and condition. Resident shall pay Owner for costs to repair, replace or rebuild any portion of the premises damaged by the Resident, Resident's guests or invitees. Resident's property is not insured by Owner.

10. Resident shall pay for all utilities, services and charges, if any made payable by or predicated upon occupancy of Resident, except: **WATER & TRASH**

11. The undersigned Resident(s), whether or not in actual possession of premises, are jointly and severally liable for all obligations under this agreement, and shall indemnify Owner for liability arising prior to the termination of the rental agreement for personal injuries or property damage caused or permitted by Resident(s), their guests and invitees. This does not waive "Owner's duty of care" to prevent personal injury or property damage that duty is imposed by law.

12. Resident shall deposit with the Owner, as a security deposit, the sum of $ **850.00**, payable **UPFRONT**. Resident shall not use the security deposit to pay the last month's rent. Owner may claim (withhold) of the security deposit only such amounts as are reasonably necessary to remedy tenant defaults as follows:
    (a) in the payment of rent, or
    (b) to repair damages to the premises by Resident, exclusive of ordinary wear and tear, o
    (c) to clean such premises, if necessary, upon termination of the tenancy.

    No later than three weeks (21 days) after the Resident has vacated the premises, the Owner shall furnish the Resident with

436

an itemized written statement of the ..sts for, and the amount of, any security deposit received and the disposition of such
security deposit and shall return any remaining portion of such security deposit to the Resident.

13. If any legal action or proceeding be brought by either party to enforce any part of this agreement, the prevailing party
shall recover, in addition to all other relief, reasonable attorney's fees and costs.

14. Notice upon Owner may be served upon: _____ FRANCIS  TURKSON

at: 4801  AUGUST  STREET  #7,  LOS  ANGELES , CA  90008
Said person is authorized to accept legal service on behalf of Owner.                          (Zip)

15. The Owner or his agents or employees may enter the premises: a) In case of emergency, or b) When the Resident has
abandoned or surrendered the premises, or to make necessary or agreed repairs, decorations, alterations or
improvements, to supply necessary or agreed services, or to exhibit the dwelling unit to prospective or actual purchasers,
lenders, residents, workmen or contractors, provided the Resident is given reasonable notice of Owner's intent to enter,
with entrance during normal business hours (8:00 a.m. to 6:00 p.m., Monday through Saturday, except holidays). Twenty-
four hours shall be presumed to be reasonable notice, in absence of evidence to the contrary.

16. No portion of said premises shall be sublet nor this agreement assigned. Any attempted subletting or assignment by the
Resident shall, at the election of Owner, be an irremedial breach of this agreement.

17. ATTACHMENTS: By initialing as provided, Resident acknowledges receipt of those indicated attachments, copy(ies) of
which is (are) attached hereto, marked by indicated page number(s) and is (are) incorporated herein as though fully set
forth at length. Each resident should initial each attachment.

A. House Rules (Initial) _____ _____    House Rules attached marked Pages(s) _____

B. Pool Rules (Initial) _____ _____    Pool Rules marked Pages(s) _____

C. Inventory (Initial) _____ _____    Inventory which describes the furnishing
of the premises, marked Pages(s) _____

D. Pet Agreement (Initial) _____ _____    Pet Agreement marked Pages(s) _____

E. Waterbed (Initial) _____ _____    Waterbed and/or Liquid Filled
Furniture Agreement marked Pages(s) _____

F. Smoke Detector (Initial) _____ _____    Smoke Detector Agreement
marked Pages(s) _____

G. Grandmother Clause (Initial) _____ _____    Grandmother Clause marked Pages(s) _____

H. Addendum (Initial) _____ _____    Addendum marked Page _____

I. Co-Signer/Guardian (Initial) _____ _____    Co-Signer/Guardian marked Page _____

The undersigned Resident(s) acknowledge(s) having read and understood the foregoing, and receipt of a duplicate original.

X _Marvin A. Northcutt_
Resident

X _Gifty Adu-Darko_
Resident

Owner
_Francis Turkson_
By Authorized Agent

**Apartment Association**
14550 Archwood Street
Van Nuys, California 91405-4697

UNAUTHORIZED REPRODUCTION
OF THIS FORM IS ILLEGAL
437

## INSTRUCTIONS

Step 1. Complete questions 1 through 6.

Step 2. Find the section on the enclosed form WR-758 that describes y
are required for you to adjust your status.

Step 3. Check the box on this checklist that appears before each of the r
AND DOCUMENTS IN THE ORDER LISTED ON THIS CHEC

Step 4. Calculate the correct fee by completing item #7 and include your
NATURALIZATION SERVICE" (not "INS"). Applications with in
will not be refunded.

YOU MUST SUBMIT A COPY OF YOUR FOREIGN LANGUAGE DOCUM
OFFICIAL U.S. DOCUMENTS, ie. 'BIRTH OR DEATH CERTIFICATES M
AUTHORITY, ie. CITY, STATE, ETC.

*IF AN ORDER TO SHOW CAUSE HAS BEEN ISSUED, YOU MUST SUB*

CERTIFICATION FOR ATTORNEY AR/BIA

I certify that I have submitted to the client
that all the required documents are included in

Signature                                      Date
Printed Name
Address/Telephone

Submitted by PRINT NAME

1 Beneficiary's Name      GIFTY ADU-PARKO

2 Alien registration number or file number as shown on Approval Notice:

3 Class _____ (Shown on your Approval Notice)    4. Priority
5 Country of Birth or Country of Chargeability:    GHA

6 ☐ Check here if your priority date (visa number) is current (You may call t
to see if your date is current.    *(IF NOT, DO NOT SUBMIT*

7
| | |
|---|---|
| ☒ -Fingerprint Fee | |
| ☒ -Form I-130 | |
| ☒ -Form I-485, beneficiary age 14 years or older | |
| ☐ -Form I-485, beneficiary under age 14 years | |
| ☐ - Form I-485 Suppl. A (if under 17 years of age or has approved or pending I-81 | |
| ☒ -Form I-765 | |
| ☐ -Form I-360 | |
| ☐ -Form I-824 | o c |
| **TOTAL FEE - $** | 555 |

Indicate if the following items are included by checking the box.

| | | | |
|---|---|---|---|
| 8. ☒ - Form I-130 or Notice of Approval | 14 . ☒ | G-325A peti |
| 9. ☐ - Notice of Approval of I-140 | 15 . ☒ | G-325A ben |
| 0. ☐ - Notice of Approval I-129F/Copy of I-94 | 16 . ☒ | WR-702 (I-4 |
| 1. ☐ - Form I-360 or Notice of Approval | 17 . ☒ | I-765 |
| 2. ☒ - I-485 | 18 . ☐ | FD-258(s)-fi |
| 3. ☐ - I-485 Supplement A | 19 . ☐ | I-643 parolee |
| 5. If not filing Supplement A: Proof of entry - check one: | ☒ copy of pas | |
| ☐ Copy of Border Crossing Card | ☐ Other, s |

☐ Employment Letter

| | |
|---|---|
| Birth Certificate: ☒ Petitioner | ☒ Beneficiary |
| Marriage Certificate: ☒ Petitioner ☒ Beneficiary | |
| Proof of Termination of all prior marriages: | ☐ Petitione |
| Proof petitioner's citizenship: | ☐ Naturalization Certificat |
| ☐ Other, specify: | |

GIFTY ADU-PARKO
108 N. JUDGE ASLO ST
LES ANGELES, CA 70012

## INSTRUCTIONS

Please read and follow the instructions...
and set of documents must be submitted...

**Step 1.** Complete questions 1 through 6.

**Step 2.** Find the section on the enclosed form WR-758 that describes your situation. The documents and applications listed in that section are required for you to adjust your status.

**Step 3.** Check the box on this checklist that appears before each of the required items listed in your section. ASSEMBLE YOUR FORMS AND DOCUMENTS IN THE ORDER LISTED ON THIS CHECKLIST. Shaded areas are for attorney/agency use only

**Step 4.** Calculate the correct fee by completing item #7 and include your check or money order payable to "US IMMIGRATION AND NATURALIZATION SERVICE" (not "INS"). Applications with incorrect fees will be rejected. If you are found to be ineligible, your fee will not be refunded.

YOU MUST SUBMIT A COPY OF YOUR FOREIGN LANGUAGE DOCUMENTS AND A CERTIFIED ENGLISH TRANSLATION. ALL OFFICIAL U.S. DOCUMENTS, ie. BIRTH OR DEATH CERTIFICATES MUST BE CERTIFIED BY THE APPROPRIATE CIVIL AUTHORITY. ie. CITY. STATE. ETC.

*IF AN ORDER TO SHOW CAUSE HAS BEEN ISSUED, YOU MUST SUBMIT YOUR APPLICATION TO THE IMMIGRATION COURT*

CERTIFICATION FOR ATTORNEY AND PARALEGAL USE ONLY

I certify that I have submitted...
that all the required documents...

Signature                          Date
Printed Name
Address/Telephone

Submitted by: PRINT NAME

| | | |
|---|---|---|
| 1 | Beneficiary's Name | GIFTY ADU-DARKO |
| 2 | Alien registration number or file number as shown on Approval Notice: | If none, check here ☒ |

| | | | |
|---|---|---|---|
| 3 Class | (Shown on your Approval Notice) | 4. Priority Date: | (shown on your Approval Notice) |
| 5 Country of Birth or Country of Chargeability: | | GHANA | |

6 ☐ Check here if your priority date (visa number) is current (You may call the State Department at (202) 663-1541). to see if your date is current.   *(IF NOT, DO NOT SUBMIT YOUR APPLICATION).*

| 7 | | |
|---|---|---|
| ☒ -Fingerprint Fee | | $ 50.00 |
| ☒ -Form I-130 | | $ 130.00 |
| ☒ -Form I-485, beneficiary age 14 years or older | | $ 255.00 |
| ☐ -Form I-485, beneficiary under 14 years | | $ 160.00 |
| ☐ - Form I-485 Suppl. A (If under 17 years of age or has approved or pending I-817, there is no fee. If I-817 has been denied, fee must be paid.) | | $1,000.00 |
| ☒ -Form I-765 | | $ 120.00 |
| ☐ -Form I-360 | | $ 130.00 |
| ☐ -Form I-824 | OC | $ 140.00 |
| **TOTAL FEE - $** | 555 **INCLUDED** | |

