AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Gifty Adu-Darko, Jonathan Sakyi <br><br> *Plaintiff(s)* <br> v. <br> Irene Martin, Director of the Los Angeles District Office of the United States Citizenship and Immigration Services <br> (see attachment #1) <br> *Defendant(s)* | Civil Action No. 2:23-cv-00544 -JFW-PD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Civil Process Clerk
United States Attorney's Office
Central District of California
300 North Los Angeles Street
Suite 7516
Los Angeles, California 90012
(see attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Andres Ortiz, Esq.
Andres Ortiz Law
4201 Long Beach Blvd, Ste. 326
Long Beach, CA 90807

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/25/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-00544

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

2:23-cv-00544 Adu-Darko et al v. Irene Martin et al

**Attachment #1**

2:23-cv-00544 Adu-Darko et al v. Irene Martin et al

2:23-cv-00544 Adu-Darko et al v. Irene Martin et al

Andres Ortiz, Esq. (CA SBN 279239)
Andres Ortiz Law
4201 Long Beach Blvd., Ste. 326
Long Beach, CA 90807
Tel: 657-243-3768

Attorney for the Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIFTY ADU-DARKS, and JONATHAN ALFRED SAKYI<br><br>　　　　　Plaintiffs,<br>v.<br><br>IRENE MARTIN, DIRECTOR OF THE LOS ANGELES DISTRICT OFFICE OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); TRACY RENAUD, SERVICE CENTER OPERATIONS DIRECTORATE; UR M. JADDOU, DIRECTOR OF THE USCIS; THE USCIS; ALEJANDRO MAYORKAS, SECRETARY OF DEPARTMENT OF HOMELAND SECURITY; DAVID L. NEAL, DIRECTOR OF EXECUTIVE OFFICE FOR IMMIGRATION REVIEW (EOIR); and MERRICK GARLAND, ATTORNEY GENERAL,<br><br>　　　　　Defendants.<br>_____ | CASE NO. 2:23-cv-00544<br><br>COMPLAINT UNDER THE ADMINISTRATIVE PROCEDURES ACT FOR DECLARATORY RELIEF |

2:23-cv-00544 Adu-Darko et al v. Irene Martin et al

2:23-cv-00544 Adu-Darko et al v. Irene Martin et al

## Attachment #2

Irene Martin
Director of the Los Angeles District Office of United States Citizenship and Immigration Services
Office of the General Counsel U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528–0485


Tracy Renaud
Service Center Operations Directorate
Office of the General Counsel U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528–0485


Ur M. Jaddou
Director of the USCIS
Office of the General Counsel U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528–0485


Alejandro Mayorkas
Secretary of Department of Homeland Security
Office of the General Counsel U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528–0485

David L. Neal
Director of Executive Office for Immigration Review
United States Department of Justice
Executive Office for Immigration Review
Office of the Chief Clerk Board of Immigration Appeals
5107 Leesburg Pike, Suite 2000
Falls Church, VA 22041

Merrick Garland
Attorney General

2:23-cv-00544 Adu-Darko et al v. Irene Martin et al

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001