# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| GIFTY ADU–DARKO , et al. | 2:23–cv–00544–JFW–PD |
| PLAINTIFF(S) | |
| v. | |
| IRENE MARTIN , et al. | |
| | **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |
| DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 1/24/2023 | 1 | Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: January 25, 2023          By: /s/ Geneva Hunt  geneva_hunt@cacd.uscourts.gov
                                         Deputy Clerk