

**Receipt 1 (7018 1860 0002 0680 5279):**
Sent To: David L Neal, Office of Chief Clerk
Street: 5107 Leesburg Pike, Ste 2000
City, State, ZIP: Falls Church VA 22041

**Receipt 2 (7018 1860 0002 0680 5286):**
Sent To: Merrick Garland
Street: 950 Pennsylvania Ave NW
City, State, ZIP: Washington DC 20530-001

**Receipt 3 (7018 1860 0002 0680 5255):**
Sent To: Mr Jaddou c/o General Counsel
Street: 2707 Martin Luther King Ave SE
City, State, ZIP: Washington DC 20528-0485

**Receipt 4 (7018 1860 0002 0680 5262):**
Sent To: Alejandro Mayorkas c/o General Counsel
Street: 2707 Martin Luther King Ave SE
City, State, ZIP: Washington DC 20528

**Receipt 5 (7018 1860 0002 0680 5231):**
Sent To: Irene Martin c/o General Counsel DHS
Street: 2707 Martin Luther King Ave SE
City, State, ZIP: Washington DC 20528-0485

**Receipt 6 (7018 1860 0002 0680 5248):**
Sent To: Tracy Renaud c/o General Counsel
Street: 2707 MLK Ave SE
City, State, ZIP: Washington DC 20528

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage
$

Total Postage and Fees
$

Sent To: Civil Process Clerk - US Atty office
Street and Apt. No., or PO Box No.: 300 N Los Angeles St, Ste 7516
City, State, ZIP+4®: Los Angeles CA 90012

7018 0680 0002 1860 5224

PS Form 3800, April 2015 PSN 7530-02-000-9047         See Reverse for Instructions



```
                    BIXBY
              4470 ATLANTIC AVE
          LONG BEACH, CA 90807-9997
                 (800)275-8777
02/08/2023                          11:43 AM
---------------------------------------------
Product              Qty    Unit       Price
                            Price
---------------------------------------------
First-Class Mail®      1                $2.46
Large Envelope
    Washington, DC 20530
    Weight: 0 lb 6.00 oz
    Estimated Delivery Date
        Mon 02/13/2023
    Certified Mail®                     $4.15
        Tracking #:
            70180680000218605286
Total                                   $6.61

First-Class Mail®      1                $2.70
Large Envelope
    Falls Church, VA 22041
    Weight: 0 lb 6.10 oz
    Estimated Delivery Date
        Mon 02/13/2023
    Certified Mail®                     $4.15
        Tracking #:
            70180680000218605279
Total                                   $6.85

First-Class Mail®      1                $2.94
Large Envelope
    Washington, DC 20528
    Weight: 0 lb 7.10 oz
    Estimated Delivery Date
        Mon 02/13/2023
    Certified Mail®                     $4.15
        Tracking #:
            70180680000218605262
Total                                   $7.09

First-Class Mail®      1                $2.46
Large Envelope
    Washington, DC 20528
    Weight: 0 lb 6.00 oz
    Estimated Delivery Date
        Mon 02/13/2023
    Certified Mail®                     $4.15
        Tracking #:
            70180680000218605255
Total                                   $6.61

First-Class Mail®      1                $2.46
Large Envelope
    Washington, DC 20528
    Weight: 0 lb 6.00 oz
    Estimated Delivery Date
        Mon 02/13/2023
    Certified Mail®                     $4.15
        Tracking #:
            70180680000218605248
Total                                   $6.61

First-Class Mail®      1                $2.46
Large Envelope
    Washington, DC 20528
    Weight: 0 lb 6.00 oz
    Estimated Delivery Date
        Mon 02/13/2023
    Certified Mail®                     $4.15
        Tracking #:
            70180680000218605231
Total                                   $6.61

First-Class Mail®      1                $2.70
```

```
              70180680000218605248
Total                                    $6.61

First-Class Mail®    1                   $2.46
Large Envelope
    Washington, DC 20528
    Weight: 0 lb 6.00 oz
    Estimated Delivery Date
        Mon 02/13/2023
    Certified Mail®                      $4.15
        Tracking #:
              70180680000218605231
Total                                    $6.61

First-Class Mail®    1                   $2.70
Large Envelope
    Los Angeles, CA 90012
    Weight: 0 lb 6.10 oz
    Estimated Delivery Date
        Fri 02/10/2023
    Certified Mail®                      $4.15
        Tracking #:
              70180680000218605224
Total                                    $6.85
-------------------------------------------
Grand Total:                            $47.23
-------------------------------------------
Credit Card Remit                       $47.23
    Card Name: AMEX
    Account #: XXXXXXXXXXXX4007
    Approval #: 849298
    Transaction #: 405
    AID: A000000025010801 Contactless
    AL: AMERICAN EXPRESS
    PIN: Not Required
-------------------------------------------

Text your tracking number to 28777 (2USPS)
  to get the latest status. Standard Message
   and Data rates may apply. You may also
   visit www.usps.com USPS Tracking or call
              1-800-222-1811.

              Preview your Mail
             Track your Packages
              Sign up for FREE @
         https://informeddelivery.usps.com

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.

         Tell us about your experience.
    Go to: https://postalexperience.com/Pos
   or scan this code with your mobile device,
```



```
              or call 1-800-410-7420.

-------------------------------------------

UFN: 054114-0005
Receipt #: 840-59070114-2-6165059-2
Clerk: 3
```