UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.    **CV 23-544-MWF(JEMx)**                          Dated: **May 9, 2023**

Title:      Gifty Adu-Darko, et al. -*v*- Irene Martin, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                      None Present

PROCEEDINGS:  (IN CHAMBERS) ORDER SETTING DATES

     The Court has reviewed the parties' Joint Rule 26(f) Report, filed April 25, 2023. (Docket No. 16).  Based on the parties' representations in the Report, the Court sets the following deadlines and dates:

| | |
|---|---|
| Last Day to Add Parties/Amend Pleadings | June 26, 2023 |
| Plaintiff's Opening Brief  due | August 28, 2023 |
| Defendants' Responding Brief due | October 30, 2023 |
| Plaintiff's Reply Brief due | December 4, 2023 |

| Defendants' Sur-Reply (if any) due | December 29, 2023 |
|---|---|
| Hearing | January 22, 2024, at 10:00 a.m. |

IT IS SO ORDERED.