JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GIFTY ADU-DARKO, JONATHAN SAKYI,<br><br>Plaintiffs,<br><br>v.<br><br>IRENE MARTIN, et al.,<br><br>Defendants. | No. 2:23-cv-00544-MWF(AFMx)<br><br>**ORDER DISMISSING CASE** |

Having read and considered the Joint Stipulation to Dismiss the Case submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. The instant action shall be dismissed without prejudice;
2. Each party agrees to bear his, her or its own litigation costs, expenses, and attorney fees.

Dated: August 30, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge

1