Indicate if the following items are included by checking the box.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | ☒ - Form I-130 or Notice of Approval | 14 | ☒ G-325A petitioner | 20 | ☒ 2 Photos, beneficiary | | |
| 9 | ☐ - Notice of Approval of I-140 | 15 | ☒ G-325A beneficiary | 21 | ☒ 1 Photo, petitioner | | |
| 10 | ☐ - Notice of Approval I-129F/Copy of I-94 | 16 | ☒ WR-702 (I-468) | 22 | ☐ G-28 | | |
| 11 | ☐ - Form I-360 or Notice of Approval | 17 | ☒ I-765 | 23 | ☐ IRS-9003 | | |
| 12 | ☒ - I-485 | 18 | ☐ FD-258(s)-fingerprints | 24 | ☒ I-134/I-864 | | |
| 13 | ☐ - I-485 Supplement A | 19 | ☐ | 25 | ☐ I-824 | | |
| 26 | If not filing Supplement A: Proof of entry - check one: | ☒ copy of passport page and entry stamp | ☒ Copy of I-94 | | | | |
| | | ☐ Copy of Border Crossing Card | ☐ Other, specify: | | | | |
| 27 | ☐ Employment Letter | | | | | | |
| 28 | Birth Certificate: ☒ Petitioner | ☒ Beneficiary | ☐ Other | | | | |
| 29 | Marriage Certificate: ☒ Petitioner ☒ Beneficiary | | ☐ Other | | | | |
| 30 | Proof of Termination of all prior marriages: | ☐ Petitioner | ☐ Beneficiary | ☐ Other | | | |
| 31 | Proof petitioner's citizenship: | ☐ Naturalization Certificate ☐ Valid U.S. Passport ☒ Birth Certificate ☐ Other | | | | | |
| 32 | ☐ Other, specify: | | | | | | |

439

LS
Dex 532499
HOBBS, Cx 90053 - 2499



440

GETTY MDU - DARKU
108 N. JUDGE A58 ST
LOS ANGELES, CA 90012

441

**<u>EXHIBIT B</u>**



January 20, 2021

**<u>Sent via E-mail</u>**
uscis.foia@uscis.dhs.gov

Re:     **Gifty Adu-Darko – A# 095 643 853**
        **USCIS FOIA Request**

Dear Sir or Madam:

I represent Ms. Gifty Adu-Darko, named above, in her immigration matters. I am writing to
make a Freedom of Information Act Request. I agree to pay all required fees, should it be
necessary. In support of this request, please find forms G-28 and G-639 enclosed.

Records should be mailed to the following address: Andres Ortiz Law, 4201 Long Beach Blvd.,
Suite 326, Long Beach, CA 90807.

Please contact me should you have any questions.

Sincerely,


_____
Andres Ortiz, Esq.
Andres Ortiz Law
andres.ortiz@andresortizlaw.com
(657) 243-3768

442



**Notice of Entry of Appearance
as Attorney or Accredited Representative**

Department of Homeland Security

**DHS
Form G-28**

OMB No. 1615-0105
Expires 05/31/2021

---

## Part 1. Information About Attorney or Accredited Representative

**1.** USCIS Online Account Number (if any)

▶ [                    ]

### Name of Attorney or Accredited Representative

**2.a.** Family Name
(Last Name) [                    ]

**2.b.** Given Name
(First Name) [                    ]

**2.c.** Middle Name [                    ]

### Address of Attorney or Accredited Representative

**3.a.** Street Number
and Name [                    ]

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr. [                    ]

**3.c.** City or Town [                    ]

**3.d.** State [          ]  **3.e.** ZIP Code [                    ]
*(USPS ZIP Code Lookup)*

**3.f.** Province [                    ]

**3.g.** Postal Code [                    ]

**3.h.** Country
[                    ]

### Contact Information of Attorney or Accredited Representative

**4.** Daytime Telephone Number
[                    ]

**5.** Mobile Telephone Number (if any)
[                    ]

**6.** Email Address (if any)
[                    ]

**7.** Fax Number (if any)
[                    ]

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

**1.a.** ☐ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

Licensing Authority
[                    ]

**1.b.** Bar Number (if applicable)
[                    ]

**1.c.** I (select **only one** box) ☐ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable)
[                    ]

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization
[                    ]

**2.c.** Date of Accreditation (mm/dd/yyyy)
[                    ]

**3.** ☐ I am associated with
[                    ],
the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate
[                    ]

---

**443**

## Part 3.  Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☐ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):
☐ Applicant   ☐ Petitioner   ☐ Requestor
☐ Beneficiary/Derivative   ☐ Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)

**6.b.** Given Name (First Name)

**6.c.** Middle Name

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

▶

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A-

### Client's Contact Information

**10.** Daytime Telephone Number

**11.** Mobile Telephone Number (if any)

**12.** Email Address (if any)

### Mailing Address of Client

**NOTE:**  Provide the client's mailing address.  **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name

**13.b.** ☐ Apt.   ☐ Ste.   ☐ Flr.

**13.c.** City or Town

**13.d.** State

**13.e.** ZIP Code

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

## Part 4.  Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form.  According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4.  Client's Consent to Representation and Signature (continued)

### *Options Regarding Receipt of USCIS Notices and Documents*

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery.  USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below.  You may change these elections through written notice to USCIS.

**1.a.** ☐ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

> **NOTE:**  If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative.  If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### *Signature of Client or Authorized Signatory for an Entity*

**2.a.**   Signature of Client or Authorized Signatory for an Entity

➡ *[signature]*

**2.b.**   Date of Signature (mm/dd/yyyy)   `1 / 7 / 22`

## Part 5.  Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS.  I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.**   Signature of Attorney or Accredited Representative

**1.b.**   Date of Signature (mm/dd/yyyy)

**2.a.**   Signature of Law Student or Law Graduate

**2.b.**   Date of Signature (mm/dd/yyyy)

## Part 6.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name (Last Name)

**1.b.** Given Name (First Name)

**1.c.** Middle Name

**2.a.** Page Number    **2.b.** Part Number    **2.c.** Item Number

**2.d.**

**3.a.** Page Number    **3.b.** Part Number    **3.c.** Item Number

**3.d.**

**4.a.** Page Number    **4.b.** Part Number    **4.c.** Item Number

**4.d.**

**5.a.** Page Number    **5.b.** Part Number    **5.c.** Item Number

**5.d.**

**6.a.** Page Number    **6.b.** Part Number    **6.c.** Item Number

**6.d.**



# Freedom of Information/Privacy Act Request

## Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form G-639**
OMB No. 1615-0102
Expires 06/30/2022

**NOTE:** Use of this form is optional. USCIS accepts any written request, regardless of format, provided that the request complies with the applicable requirements under the FOIA and the Privacy Act. However, using this form can help ensure we have the appropriate information to handle your request.

▶ **START HERE** - Type or print in black ink.

## Part 1. Type of Request

Select **only one** box.

**NOTE:** If you are filing this request on behalf of another individual, respond as it would apply to that individual.

1.a. ☒ Freedom of Information Act (FOIA)/Privacy Act (PA)

1.b. ☐ Amendment of Record (PA only)

## Part 2. Requestor Information

1. Are you the Subject of Record for this request?  ☐ Yes   ☐ No

If you answered "Yes" to **Item Number 1.**, skip to **Part 3.** If you answered "No" to **Item Number 1.**, provide the information requested in **Part 2., Item Numbers 2.a. - 3.c.**

### Representative Role to the Subject of Record

Select your representative role to the Subject of the Record.

2.a. ☒ An Attorney

2.b. ☐ An Accredited Representative of a Qualified Organization

2.c. ☐ A Family Member

Select the appropriate box to provide further information regarding your representative role to the Subject of the Record.

3.a. ☐ I am requesting information on behalf of my child or a minor I have guardianship over.

3.b. ☐ I am requesting information on behalf of someone who is deceased.

3.c. ☐ I am requesting information on behalf of someone for whom I have power of attorney.

### Requestor's Full Name

4.a. Family Name (Last Name)  | Ortiz

4.b. Given Name (First Name)  | Andres

4.c. Middle Name  | N/A

### Requestor's Mailing Address

5.a. In Care Of Name (if any)  | N/A

5.b. Street Number and Name  | 4201 Long Beach Blvd.

5.c. ☐ Apt.  ☒ Ste.  ☐ Flr.  | 326

5.d. City or Town  | Long Beach

5.e. State | CA     5.f. ZIP Code | 90807

5.g. Province  | N/A

5.h. Postal Code  | N/A

5.i. Country  | United States

### Requestor's Contact Information

6. Requestor's Daytime Telephone Number
6572433768

7. Requestor's Mobile Telephone Number (if any)
N/A

8. Requestor's Email Address (if any)
andres.ortiz@andresortizlaw.com

### Requestor's Certification

By my signature, I consent to pay all costs incurred for search, duplication, and review of documents up to **$25.** (See the **What Is the Filing Fee** section in the Form G-639 Instructions for more information.)

9.a. Requestor's Signature
➡ *[signature]*

9.b. Date of Signature  (mm/dd/yyyy)  | 1/7/22

## Part 3.  Description of Records Requested

While you are not required to respond to every **Item Number** in **Part 3.**, failure to provide complete and specific information may delay processing of your request or prevent U.S. Citizenship and Immigration Services (USCIS) from locating the records or information requested.

1.   State the purpose of your request.

   **NOTE:**  This field is optional.  However, providing this information may assist USCIS in locating the records and information needed to respond to your request.

   N/A

   N/A

   N/A

   N/A

### Full Name of the Subject of Record

| 2.a. | Family Name (Last Name) | Adu-Darko |
|---|---|---|
| 2.b. | Given Name (First Name) | Gifty |
| 2.c. | Middle Name | N/A |

### Other Names Used by the Subject of Record (if any)

Provide all other names the Subject of Record has ever used, including aliases, maiden name, and nicknames.  If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

| 3.a. | Family Name (Last Name) | N/A |
|---|---|---|
| 3.b. | Given Name (First Name) | N/A |
| 3.c. | Middle Name | N/A |
| 4.a. | Family Name (Last Name) | N/A |
| 4.b. | Given Name (First Name) | N/A |
| 4.c. | Middle Name | N/A |

### Full Name of the Subject of Record at Time of Entry into the United States

| 5.a. | Family Name (Last Name) | N/A |
|---|---|---|
| 5.b. | Given Name (First Name) | N/A |
| 5.c. | Middle Name | N/A |

### Other Information About the Subject of Record

6.a.   Form I-94 Arrival-Departure Record Number

   ► N / A

6.b.   Passport or Travel Document Number

   N/A

7.   Alien Registration Number (A-Number) (if any)

   ► A- N / A

8.   USCIS Online Account Number (if any)

   ► N / A

9.   Application or Petition Receipt Number

   ► N / A

### Information About Family Members that May Appear on Requested Records

For example, provide the requested information about a spouse or children.  If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

**Family Member 1**

| 10.a. | Family Name (Last Name) | sakyi |
|---|---|---|
| 10.b. | Given Name (First Name) | Jonathan |
| 10.c. | Middle Name | N/A |
| 11. | Relationship | Spouse |

**Family Member 2**

| 12.a. | Family Name (Last Name) | Djan |
|---|---|---|
| 12.b. | Given Name (First Name) | Yasmine |
| 12.c. | Middle Name | N/A |
| 13. | Relationship | Child |

### Parents' Names for the Subject of Record

**Father**

| 14.a. | Family Name (Last Name) | N/A |
|---|---|---|
| 14.b. | Given Name (First Name) | N/A |
| 14.c. | Middle Name | N/A |

## Part 3.  Description of Records Requested (continued)

**Mother**

**15.a.** Family Name (Last Name)  N/A

**15.b.** Given Name (First Name)  N/A

**15.c.** Middle Name  N/A

**15.d.** Maiden Name (if applicable)  N/A

**16.** Describe the records you are seeking.  If you need additional space, use the space provided in **Part 6. Additional Information.**

N/A

N/A

N/A

N/A

## Part 4.  Verification of Identity and Subject of Record Consent

Provide the information requested in **Item Numbers 1.a. - 7.** In addition, the Subject of Record **MUST** sign in **Item Numbers 8.a. - 8.c.**

### Full Name of the Subject of Record

**1.a.** Family Name (Last Name)  Adu-Darko

**1.b.** Given Name (First Name)  Gifty

**1.c.** Middle Name  N/A

### Other Information for the Subject of Record

**2.** Date of Birth (mm/dd/yyyy)  10/20/1974

**3.** Country of Birth

Ghana

### Mailing Address for the Subject of Record

**4.a.** In Care Of Name (if any)  N/A

**4.b.** Street Number and Name  N/A

**4.c.** ☐ Apt.  ☐ Ste.  ☐ Flr.  N/A

**4.d.** City or Town  N/A

**4.e.** State  N/A   **4.f.** ZIP Code  N/A

**4.g.** Province  N/A

**4.h.** Postal Code  N/A

**4.i.** Country  N/A

### Contact Information for the Subject of Record

**NOTE:** Providing this information is optional.

**5.** Daytime Telephone Number  N/A

**6.** Mobile Telephone Number (if any)  N/A

**7.** Email Address (if any)  gifty911@yahoo.com

**449**

## Part 4. Verification of Identity and Subject of Record Consent (continued)

### Signature of the Subject of Record

Select **only one** box.

**NOTE:** The Subject of Record **MUST** provide a signature in **Item Number 8.a. OR Item Number 8.b.** If the Subject of Record is deceased, select **Item Number 8.c.** and attach an obituary, death certificate, or other proof of death.

**8.a.** ☑ **Notarized Affidavit of Identity**

> **IMPORTANT:** Do **NOT** sign and date below until the notary public provides instructions to you.
>
> By my signature, I consent to USCIS releasing the requested records to the requestor (if applicable) named in **Part 2.** If filing this request on my own behalf, I also consent to pay all costs incurred for search, duplication, and review of documents up to $25. (See the **What Is the Filing Fee** section in the Form G-639 Instructions for more information.)

_[signature]_
Signature of Subject of Record

_1/7/22_
Date of Signature (mm/dd/yyyy)

Subscribed and sworn to before me on this _7th_

day of _Jan_ in the year _2022_

Daytime Telephone Number _310-677-5000_

_wendy angulo_
Signature of Notary

_06-28-2022_
My Commission Expires on (mm/dd/yyyy)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

State of California
County of _Los Angeles_
Subscribed and sworn to (or affirmed) before me on this _7th_ day
of _Jan_ , 20_22_ by _Gifty Adu_
_Darko_ , proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.
Signature _wendy angulo_ (Seal)

**8.b.** ☐ **Declaration Under Penalty of Perjury**

> By my signature, I consent to USCIS releasing the requested records to the requestor (if applicable) named in **Part 2.** If filing this request on my own behalf, I also consent to pay all costs incurred for search, duplication, and review of documents up to $25. (See the **What Is the Filing Fee** section in the Form G-639 Instructions for more information.)
>
> I certify, swear, or affirm, under penalty of perjury under the laws of the United States of America, that the information in this request is complete, true, and correct.

Signature of Subject of Record

Date of Signature (mm/dd/yyyy)

**8.c.** ☐ **Deceased Subject of Record**

## Part 5. Processing Information

1. Indicate if any of these circumstances apply to your request (Select all that apply).

   ☐ Circumstances in which the lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of the individual.

   ☐ An urgency to inform the public about an actual or alleged Federal government activity, if made by a person primarily engaged in disseminating information.

   ☐ The loss of substantial due process rights.

   ☐ A matter of widespread and exceptional media interest in which there exists possible questions about the government's integrity which affects public confidence.

   Submit a certified, detailed statement regarding the basis for your request with your Form G-639.

2. Do you have a pending Immigration Court hearing date?   ☐ Yes   ☐ No

If you answered "Yes" to **Item Number 2.**, submit a copy of one of the following documents with your Form G-639: I-862, Notice to Appear; Form I-122, Order to Show Cause; Form I-863, Note of Referral to Immigration Judge, or submit a written notice of continuation of a future scheduled hearing before the immigration judge.

WENDY SEGOVIA-ANGULO
Notary Public - California
Los Angeles County
Commission # 2247859
My Comm. Expires Jun 28, 2022

## Part 6.  Additional Information

If you need extra space to provide any additional information within this request, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this request or attach a separate sheet of paper.  Type or print the Subject of Record's name and his or her A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Subject of Record's Family Name (Last Name)

**1.b.** Subject of Record's Given Name (First Name)

**1.c.** Subject of Record's Middle Name

**2.** Subject of Record's A-Number (if any)

▶ **A-**

**3.a.** Page Number  **3.b.** Part Number  **3.c.** Item Number

**3.d.**

**4.a.** Page Number  **4.b.** Part Number  **4.c.** Item Number

**4.d.**

**5.a.** Page Number  **5.b.** Part Number  **5.c.** Item Number

**5.d.**

**6.a.** Page Number  **6.b.** Part Number  **6.c.** Item Number

**6.d.**

**7.a.** Page Number  **7.b.** Part Number  **7.c.** Item Number

**7.d.**

**Continuation to:**

**EXHIBIT C**



E. No. 228881

# CERTIFIED COPY OF ENTRY IN REGISTER OF BIRTHS

Republic of Ghana

Entry No.

**CHILD**
Name in full (write first name
first and surname last)

**FATHER**
Name

Occupation

Nationality

Religion

**MOTHER**
Maiden Name

Nationality

When Born

Where Born

Street, name of town or part of town,
and number of house, name of village

Signature (in full), Qualification and
Residence of Informant

Date of Registration

Signature of Registrar

Registrar of Births and Deaths for Ghana

453



# CERTIFICATION OF VITAL RECORD

## COUNTY OF LOS ANGELES · REGISTRAR-RECORDER/COUNTY CLERK

### LICENSE AND CERTIFICATE OF MARRIAGE

MUST BE LEGIBLE – MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS
USE DARK INK ONLY

4 2011 901 2883

LOCAL REGISTRATION NUMBER

STATE FILE NUMBER

| | | |
|---|---|---|
| **Groom □ Bride FIRST PERSON DATA** | 1A FIRST NAME JONATHAN | 1B MIDDLE ALFRED |
| | 1C CURRENT LAST SAKYI | 1D LAST NAME AT BIRTH (IF DIFFERENT THAN 1C) -- |
| | 2 DATE OF BIRTH (MM/DD/CCYY) 08/12/1955 | 3 STATE/COUNTRY OF BIRTH GHANA | 02 | 4 #PREV MARRIAGES/SRDP | 5A LAST MARRIAGE/SRDP ENDED BY □DEATH □DISSD ☒ ANNULMENT □TERM SRDP □DIVORCE | 5B DATE ENDED (MM/DD/CCYY) 04/01/2011 |
| | 6 ADDRESS 3637 W EL SEGUNDO #B | 7 CITY HAWTHORNE | 8 STATE/COUNTRY CALIFORNIA | 9 ZIP CODE 90250 |
| | 10A FULL BIRTH NAME OF FATHER/PARENT ALFRED K. SAKYI | 10B STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY) GHANA |
| | 11A FULL BIRTH NAME OF MOTHER/PARENT VICTORIA ASAMOAH | 11B STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY) GHANA |

| | | |
|---|---|---|
| **□ Groom ☒ Bride SECOND PERSON DATA** | 12A FIRST NAME GIFTY | 12B MIDDLE |
| | 12C CURRENT LAST ADU DARKO | 12D LAST NAME AT BIRTH (IF DIFFERENT THAN 12C) |
| | 13 DATE OF BIRTH (MM/DD/CCYY) 10/20/1974 | 14 STATE/COUNTRY OF BIRTH GHANA | 01 | 15 #PREV MARRIAGES/SRDP | 16A LAST MARRIAGE/SRDP ENDED BY □DEATH □DISSD □ANNULMENT □TERM SRDP ☒DIVORCE | 16B DATE ENDED (MM/DD/CCYY) 09/26/2010 |
| | 17 ADDRESS 3637 W EL SEGUNDO #B | 18 CITY HAWTHORNE | 19 STATE/COUNTRY CALIFORNIA | 20 ZIP CODE 90250 |
| | 21A FULL BIRTH NAME OF FATHER/PARENT CHARLES ADU-DARKO | 21B STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY) GHANA |
| | 22A FULL BIRTH NAME OF MOTHER/PARENT EMMA SEKYERA | 22B STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY) GHANA |

**AFFIDAVIT**
WE, THE UNDERSIGNED DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT WE ARE UNMARRIED AND THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF. WE FURTHER DECLARE THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US. WE ACKNOWLEDGE RECEIPT OF THE INFORMATION REQUIRED BY FAMILY CODE SECTION 358 AND HEREBY APPLY FOR A LICENSE AND CERTIFICATE OF MARRIAGE

23 SIGNATURE OF PERSON LISTED IN FIELDS 1A-1D
24 SIGNATURE OF PERSON LISTED IN FIELDS 12A-12D

**LICENSE TO MARRY**
I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT THE ABOVE-NAMED PARTIES TO BE MARRIED HAVE PERSONALLY APPEARED BEFORE ME THE PERSON PERFORMING THE CEREMONY HAS PERSONALLY APPEARED BEFORE ME AND PRESENTED AN AFFIDAVIT SIGNED BY THE PARTIES TO BE MARRIED DECLARING THAT ONE OR BOTH OF THE PARTIES ARE PHYSICALLY UNABLE TO APPEAR AND EXPLAINING THE REASONS THEREFOR IN ACCORDANCE WITH FAMILY CODE SECTION 426. THE PARTIES PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE PERSONS CAUSED THIS LICENSE THAT THEY MEET ALL OF THE REQUIREMENTS OF THE LAW, AND HAVE PAID THE FEES PRESCRIBED BY LAW. AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA TO SOLEMNIZE THE MARRIAGE OF THE AROVE-NAMED PERSONS REQUIRED CONSENTS AND AFFIDAVITS FOR THE ISSUANCE OF THIS LICENSE ARE ON FILE

| 25A ISSUE DATE (MM/DD/CCYY) 06/30/2011 | 25B EXPIRES AFTER (MM/DD/CCYY) 09/27/2011 | 25C NAME OF COUNTY CLERK DEAN C. LOGAN | 25D SIGNATURE OF CLERK OR DEPUTY CLERK BY ► |
|---|---|---|---|
| 25E MARRIAGE LICENSE NUMBER X P026511 | 25F CITY OF ISSUE LOS ANGELES | 25G RETURN COMPLETED MARRIAGE LICENSE TO (INCLUDE ADDRESS) P.O. BOX 53120, L.A. CA. 90053-0120 | |

**WITNESS(ES) (ONE REQUIRED, NO MORE THAN TWO ALLOWED)**

| 26A SIGNATURE OF WITNESS | 26B NAME OF PERSON WITNESSING MARRIAGE (TYPE OR PRINT CLEARLY) FRANK OKAPO |
|---|---|
| 26C ADDRESS, CITY, STATE/COUNTRY, AND ZIP CODE 4460 W. 135TH ST #A HAWTHORNE CA 90250 | |
| 27A SIGNATURE OF WITNESS | 27B NAME OF PERSON WITNESSING MARRIAGE (TYPE OR PRINT CLEARLY) |
| 27C ADDRESS, CITY, STATE/COUNTRY, AND ZIP CODE | |

**CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE**
I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA, THAT THE ABOVE-NAMED PARTIES WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA NOTE: THE MARRIAGE CEREMONY MUST TAKE PLACE IN THE STATE OF CALIFORNIA

| 28A DATE OF MARRIAGE (MM/DD/CCYY) 7/8/2011 | 28B CITY OF MARRIAGE LOS ANGELES | 28C COUNTY OF MARRIAGE LOS ANGELES |
|---|---|---|
| 29A SIGNATURE OF PERSON SOLEMNIZING MARRIAGE ► | | 29B RELIGIOUS DENOMINATION (IF CLERGY) |
| 29C NAME OF PERSON SOLEMNIZING MARRIAGE (TYPE OR PRINT CLEARLY) Esmeralda Fucci | | 29D OFFICIAL TITLE DEPUTY COMM. |
| 29E ADDRESS, CITY, STATE/COUNTRY, AND ZIP CODE 11701 S. LA CIENEGA BLD. LOS ANGELES, CA. 90045 | | |

**NEW NAMES (IF APP)**

| 30A NEW MIDDLE AND LAST NAME OF PERSON LISTED IN 1A-1D (IF ANY) FOR USE UPON SOLEMNIZATION OF THE MARRIAGE (SEE REVERSE FOR INFORMATION) 30A FIRST - MUST BE SAME AS 1A | 30B MIDDLE | 30C LAST |
|---|---|---|
| 31A NEW MIDDLE AND LAST NAME OF PERSON LISTED IN 12A-12D (IF ANY) FOR USE UPON SOLEMNIZATION OF THE MARRIAGE (SEE REVERSE FOR INFORMATION) 31A FIRST - MUST BE SAME AS 12A GIFTY | 31B MIDDLE | 31C LAST ADU DARKO SAKYI |

**LOCAL REGISTRAR**

| 32A NAME OF LOCAL REGISTRAR DEAN C. LOGAN | 32B SIGNATURE OF CLERK OR DEPUTY CLERK BY ► | DATE ACCEPTED FOR REGISTRATION JUL 13 2011 |
|---|---|---|

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

VS-117 (01/01/2010)

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

JUL 19 2011

Dean C Logan
DEAN C. LOGAN
Registrar-Recorder/County Clerk

This copy not valid unless prepared on engraved border displaying the Seal and Signature of the Registrar-Recorder/County Clerk.



*001186762*

454



1015070007280  1900879 145188 15 R574625 052915 04:45 052815 AOS-805887

GIFT   ADU DARKO
3634 W. ELSEGUNDO BLVD #B
HAWTHORNE, CALIFORNIA,
90250.
5/27/2015.

Dear Sir/Madam.

To whom it may Concern.

My name is Gifty Adu Darko, live in Los Angeles, California at the above mentioned address. I'm applying for form I-131 to get advance parole document to travel to Ghana, to bury my mother, Madam Emma Sekyera and to show my last respect to her. She died on this day 17th may 2015, and she will be buried on 20th June 2015.

My application for adjustment status is still pending at the uscis, I seek to travel on this day 17th June 2015 and return on 5th August. I enclosed herewith the necessary document that support my application for the issuance of an advance parole document.

Hope my application will be granted.

Yours Gifty Adu Darko



1015070007280  1900879 145188 15 R574625 052915 04:45 052815 AOS-805887

**17 JUN 2015** ▸ **06 AUG 20..** TRIP TO **ACCRA, GHANA**

PREPARED FOR
## ADU DARKO/GIFTY MRS

RESERVATION CODE   RJUDEY
AIRLINE RESERVATION CODE   6L6LJU (BA)

 DEPARTURE: **WEDNESDAY 17 JUN** ▸ ARRIVAL: **THURSDAY 18 JUN**
Please verify flight times prior to departure

| BRITISH AIRWAYS **BA 0282** | LAX LOS ANGELES, CA | ▸ LHR LONDON HEATHROW, UNITED KINGDOM | Aircraft: AIRBUS INDUSTRIE A380-800 JET |
|---|---|---|---|
| Duration: 10hr(s) 30min(s) | Departing At: **3:35pm** **(Wed, Jun 17)** | Arriving At: **10:05am** **(Thu, Jun 18)** | Distance (in Miles): 5456 Stop(s): 0 |
| | Terminal: TOM BRADLEY INTL TERM | Terminal: TERMINAL 5 | |

| Passenger Name: | Seats: | Class: | Status: | Meals: |
|---|---|---|---|---|
| » ADU DARKO/GIFTY MRS | Check-In Required | Economy | Confirmed | Meals |

DEPARTURE: **THURSDAY 18 JUN** Please verify flight times prior to departure

| BRITISH AIRWAYS **BA 0081** | LHR LONDON HEATHROW, UNITED KINGDOM | ▸ ACC ACCRA, GHANA | Aircraft: BOEING 744 JET |
|---|---|---|---|
| Duration: 6hr(s) 30min(s) | Departing At: **1:20pm** | Arriving At: **6:50pm** | Distance (in Miles): 3160 Stop(s): 0 |
| | Terminal: TERMINAL 5 | Terminal: Not Available | |

| Passenger Name: | Seats: | Class: | Status: | Meals: |
|---|---|---|---|---|
| » ADU DARKO/GIFTY MRS | Check-In Required | Economy | Confirmed | Meals |

**457**

1815070007280   1900879 145188 15 R574625 052915 04:45 052815 AOS-805887

DEPARTURE: **WEDNE  AY 05 AUG  ARRIVAL: THI  SDAY 06 AUG**

Please verify flight times prior to departure

## BRITISH AIRWAYS
## BA 0078

| | | |
|---|---|---|
| **ACC** | **LHR** | Aircraft: |
| ACCRA, GHANA | LONDON HEATHROW, UNITED KINGDOM | BOEING 744 JET |

Duration:
6hr(s) 35min(s)

| Departing At: | Arriving At: | Distance (in Miles): 3160 |
|---|---|---|
| **10:40pm** | **6:15am** | Stop(s): 0 |
| **(Wed, Aug 5)** | **(Thu, Aug 6)** | |

| Terminal: | Terminal: |
|---|---|
| Not Available | TERMINAL 5 |

| Passenger Name: | Seats: | Class: | Status: | Meals: |
|---|---|---|---|---|
| » ADU DARKO/GIFTY MRS | Check-In Required | Economy | Confirmed | Meals |

DEPARTURE: **THURSDAY 06 AUG** Please verify flight times prior to departure

## BRITISH AIRWAYS
## BA 1502

| | | |
|---|---|---|
| **LHR** | **LAX** | Aircraft: |
| LONDON HEATHROW, UNITED KINGDOM | LOS ANGELES, CA | BOEING 777-300ER JET |

Operated by:
AMERICAN AIRLINES

Duration:
11hr(s) 15min(s)

| Departing At: | Arriving At: | Distance (in Miles): 5456 |
|---|---|---|
| **2:00pm** | **5:15pm** | Stop(s): 0 |

| Terminal: | Terminal: |
|---|---|
| TERMINAL 3 | TOM BRADLEY INTL TERM |

| Passenger Name: | Seats: | Class: | Status: | Meals: |
|---|---|---|---|---|
| » ADU DARKO/GIFTY MRS | Check-In Required | Economy | Confirmed | Lunch, Snack |

**458**

(b)(6)

Gifty Adu-Darko
3637 W El Segundo
Blvd Apt B
Hawthorne CA 90250
USA

Dear sister,

## FUNERAL AND BURIAL ANNOUNCEMENT
## AND LETTER OF INVITATION

I, Ellen Kumi Adu-Darko, your elder sister, write to inform you officially about the recent sad death of our beloved mother **Mrs. Emma Sekyiraa Adu Darko** on the **17th May, 2015** at the **Suhum Municiapal Government Hospital**. Thus our one and only mother has gone to rest with the Lord. With tears in my eyes, I must confess that she has left us very painful memories, but her love and kindness are still our guide.

She collapsed few minutes after taking her supper that evening, and so we rushed her to the Suhum Government Hospital to get urgent treatment. Later in the night, she was confirmed dead by the Senior Medical Officer at post, Dr. Oppong KyeKyeku due to **heart attack**. She is safely hidden in the hospital's morgue temporarily and **the whole family is awaiting your trip back home**.

My sister, I must admit that reading this letter will hit you with such a great weight in the heart, as you did not believe me on the phone when I broke the news to you.

Sorry for all the inconveniences this news will bring to you, most especially when you lose a mother whom you were named after, indeed, this year has not been a pleasant one at all for the family. Your husband called the family to express his condolence and even promised to come home for the funeral with you.

Kindly make all the necessary arrangements to come home for the final burial and funeral rites of our beloved mother immediately. This is because your children which our mother was looking after not feeling comfortable at all; the death has really affected their studies so they have even been given some days off at their schools. Again, you know I stay in the Ashanti Region with my husband which is very far from Suhum. Besides, we need you here at home to support us financially in order for us to have a grand and successful burial for our beloved mother.

The date has been already fixed on **20th June, 2015** and you know there is no excuse you can give to exempt yourself from this sorrowful loss.

Dr. Lawrence Tetteh, Apostle Kwesi Ackah-Baidoo, Rev. Dr. Owusu-Bempah and Apostle Paul Okoh Hackman and the entire Church of Pentecost, Suhum District, have all promised to join us for the funeral and burial service because of our mother's intense support to the church.

**459**

191507000728A   1900879 145188 15 R574625 052915 04:45 052815 AOS-805887

Kindly accept my warm condolence as we await your coming.

Stay blessed my sister, and always remember that mothers hold their children's hands for just a little while but their hearts forever.

Grateful that you accord this letter with all the necessary actions.



Your sister,

Mrs. Ellen Kumi Adu-Darko

(b)(6)

**THE REPUBLIC OF GHANA**

SUHUM MUNICIPAL GOVERNMENT HOSPITAL



# Certificate of Death

### Emma Sekyiraa Adu-Darko

Name of Deceased

*This is to certify the death of the above named was*
*rushed to our emergency unit*
*the* 17TH *day of* MAY, 2015 *at the time*
*Of* 06:11PM
*She was diagnosed of Diabetic Ketoacidiosis*
*After* some hours *of arrival at the hospital, she was confirmed dead as a*
*Result of* COMPLICATIONS LEADING TO HEART FAILURE ARISING FROM
HER HIGH BLOOD PRESSURE
*at exactly* 09:45PM

*Dated this* 17TH *day of* MAY, 2015

SUHUM MUNICIPAL GOVERNMENT HOSPITAL

DR. OPPONG KYEKYEKU

OFFICER-IN-CHARGE
Medical Director

SUHUM MUNICIPAL GOVERNMENT HOSPITAL

MR. PAUL OKYERE

OFFICER-IN-CHARGE
Registrar

461

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | March 05, 2015 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-765, Application for Employment Authorization | A095643853 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| MSC1590731275 | March 03, 2015 | 1 of 1 |

| | DATE OF BIRTH |
|---|---|
| | October 20, 1974 |

GIFTY ADU DARKO
3637 W EL SEGUNDO BLVD
HAWTHORNE, CA 90250

12   3018

|ı|ıııııı||ı|ıı·ı|ı|ıı·ı|ı|ıı||ı|ııııı||ııı|ıı·||ıllıı·ıııı|

NAME AND MAILING ADDRESS

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $0.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $0.00 |
| Total Balance Due: | $0.00 |

The above application/petition has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

As a reminder, if you have an underlying Form I-140 that is approved or is still pending, you may request to change employers under INA 204(j) if your Form I-485 Adjustment application has been pending for at least 180 days. In order to do so, you should supplement the Form I-485 record of proceeding with documentation relating to the new job offer that forms the basis of the INA 204(j) portability request. For more information on how to request to change employers and what information is required to supplement the Form I-485, please visit www.uscis.gov.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

| USCIS Office Address: | USCIS Customer Service Number: |
|---|---|
| USCIS | (800)375-5283 |
| National Benefits Center | |
| P.O. Box 648003 | |
| Lee's Summit, MO  64002 | |



462

U.S. POSTAGE PAID
HAWTHORNE, CA
90250
MAY 15
AMOUNT
**$19.99**
00107708-02

UNITED STATES POSTAL SERVICE

**PRIORITY MAIL**

3-ADDRESSEE COPY

PRIORITY ★ MAIL ★ EXPRESS
UNITED STATES POSTAL SERVICE

GUARANTEED ★ TRACKED ★ INSURED

For Domestic Use Only

Label 127R, July 2013

**CUSTOMER USE ONLY**
FROM:

**PAYMENT BY ACCOUNT** (if applicable)

**DELIVERY OPTIONS** (Customer Use Only)

☐ SIGNATURE REQUIRED

Delivery Options

TO:

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE

**VISIT US AT USPS.COM** ®
ORDER FREE SUPPLIES ONLINE

P14F July 2013
ID: 12.5 x 9.5

PRIORITY ★ MAIL ★ EXPRESS
UNITED STATES POSTAL SERVICE

GUARANTEED ★ TRACKED ★ INSURED

For Domestic Use Only

This envelope is made from post-consumer waste. Please recycle - again.

463



465



PRIORITY
★ MAIL ★
EXPRESS™
OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP13F July 2013   OD: 12.5 x 9.5

PS10001000006

This envelope is made from post-consumer waste. Please recycle - again.

UNITED STATES POSTAL SERVICE.

PRIORITY
★ MAIL ★
EXPRESS

1-ORIGIN POST OFFICE COPY

EK 542982025 US

CUSTOMER USE ONLY
FROM:
USCIS
ATN: FBAS
1215. Dearborn 3rd floor
Chicago IL 60603-5517

TO:
Gifty Adu-Darko
3637 W. Elsegundo blvd
APT#B hawthorne CA
90250

323 424 8112

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

| (Family Name) | (Given Name) | (Middle Initial) | Date Issued | |
|---|---|---|---|---|
| | | | | **June 16, 2015** |

**ADU-DARKO, GIFTY**

A#  A095643853    MSC1591199562

| Date of Birth (Month/Day/Year) | Country of Birth | (City or Town) | (State or Province) | (Country) |
|---|---|---|---|---|
| 10/20/1974 | GHANA | | | |

U.S. Address   (Apt number and/or in care of)   (Street Number and Name)   (City)   (State or Province)   (Zip/Postal Code)

**3637 W EL SEGUNDO BLVD APT B, HAWTHORNE CA 90250**

**TRAVEL AUTHORIZATION:** Presentation of the original of this document authorizes a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality Act (Act) for bringing an alien who does not have a visa.

**PAROLE:** The named bearer of this authorization is an applicant for adjustment of status under the Act. The bearer departed the United States temporarily and intends to return to the United States to resume processing of the adjustment of status application. Presentation of the original of this document prior to _____ **June 15, 2016** _____ allows a Customs and Border Protection (CBP) Inspector at a port-of-entry to parole the named bearer, whose photograph appears hereon, into the United States based upon urgent humanitarian reasons or significant public benefit. **This authorization is valid for multiple applications for parole into the United States during the validity period noted above.** Each parole period shall not exceed one year from the date of parole at the port-of-entry.

| X | Approved |
|---|---|
| | Conditions/comments: |

---

**NOTICE - READ BEFORE YOU TRAVEL ABROAD**

**Parole is not admission into the United States.** Presentation of this authorization will allow a CBP Inspector at a port-of-entry to parole you into the United States, which will allow you to resume your application for adjustment of status. Parole is not an "admission," so even after your parole you will remain an "applicant for admission." If you are found inadmissible, you will need to apply and qualify for a waiver of inadmissibility. If your adjustment application is denied, you may be subject to removal proceedings as an inadmissible alien under 235(b)(1) or 240 of the Act.

**Parole into the United States is not guaranteed.** In all cases, you are still subject to immigration inspection at a port-of-entry to determine whether you are eligible to come into the United States via the terms of this document. Even if you have previously been granted parole, the Department of Homeland Security retains discretion to deny you parole if the Department determines approving your parole application would not serve the public interest of the United States.

**Travel Warning Regarding Unlawful Presence.** If you have been unlawfully present in the United States, you may want to ask an immigration attorney or a representative at an immigrant assistance organization accredited by the Board of Immigration Appeals (BIA) whether leaving the United States would make you inadmissible and therefore ineligible for adjustment of status. Under section 212(a)(9)(B)(i) of the Act, aliens who depart the United States after being unlawfully present in the United States for certain periods may become subject to new or additional grounds of inadmissibility because of their travel abroad. If you were unlawfully present in the United States for more than 180 days after April 1, 1997, you may be found inadmissible when you return to the United States. If you were unlawfully present in the United States for more than 180 days but less than one year after April 1, 1997 and then departed voluntarily before the start of removal proceedings, you are inadmissible for three years. If you were unlawfully present for one year or more after April 1, 1997 and then departed, you are inadmissible for ten years. **Obtaining advance authorization for parole will not relieve you of inadmissibility under 212(a)(9)(B)(i).**

**Inadmissibility in general.** If you have concerns about admissibility and waivers you should contact an immigration attorney or an immigrant assistance organization accredited by the BIA before making foreign travel plans.

---

Robert M. Cowan

National Benefit Center
P.O. BOX 658005
Lee's Summit, MO 64064

(Authorizing Office)

**Parole Stamp**



467



= 131



### Application for Travel Document
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-131**
OMB No. 1615-0013
Expires 03/31/2016

| For USCIS Use Only | APP I131 | Action Block | To Be Completed by an *Attorney/ Representative*, if any. |
|---|---|---|---|

MSC1591199562    05/28/2015

**APPROVED**
JUN 1 6 2015
003167
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services

☐ Fill in box if G-28 is attached to represent the applicant.

☐ **Document Hand Delivered**
By: _____ Date: _____ / _____ / _____

**Attorney State License Number:**

**Document Issued**

☐ Re-entry Permit *(Update "Mail To" Section)*
☐ Refugee Travel Document *(Update "Mail To" Section)*
☐ Single Advance Parole
☑ Multiple Advance Parole *Valid Until:*

**Mail To** *(Re-entry & Refugee Only)*
☐ Address in *Part 1*
☐ US Consulate at: _____
☐ Intl DHS Ofc at: _____

▶ **Start Here.** Type or Print in Black Ink

## Part 1. Information About You

**1.a.** Family Name *(Last Name)* **ADU-DARKO**
**1.b.** Given Name *(First Name)* **GIFTY**
**1.c.** Middle Name

**Physical Address**

**2.a.** In Care of Name
**2.b.** Street Number and Name **3637 W-ELSEGONDO**
**2.c.** Apt. ☑ Ste. ☐ Flr. ☐ **APT B**
**2.d.** City or Town **HAWTHORNE**
**2.e.** State **CA**  **2.f.** Zip Code **90250**
**2.g.** Postal Code **90250**
**2.h.** Province **CALIFORNIA**
**2.i.** Country **UNITED STATES**

**Other Information**

**3.** Alien Registration Number (A-Number)
▶ A- **095643853**

**4.** Country of Birth **GHANA**

**5.** Country of Citizenship **GHANA**

**6.** Class of Admission

**7.** Gender ☐ Male ☑ Female

**8.** Date of Birth *(mm/dd/yyyy)* ▶ **10-20-1974**

**9.** U.S. Social Security Number *(if any)*
▶ **6N5411516**



Form I-131 03/22/13 N

**469**

Page 1 of 5

## Part 2. Application Type

**1.a.** ☐ I am a permanent resident or conditional resident of the United States, and I am applying for a reentry permit.

**1.b.** ☐ I now hold U.S. refugee or asylee status, and I am applying for a Refugee Travel Document.

**1.c.** ☐ I am a permanent resident as a direct result of refugee or asylee status, and I am applying for a Refugee Travel Document.

**1.d.** ☑ I am applying for an Advance Parole Document to allow me to return to the United States after temporary foreign travel.

**1.e.** ☐ I am outside the United States, and I am applying for an Advance Parole Document.

**1.f.** ☐ I am applying for an Advance Parole Document for a person who is outside the United States.

If you checked box "1.f." provide the following information about that person in 2.a. through 2.p.

**2.a.** Family Name *(Last Name)*

**2.b.** Given Name *(First Name)*

**2.c.** Middle Name

**2.d.** Date of Birth *(mm/dd/yyyy)* ▶

**2.e.** Country of Birth
GHANA

**2.f.** Country of Citizenship
GHANA

**2.g.** Daytime Phone Number ( 323 ) 424 - 8112

### Physical Address *(If you checked box 1.f.)*

**2.h.** In Care of Name

**2.i.** Street Number and Name
ELSEGUNDO

**2.j.** Apt. ☑   Ste. ☐   Flr. ☐   B

**2.k.** City or Town
HAWTHORNE

**2.l.** State   CA   **2.m.** Zip Code   90250

**2.n.** Postal Code   —

**2.o.** Province   —

**2.p.** Country   UNITED SATES .

## Part 3. Processing Information

**1.** Date of Intended Departure
*(mm/dd/yyyy)* ▶ 6-17-15

**2.** Expected Length of Trip *(in days)*   49

**3.a.** Are you, or any person included in this application, now in exclusion, deportation, removal, or rescission proceedings?   ☐ Yes   ☑ No

**3.b.** If "Yes", Name of DHS office:

**4.a.** Have you ever before been issued a reentry permit or Refugee Travel Document? *(If "Yes" give the following information for the last document issued to you):*
☑ Yes   ☐ No

**4.b.** Date Issued *(mm/dd/yyyy)* ▶ 2 YERS AGO

**4.c.** Disposition *(attached, lost, etc.)*:

If you are applying for a non-DACA related **Advance Parole Document, skip to Part 7;** *DACA recipients must complete Part 4 before skipping to Part 7.*



Form I-131 03/22/13 N

470 Page 2 of 3

## Part 3. Processing Information *(continued)*

Where do you want this travel document sent? *(Check one)*

**5.** ☑ To the U.S. address shown in Part 1 (2.a through 2.i.) of this form.

**6.** ☐ To a U.S. Embassy or consulate at:

**6.a.** City or Town

**6.b.** Country

**7.** ☐ To a DHS office overseas at:

**7.a.** City or Town

**7.b.** Country

If you checked "6" or "7", where should the notice to pick up the travel document be sent?

**8.** ☐ To the address shown in Part 2 (2.h. through 2.p.) of this form.

**9.** ☐ To the address shown in Part 3 (10.a. through 10.i.) of this form.:

**10.a.** In Care of Name

**10.b.** Street Number and Name   3637 W. EL SEGUNDO BLVD

**10.c.** Apt. ☐  Ste. ☑  Flr. ☐   B.

**10.d.** City or Town   HAWTHORNE

**10.e.** State   CA   **10.f.** Zip Code   90250

**10.g.** Postal Code

**10.h.** Province

**10.i.** Country   UNITED STATES

**10.j.** Daytime Phone Number ( 329 ) 424 - 8110

## Part 4. Information About Your Proposed Travel

**1.a.** Purpose of trip. *(If you need more space, continue on a separate sheet of paper.)*

BURIAL OF MOTHER IN GHANA.
Please expedite.

**1.b.** List the countries you intend to visit. *(If you need more space, continue on a separate sheet of paper.)*

GHANA

## Part 5. Complete Only If Applying for a Re-entry Permit

Since becoming a permanent resident of the United States (or during the past 5 years, whichever is less) how much total time have you spent outside the United States?

**1.a.** ☐ less than 6 months    **1.d.** ☐ 2 to 3 years
**1.b.** ☐ 6 months to 1 year    **1.e.** ☐ 3 to 4 years
**1.c.** ☐ 1 to 2 years          **1.f.** ☐ more than 4 years

**2.** Since you became a permanent resident of the United States, have you ever filed a Federal income tax return as a nonresident or failed to file a Federal income tax return because you considered yourself to be a nonresident? *(If "Yes" give details on a separate sheet of paper.)*

☐ Yes   ☐ No



## Part 6.  Complete Only If Applying for a Refugee Travel Document

**1.**  Country from which you are a refugee or asylee:

[                    ]

**If you answer "Yes" to any of the following questions, you must explain on a separate sheet of paper. Include your Name and A-Number on the top of each sheet.**

**2.**  Do you plan to travel to the country named above?  ☐ Yes  ☐ No

Since you were accorded refugee/asylee status, have you ever:

**3.a.**  Returned to the country named above?  ☐ Yes  ☐ No

**3.b.**  Applied for and/or obtained a national passport, passport renewal, or entry permit of that country?  ☐ Yes  ☐ No

**3.c.**  Applied for and/or received any benefit from such country (for example, health insurance benefits)?  ☐ Yes  ☐ No

Since you were accorded refugee/asylee status, have you, by any legal procedure or voluntary act:

**4.a.**  Reacquired the nationality of the country named above?  ☐ Yes  ☐ No

**4.b.**  Acquired a new nationality?  ☐ Yes  ☐ No

**4.c.**  Been granted refugee or asylee status in any other country?  ☐ Yes  ☐ No

## Part 7.  Complete Only If Applying for Advance Parole

On a separate sheet of paper, explain how you qualify for an Advance Parole Document, and what circumstances warrant issuance of advance parole. Include copies of any documents you wish considered. *(See instructions.)*

**1.**  How many trips do you intend to use this document?  ☑ One Trip  ☐ More than one trip

If the person intended to receive an Advance Parole Document is outside the United States, provide the location (City or Town and Country) of the U.S. Embassy or consulate or the DHS overseas office that you want us to notify.

**2.a.**  City or Town  [                    ]

**2.b.**  Country  [                    ]

If the travel document will be delivered to an overseas office, where should the notice to pick up the document be sent?:

**3.**  ☐ To the address shown in **Part 2 (2.h. through 2.p.)** of this form.

**4.**  ☐ To the address shown in **Part 7 (4.a. through 4.i.)** of this form.

**4.a.**  In Care of Name  [                    ]

**4.b.**  Street Number and Name  [                    ]

**4.c.**  Apt. ☐  Ste. ☐  Flr. ☐  [                    ]

**4.d.**  City or Town  [                    ]

**4.e.**  State  [        ]  **4.f.**  Zip Code  [                    ]

**4.g.**  Postal Code  [                    ]

**4.h.**  Province  [                    ]

**4.i.**  Country  [                    ]

**4.j.**  Daytime Phone Number  ( [      ] ) [      ] - [      ]



Form I-131  03/22/13  N

**Part 8. Signature of Applicant** *(Read the information on penalties in the Form instructions before completing this Part.)* If you are filing for a Re-entry Permit or Refugee Travel Document, you must be in the United States to file this application.

**1.a.** I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records that U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking.

Signature of Applicant

**1.b.** Date of Signature *(mm/dd/yyyy)* ▶ 5-27-15

**2.** Daytime Phone Number ( 323 ) 424 - 8112

**NOTE:** If you do not completely fill out this form or fail to submit required documents listed in the instructions, your application may be denied.

---

**Part 9. Information About Person Who Prepared This Application, If Other Than the Applicant**

**NOTE:** If you are an attorney or representative, you must submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, along with this application.

*Preparer's Full Name*

Provide the following information concerning the preparer:

**1.a.** Preparer's Family Name *(Last Name)*

**1.b.** Preparer's Given Name *(First Name)*

**2.** Preparer's Business or Organization Name

*Preparer's Mailing Address*

**3.a.** Street Number and Name

**3.b.** Apt. ☐ Ste. ☐ Flr. ☐

**3.c.** City or Town

**3.d.** State          **3.e.** Zip Code

**3.f.** Postal Code

**3.g.** Province

**3.h.** Country

*Preparer's Contact Information*

**4.** Preparer's Daytime Phone Number          Extension

( ) -

**5.** Preparer's E-mail Address *(if any)*

**Declaration**

To be completed by all preparers, including attorneys and authorized representatives: I declare that I prepared this benefit request at the request of the applicant, that it is based on all the information of which I have knowledge, and that the information is true to the best of my knowledge.

**6.a.** Signature of Preparer

**6.b.** Date of Signature *(mm/dd/yyyy)* ▶

**NOTE:** If you require more space to provide any additional information, use a separate sheet of paper. You must include your Name and A-Number on the top of each sheet.



Form I-131 03/22/13 N

473

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB No. 1615-0008; Expires 06/30/2011

# G-325A, Biographic Information

| (Family Name) ADU-DARKO | (First Name) GIFTY | (Middle Name) | ☐ Male ☑ Female | Date of Birth (mm/dd/yyyy) 10-20-1974 | Citizenship/Nationality GHANA | File Number A 095-643-853 |
|---|---|---|---|---|---|---|

| All Other Names Used (include names by previous marriages) | City and Country of Birth SEFWI-WINSO. GHANA | U.S. Social Security # (if any) 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 |
|---|---|---|

| | Family Name | First Name | Date of Birth (mm/dd/yyyy) | City and Country of Birth (if known) | City and Country of Residence |
|---|---|---|---|---|---|
| Father | ADU-DARKO | CHARLES | | SUHUM-GHANA | SUHUM-GHANA |
| Mother (Maiden Name) | SEKYERA | EMMA | 12-25-39 | KIBI-GHANA | SUHUM-GHANA |

| Current Husband or Wife (If none, so state) Family Name (For wife, give maiden name) SAKYI | First Name JONATHAN | Date of Birth (mm/dd/yyyy) 8-12-55 | City and Country of Birth KOFORIDUA GHANA | Date of Marriage 7-13-2011 | Place of Marriage LOS-ANGELES CALIFORNIA |
|---|---|---|---|---|---|

| Former Husbands or Wives (If none, so state) Family Name (For wife, give maiden name) NORTHCUT | First Name MAURICE | Date of Birth (mm/dd/yyyy) 04-9-1957 | Date and Place of Marriage 6-20-2003 LOS-ANGELES. | Date and Place of Termination of Marriage 12-20-2009 LOS-ANGELES. |
|---|---|---|---|---|

**Applicant's residence last five years. List present address first.**

| Street and Number | City | Province or State | Country | From Month | From Year | To Month | To Year |
|---|---|---|---|---|---|---|---|
| 3637 W ELSEGUNDO BLVD. #B. | HAWTHORNE | CALIFORNIA | U.S.A | 1/29/ | 2010 | Present Time | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Applicant's last address outside the United States of more than 1 year.**

| Street and Number | City | Province or State | Country | From Month | From Year | To Month | To Year |
|---|---|---|---|---|---|---|---|
| P.O. BOX 79 | SUHUM | E/REGION | GHANA | 10 | 1975 | 11 | 2002 |

**Applicant's employment last five years. (If none, so state.) List present employment first.**

| Full Name and Address of Employer | Occupation (Specify) | From Month | From Year | To Month | To Year |
|---|---|---|---|---|---|
| SILVERLAKE MEDICAL HOSPITAL 1711. TEMPLE ST. LA CA | MENTAL HEALTH WORKER | 01 | 2013 | Present Time | |
| LOS-ANGELES METROPOLITAN HOSPITAL 2231 WESTERN AV LA CA 90018 | NURSING ASSISTANT | 07 | 2007 | 01 | 2013 |

**Last occupation abroad if not shown above. (Include all information requested above.)**

| | | | | | |
|---|---|---|---|---|---|

| This form is submitted in connection with an application for: ☐ Naturalization ☑ Other (Specify): ADVANCE PAROLE ☐ Status as Permanent Resident | Signature of Applicant [signature] | Date 5-27-15 |
|---|---|---|

If your native alphabet is in other than Roman letters, write your name in your native alphabet below:

**Penalties:** Severe penalties are provided by law for knowingly and willfully falsifying or concealing a material fact.

**Applicant:** Print your name and Alien Registration Number in the box outlined by heavy border below.

| Complete This Box (Family Name) ADU-DARKO | (Given Name) GIFTY | (Middle Name) | (Alien Registration Number) A 095-643-853 |
|---|---|---|---|

Form G-325A (Rev. 06/12/09)Y

1015070007280  1900879 145188 15 R574625 052915 04:45 052815 AOS-805887

## Instructions

### What Is the Purpose of This Form?

Complete this biographical information form and include it with the application or petition you are submitting to U.S. Citizenship and Immigration Services (USCIS).

USCIS will use the information you provide on this form to process your application or petition.

If you have any questions on how to complete the form, call our National Customer Service Center at **1-800-375-5283**.

### Privacy Act Notice

We ask for the information on this form, and associated evidence, to determine if you have established eligibility for the immigration benefit for which you are filing. Our legal right to ask for this information can be found in the Immigration and Nationality Act, as amended. We may provide this information to other government agencies. Failure to provide this information, and any requested evidence, may delay a final decision or result in denial of your immigration benefit.

### Paperwork Reduction Act

An agency may not conduct or sponsor an information collection and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number. The public reporting burden for this collection of information is estimated at 15 minutes per response, including the time for reviewing instructions and completing and submitting the form. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: U.S. Citizenship and Immigration Services, Regulatory Products Division, 111 Massachusetts Avenue, N.W., 3rd Floor, Suite 3008, Washington, DC 20529-2210. OMB No. 1615-0008. **Do not mail your application to this address.**

Do Not Distribute Beyond DHS without Prior Authorization from the Originator
FOR OFFICIAL USE ONLY

**Record of Inquiry – TECS (ROIT)**                    (b)(7)(c) (b)(7)(e)

*A-Number:*                 *Receipt:* **MSC1591199562**                *File Type:* **I131**

| No. | NAME (person/business) | DOB | Date TECS'd /ID | | | Resolution Memo Complete? |
|---|---|---|---|---|---|---|
| | | | No Match | DNR | Relates | |
| 1) | ADU DARKO, | 10/20/1974 | | | | |
| | GIFTY | | | | | |

### CATEGORY
☑ A   ☐ P   ☐ B   ☐ D        2nd Check →

                              3rd Check →

| 2) | ADU-DARKO, | 10/20/1974 |
| | GIFTY | |

### CATEGORY
☑ A   ☐ P   ☐ B   ☐ D        2nd Check →

                              3rd Check →

3) *DARKO GIFTY*        *10/20/1974*

### CATEGORY
☐ A   ☐ P   ☐ B   ☐ D        2nd Check →

                              3rd Check →

---

A = Applicant          B = Beneficiary          P = Petitioner          D = Derivative/Household Member

Properly annotate TECS results on the ROIT:

• Include the date of query in the appropriate box. (NO MATCH, DNR, RELATES).

• Include the initials or identifying number of the USCIS personnel conducting the query in the same box as the date

• If the hit was a RELATES and a Resolution Memo was completed check the Resolution Memo Completed box

NO MATCH  - No Information found in TECS.

DNR       Information found in TECS but does not relate to the subject.

RELATES  - Information found in TECS that relates to the subject, case referred for resolution

**To take advantage of the new barcodes follow these instructions in order**

1. In TECS Dual, set the cursor at the beginning of the DOB field. Scan the DOB barcode

2. Shift + Tab to place the cursor at the beginning of the FIRST NAME field. Scan the first name barcode.

3. Shift + Tab to place the cursor at the beginning of the LAST NAME field. Scan the last name barcode.

*Monday, June 15, 2015*
8:10:46 AM

FOR OFFICIAL USE ONLY
Do Not Distribute Beyond DHS without Prior Authorization from the Originator        (b)(7)(c)

*Page 1 of 1*
476

```
FSXMHST1                    CLAIMS MAINFRAME SYSTEM              06/16/2015
PAGE:   1 OF   2               CASE HISTORY                     09:27
                                                               MSCMAH05


RECEIPT DATE: 04/24/2012            RECEIPT NUMBER: MSC-12-906-27727


ACTION CODE                     (b)(7)(e)         ACTION DATE     USER ID
AA    RECEIVED                                     04232012       MSCLKB0X
IAA   RECEIPT NOTICE SENT                          04232012       MSCLKB0X
IAE   FNGPRNT FEE RECEIPT SENT                     04232012       MSCLKB0X

MA70  BIOMETRICS RECEIVED FROM ASC                 05162012       MSCBRU01
FHB   READY FOR INTERVIEW SCHEDULING               05212012       MSCGJH01
FJ    INTERVIEW SCHEDULED                          07052012       MSCAOS0C
IM    INTERVIEW NOTICE SENT                        07052012       MSCAOS0C

BL1   PHYSICAL FILE REF'D FR NBC TO FLD OFFICE     07242012       MSCVMS03
FVS   ADDITIONAL FILE REVIEW NEEDED                08082012       MSCLOS0B
```

national

```
FSXMHST1                    CLAIMS MAINFRAME SYSTEM              06/16/2015
PAGE:   2 OF   2                CASE HISTORY                     09:27
                                                                MSCMAH05

RECEIPT DATE: 04/24/2012           RECEIPT NUMBER: MSC-12-906-27727


ACTION CODE                                   ACTION DATE       USER ID
KE   DATA CHANGE                                08082012        MSCLOS0B
FVS  ADDITIONAL FILE REVIEW NEEDED              05092013        MSCLOS0D




DC997950                    LAST PAGE
```

(b)(7)(e)



478





**Person Search Criteria**

| Search Type | Alien Number ▼ | ☐ Select All |
|---|---|---|
| ID | A095643853 | |

(b)(7)(e)

Search    Reset Form

**FOR OFFICIAL USE ONLY (FOUO) - (2015-06-16 08:26:35 CDT)**

Accessibility Statement

(b)(7)(e)

# U.S. Customs and Border Protection
U.S. Department of Homeland Security
## Arrival and Departure Information System

Detail View | Print

**Detail Report for: DARKO, GIFTY**

| | | | | |
|---|---|---|---|---|
| LAST NAME: | DARKO | EVENT TYPE: | Arrival | CLOSED VISIT: | N |
| FIRST NAME: | GIFTY | EVENT DATE | 03/18/2013 06:38 am | PERSON ID: | 2242432055 |
| BIRTH DATE: | 10/20/1974 | LOCATION CODE: | NYC (NEW YORK NY) | IDENT EID: | |
| GENDER CODE: | F | SITE | A471 | EVENT FIN: | 1030355758 |
| DOCUMENT NUMBER: | H2604521 | ACTION CODE: | Referred | SEVIS ID: | N/A |
| COC: | GHA | EVENT ADMIT UNTIL DATE: | 03/17/2014 | BIO FLAG: | Y |
| DOCUMENT COUNTRY: | GHA | OVERSTAY DAYS: | 458 | LAND I94 NUMBER: | 43519319327 |
| DOCUMENT TYPE: | P (Passport) | RECONCILIATION CODE: | UCO | LAND I94 FEE EXEMPT: | N/A |
| TRAVELER STATUS: | OBD | EVENT ADMISSION CLASS: | DA | C3 RECEIPT: | N/A |
| US-VISIT EXEMPT TYPE: | N/A | ADJUSTED ADMISSION CLASS: | DA | C3 SEQ: | N/A |
| VESSEL NAME: | N/A | CARRIER CODE: | DL | C3 FORM TYPE: | N/A |
| VESSEL NUMBER: | N/A | FLIGHT NUMBER: | 27 | SEVIS ACTION: | N/A |
| | | DEST ADDRESS: | N/A | SEVIS STATUS: | N/A |
| | | DEST CITY NAME: | N/A | SEVIS STATUS CHG DATE | N/A |
| | | DEST STATE CODE: | N/A | | |

| | | | |
|---|---|---|---|
| AID NUMBER: | N/A | | |
| LANE. | BB58 | | |

**Events for:** DARKO, GIFTY

| Event | Event Date | R Code | Location | FIN | Action Code | Bio Verified | Event COA | Event AUD | Document Info | Mode-Carrier:Number | Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Arrival | 03/18/2013 am UCO | | NYC | 1030355758 | Referred | Y | DA | 03/17/2014 | P- GHA: H2604521 | AIR - DL-27 | Travel |
| DepartureOnBrd | 02/04/2013 08:55 pm | N | NYC | N/A | Reported | N | N/A | N/A | P- GHA: H2604521 | AIR - DL-26 | Travel |

**FINs For:** DARKO, GIFTY

| Matching FIN(S) | FIN Status | FIN Create Date | IDENT EID | Last Used Date |
|---|---|---|---|---|
| 1030355758 | Current | 03/18/2013 10:38 am | 2242432055 | 03/18/2013 10:38 am |

Note: FINs marked with * are inactive.

**Known Name Variants for:** DARKO, GIFTY

| Name | DOB | Gender | Created Date |
|---|---|---|---|
| DARKO, GIFTY | 10/20/1974 | U | 03/18/2013 05:51 pm |
| DARKO, GIFTY ADU | 10/20/1974 | F | 02/04/2013 12:54 am |
| DU-DARKO, GIFTY | 10/20/1974 | F | 05/29/2013 06:21 am |

**Documents Used By:** DARKO, GIFTY

| Document Type | Document Number | Doc. Country | City Of Issue | Issue Date | Expiry Date |
|---|---|---|---|---|---|
| Alien Registration Card | 095643853 | USA | N/A | N/A | 04/01/2013 |
| Passport | H2604521 | GHA | N/A | N/A | 07/16/2022 |
| Passport | H2604521 | UNK | N/A | N/A | N/A |
| Unknown | H2604521 | UNK | N/A | N/A | N/A |

**Event Document For:** DARKO, GIFTY

| Event Document | Document Number | Issue Country | Expiration Date |
|---|---|---|---|
| Passport | H2604521 | GHA | 07/16/2022 |
| Alien Registration Card | 095643853 | USA | 04/01/2013 |
| Passport | H2604521 | UNK | N/A |

**Observations With Comments For:** DARKO, GIFTY

| Date | Type | Comments |
|---|---|---|
| 03/18/2013 12:00 AM | Lund Itinerary Comment | APT B A095643853 AOS |
| 03/18/2013 06:38 AM | Secondary Inspection Report | SQ11, IOPI, NCIC, NN16, SIT TOOL, PCQS, CIS/CLAIMS VERIFIED. NO NEGATIVE REMARKS. SUBJECT PAROLED IN FOR AOS A095643853 |



(b)(7)(e)

480 2015

```
FSXMINL1                  CLAIMS MAINFRAME SYSTEM              06/16/2015
                        INQUIRY/UPDATE RECEIPT LIST            09:26
                                                              MSCMAH05
       RECEIPT NBR    LAST NAME            FI  FORM   FEE AMT  REC DATE
 1.  MSC1591199562 ADU DARKO              G  I131            06/03/2015
 2.  MSC1590731275 ADU-DARKO              G  I765            03/05/2015
 3.  MSC1491095989 ADU-DARKO              G  I765            05/20/2014
 4.  MSC1391148407 ADU DARKO              G  I765            05/14/2013
 5.  MSC1290627729 ADU DARKO              G  I765            04/24/2012
 6.  MSC1290627727 ADU DARKO              G  I485   1070.00  04/24/2012
 7.  MSC0980091925 ADU-DARKO              G  I765    340.00  03/18/2009
 8.  MSC0710312749 ADU DARKO              G  I765    180.00  01/10/2007
 9.  MSC0534113561 ADU DARKO              G  I765    175.00  09/02/2005
10.  LOSD043390077 ADU DARKO              G  I765            09/03/2004
11.  LOSH033320025 ADU DARKO              G  I765            08/28/2003
12.  WAC0321751714 ADU DARKO              G  I181
13.
14.
15.
16.
     TYPE IN SELECTION:
```

<div style="border:1px solid black; height:2em;"></div>

(b)(7)(e)



FOIIO / LES

```
CIMSIN                 DEPARTMENT OF HOMELAND SECURITY - USCIS           06/10/15
COMMAND:               CENTRAL INDEX SYSTEM - DETAILED SEARCH DISPLAY    08:07:28

A#: 095643853 NAME: ADU DARKO                  ,GIFTY              DOB: 10201974

       LAST: ADU DARKO
      FIRST: GIFTY                                    NATZ DATE:
     MIDDLE:                                              COURT:
    ALIASES:                                          LOCATION:

    POE: LOS    COB: GHANA     DOE: 00000000
    COA: PEN    COC: GHANA     DFO: 07262003       FATHER: CHARLES
    SEX: F                                         MOTHER: EMMA

        SSN: 615411516           CONSOLIDATED A-NOS    --OTHER INFORMATION--
 I-94 ADM #:
 PASSPORT #:
       FBI #:
 DRIVER LIC:                          (b)(7)(e)
 FINGER CD#:
  IDENT FIN:
```

GIFTY ADU DARKO
3637 W ELSEGLENDO APT B
HAWTHORNE, CA  90250

APP I131

MSC1591199562          05/28/2015

GIFTY ADU DARKO
3637 W ELSEGLENDO APT B
HAWTHORNE, CA  90250

APP I131                    1901918

**1015070007280**

APP I131

MSC1591199562

APP I131

MSC1591199562

483

**<u>EXHIBIT D</u>**



May 3, 2022

**Sent via Priority Mail**
USCIS
FOIA/PA Appeals Office
150 Space Center Loop, Suite 500
Lee's Summit, MO 64064-2139

      Re:    **Gifty Adu Darko- NRC2022019672**
                **USCIS FOIA APPEAL**

Dear Sir or Madam:

      Please consider this letter as an appeal of your FOIA response dated March 4, 2022. Your response identified 441 pages in one record and 31 pages in a separate record.  Unfortunately, there is vital information that was excluded from the response.

      I would request a more extensive search for additional documentation responsive to our FOIA.  Specifically, the file notes on numerous occasions that USCIS conducted a home visit on July 17, 2017.  *See* Partially Responsive Record at p. 3, 29, 30, 155, 156, 164, 165, 171, 180, and 185.  The Service used statements from this unannounced home visit to deny the requestor's visa petition.  To this date USCIS has not provided the contents of the notes taken during the investigation.  The requestor was never given a copy of the investigation nor an opportunity to rebut the conclusions based on this supposed home visit.

      I therefore respectfully request that your office carefully review the original request and provide the entire USCIS FOIA, including, but not limited to all materials related to the unannounced home visit.

      In particular, we would request that your office release any references, implications, notes and/or other writings in these documents regarding or relevant to any derogatory data relating to Ms Adu Darko, as well as related comments throughout the document, and reasons provided for the home visit.  Also please release any notes and writings or documents, including but not limited to emails and other documents made by DHS employees related to Ms. Adu Darko. This would include any alleged statements by Ms. Adu Darko and any notes or writings or documents

484

Andres Ortiz Law

by USCIS, ICE, ERO or other DHS officer or employee or otherwise included in the file of Ms. Adu Darko.

Please contact me should you have any questions.

Sincerely,

_____
Andres Ortiz, Esq.
Andres Ortiz Law
Attorney for Gifty Adu Darko
andres.ortiz@andresortizlaw.com
(657) 243-3768

485

**<u>EXHIBIT E</u>**



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Attn: FOIA/PA Appeals Office*
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

APP2022001162

June 20, 2022

Andres Ortiz
Andres Ortiz Law
4201 Long Beach Blvd, Ste. 326
Long Beach, CA 90807

Dear Andres Ortiz:

RE:  NRC2022019672

You appealed the action of the National Records Center regarding your request for access to records pertaining to Gifty Adu Darko, dated May 10, 2022.

The determination of the National Records Center was to withhold 96 pages in part and 21 in full.

After careful consideration of your appeal, and as a result of discussions with the National Records Center, I have decided to release 12 additional pages to you. Enclosed are 12 pages released in part. Information has been redacted pursuant to 5 U.S.C. § 552 (b)(6) of the FOIA.

On the remaining pages, I found that the National Records Center properly withheld certain information that is protected from disclosure. This information is not appropriate for discretionary release.

The following exemptions are applicable:

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy.  The types of documents and/or information that we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

The National Records Center processed all records it could locate based on information provided with your original request. If there is additional information you can provide that would assist in a search for records, you may wish to submit a new Freedom of Information Act (FOIA) request. Both the letter and the envelope should be clearly marked "New Request."

If you are dissatisfied with our action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

The Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal Agencies. The OGIS does not have the authority to handle requests made under the Privacy Act of 1974. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road - OGIS
College Park, MD 20740-6001
Telephone: (202) 741-5770 or (877) 684-6448
Email: OGIS@nara.gov

APP2022001162
Page 2

Website: ogis.archives.gov

 Sincerely,

Alan D. Hughes, Associate Counsel
 U.S. Citizenship and Immigration Services

Enclosure(s)

**<u>EXHIBIT F</u>**



**CALIFORNIA** DRIVER LICENSE

DL D5762688
CLASS C
END NONE
EXP 10/20/2016
LN DARKO
FN GIFTY ADU
3637 W EL SEGUNDO BLVD APT B
HAWTHORNE, CA 90250
DOB 10/20/1974
RSTR NONE                    10201974

SEX F   HAIR BLK   EYES BLK
HGT 5'-06"  WGT 180 lb   ISS
DD 07/12/201160517/AAFD/16    12/01/2011

**CALIFORNIA** DRIVER LICENSE



Issuing Post Name
ACCRA
Surname
DARKO
Given Name
GIFTY ADU
Passport Number
H0025796
Entries
M
Annotation

**UNITED STATES OF AMERICA**

Issue Date
08JAN2001

Sex
F

Expiration Date
03JAN2006

Birth Date
20OCT1974

Nationality
GHAN

Control Number
20011046920003

Visa Type /Class
R     B1/B2

Nationality
GHAN

1011

Signature of bearer / Signature du titulaire

**VISAS**

H0025796<6GHA7410208F0101088B31071DEB4A43213
VNGHADARKO<<GIFTY<ADU<<<<<<<<<<<<<<<<<<<<<

40339636



**REPUBLIC OF GHANA / REPUBLIQUE DU GHANA**

Passport/Passeport

Type/Type   Code/Code
P           GHA

Passport No./Passeport No
H2604521

Surname/Nom
DARKO
Other name(s)/Prénoms
GIFTY ADU
Nationality/Nationalité
GHANAIAN
Date of birth/Date de naissance
20 OCT/OCT 74
Sex/Sexe
F/F
Place of issue/Lieu de délivrance
WASHINGTON, DC
Date of issue/Date de délivrance
17 JUL/JUIL 12

Residence/Résidence
U.S.A

Place of birth/Lieu de naissance
SEFWI WIAWSO

Date of Expiry/Date d'expiration
16 JUL/JUIL 22

488

(b)(6)



(b)(6)



# Residential Lease

(b)(6)



# THE UNITED STATES OF AMERICA

(b)(6)

No. 

## CERTIFICATE OF NATURALIZATION

FORM N-550 REV. 6-91

492

Supplemental Release

(b)(6)

No.



Jonathan A. Sakyi

employed

EMPLOYMENT OF MR. JONATHAN SAKYI

(b)(6)

(b)(6)

Maurice Northcutt

employed



**CASH RECEIPT**
Date _____

Received From M. Northcutt & G. Adu-Darko

Address 4801 #4

For Rent: 03-01-04 to 04-01-04 Dollars $ 850—

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | 850— | CASH | |
| AMT. PAID | 850— | CHECK | |
| BALANCE DUE | 0 | MONEY ORDER CREDIT CARD X | By Francis Turkson |

CRB 114-3

---

**CASH RECEIPT** 0090595
Date 04-01-04

Received From Maurice Northcutt & G. Adu-Darko

Address 4801 #4.

For Rent: 04-01-04 - 05-01-04 Dollars $ 850—

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | 850— | CASH | |
| AMT. PAID | 850— | CHECK | |
| BALANCE DUE | 0 | MONEY ORDER CREDIT CARD X | By Francis Turkson |

CRB 114-3

---

**CASH RECEIPT** 0089387
Date 05-01-04

Received From M. Northcutt & G. Adu-Darko

Address 4801 #4

For Rent: 05-01-04 to 06-01-04 Dollars $ 850—

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | 850— | CASH | |
| AMT. PAID | 850— | CHECK | |
| BALANCE DUE | 0 | MONEY ORDER CREDIT CARD X | By Francis Turkson |

CRB 114-3



VALID FOR WORK ONLY WITH INS AUTHORIZATION
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
THIS NUMBER HAS BEEN ESTABLISHED FOR
GIFTY ADU DARKO

**EMPLOYMENT AUTHORIZATION**
U.S. DEPARTMENT OF JUSTICE Immigration and Naturalization Service

(b)(6)

CALIFORNIA
DRIVER LICENSE CLASS: C

497

(b)(6)

# Residential Lease

## STATE OF CALIFORNIA
### CERTIFICATION OF VITAL RECORD

(b)(6)

STATE
FILE

**CERTIFICATE OF LIVE BIRTH**
STATE OF CALIFORNIA · DEPARTMENT OF PUBLIC HEALTH

499